| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Anthony Scott Levandowski |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (If known) | 20-30242 |

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Google LLC
*Creditor's Name*
Keker, Van Nest & Peters LLP
*Number   Street*
633 Battery Street
San Francisco            CA    94111-1809
*City                    State  ZIP Code*
Robert A. Van Nest, Esq.
*Contact*

_____
*Contact phone*

What is the nature of the claim? Judgment Liens

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:          − $_____
              Unsecured claim               $_____

$ 179,047,999.00

**2**
Ramsey & Ehrlich LLP
*Creditor's Name*
*Number   Street*
803 Hearst Avenue
Berkeley                 CA    94710
*City                    State  ZIP Code*
Miles Ehrlich, Esq.
*Contact*

_____
*Contact phone*

What is the nature of the claim? Legal

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:          − $_____
              Unsecured claim               $_____

$ 3,000,000.00

Debtor 1  Anthony Scott Levandowski
First Name   Middle Name   Last Name

Case number (if known) 20-30242

**Unsecured claim**

### 3  Internal Revenue Service
Creditor's Name

P.O. Box 7346
Number   Street

Philadelphia   PA   19101-7346
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Income Taxes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$225,000.00

### 4  Franchise Tax Board
Creditor's Name

Personal Bankruptcy MS A340
Number   Street
PO Box 2952

Sacramento   CA   95812-2952
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Income Taxes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$75,000.00

### 5  Finemann PR
Creditor's Name

Number   Street
530 Bush Street #403

San Francisco   CA   94108
City   State   ZIP Code

Michael Finemann
Contact

Contact phone

What is the nature of the claim? Personal Services

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$34,000.00

### 6  Protector Boats Service Center
Creditor's Name

790 National Court
Number   Street

Richmond   CA   94804
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Services

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$19,502.00

### 7  Chase
Creditor's Name

P.O. Box 15298
Number   Street

Wilmington   DE   19850-5298
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

$3,900.00

Debtor 1  Anthony Scott Levandowski    Case number (if known) 20-30242
         First Name  Middle Name  Last Name

**Unsecured claim**

| 8 | Stefanie Olsen | What is the nature of the claim? Domestic Support Obligations | $3,900.00 |

Creditor's Name: Stefanie Olsen
Number Street: Redacted
City / State / ZIP Code:
Contact:
Contact phone:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

---

| 9 | Wells Fargo | What is the nature of the claim? Credit Card Debt | $1,588.00 |

Creditor's Name: Wells Fargo
Number Street: PO Box 10347
City / State / ZIP Code: Des Moines, IA 50306-0347
Contact:
Contact phone:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

---

| 10 | Apple Pay | What is the nature of the claim? Credit Card Debt | $551.00 |

Creditor's Name: Apple Pay
Number Street: Lockbox 6112 PO Box 7247
City / State / ZIP Code: Philadelphia, PA 19170-6112
Contact:
Contact phone:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

---

| 11 | Goodwin Procter LLP | What is the nature of the claim? Legal | $1.00 |

Creditor's Name: Goodwin Procter LLP
Number Street: 601 Marshall Street
City / State / ZIP Code: Redwood City, CA 94063
Contact: Neel Chatterjee, Esq.
Contact phone:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

---

| 12 | Uber Technologies, Inc. | What is the nature of the claim? Employment Dispute | $1.00 |

Creditor's Name: Uber Technologies, Inc.
Number Street: Boies Schiller Flexner LLP
           1401 New York Ave, NW
City / State / ZIP Code: Washington, DC 20005
Contact: Hamish Hume, Esq. and Jessica Phillips
Contact phone:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

Debtor 1  Anthony Scott Levandowski
 First Name   Middle Name   Last Name

Case number (if known) 20-30242

**Unsecured claim**

| # | Creditor's Name / Address / Contact | Claim details | Unsecured claim |
|---|---|---|---|
| 13 | Creditor's Name<br>Number  Street<br>City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>Value of security: − $_____<br>Unsecured claim $_____ | $_____ |
| 14 | Creditor's Name<br>Number  Street<br>City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>Value of security: − $_____<br>Unsecured claim $_____ | $_____ |
| 15 | Creditor's Name<br>Number  Street<br>City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>Value of security: − $_____<br>Unsecured claim $_____ | $_____ |
| 16 | Creditor's Name<br>Number  Street<br>City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>Value of security: − $_____<br>Unsecured claim $_____ | $_____ |
| 17 | Creditor's Name<br>Number  Street<br>City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>Value of security: − $_____<br>Unsecured claim $_____ | $_____ |

Debtor 1  Anthony Scott Levandowski                    Case number (if known) 20-30242
        First Name   Middle Name   Last Name

|    | | Unsecured claim |
|---|---|---|
| **18** | **What is the nature of the claim?** _____ | $_____ |
| Creditor's Name | **As of the date you file, the claim is:** Check all that apply. | |
| Number  Street | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| _____ | ☐ Disputed | |
| City   State   ZIP Code | ☐ None of the above apply | |
|  | **Does the creditor have a lien on your property?** | |
| Contact | ☐ No | |
| _____ | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| Contact phone |   Value of security: − $_____ | |
|  |   Unsecured claim   $_____ | |
| **19** | **What is the nature of the claim?** _____ | $_____ |
| Creditor's Name | **As of the date you file, the claim is:** Check all that apply. | |
| Number  Street | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| _____ | ☐ Disputed | |
| City   State   ZIP Code | ☐ None of the above apply | |
|  | **Does the creditor have a lien on your property?** | |
| Contact | ☐ No | |
| _____ | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| Contact phone |   Value of security: − $_____ | |
|  |   Unsecured claim   $_____ | |
| **20** | **What is the nature of the claim?** _____ | $_____ |
| Creditor's Name | **As of the date you file, the claim is:** Check all that apply. | |
| Number  Street | ☐ Contingent | |
| _____ | ☐ Unliquidated | |
| _____ | ☐ Disputed | |
| City   State   ZIP Code | ☐ None of the above apply | |
|  | **Does the creditor have a lien on your property?** | |
| Contact | ☐ No | |
| _____ | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| Contact phone |   Value of security: − $_____ | |
|  |   Unsecured claim   $_____ | |

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✖ /s/ Anthony Scott Levandowski        ✖ _____
Signature of Debtor 1                                    Signature of Debtor 2

Date 03/04/2020                                              Date
MM / DD / YYYY                                              MM / DD / YYYY