# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Anthony Scott Levandowski

Case No.: 20-30242

_____ Debtor(s) /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 2 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:

/s/ Dara Silveira, Cal. Bar No. 274923
Signature of Debtor's Attorney or Pro Per Debtor

250 Fawn Park, LLC
St. Helena, CA 94574

Apple Pay
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112

Bay Cities Refuse
2525 Garden Tract Rd
Richmond, CA 94801

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Farmer's Insurance
670 West Napa Street
Suite J
Sonoma, CA 95476

Finemann PR
530 Bush Street #403
San Francisco, CA 94108

Franchise Tax Board Personal
Bankruptcy MS A340 PO Box 2952
Sacramento, CA 95812-2952

Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063

Google LLC
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit Quickbooks
2700 Coast Ave
Mountain View, CA 94043

L&L Property Management 212
Caledonia Street
Sausalito, CA 94965

Marin Horizon School
305 Montford Avenue
Mill Valley, CA 94941

Marin Municipal Water
220 Nellen Ave.
Corte Madera, CA 94925

Marin Pool Service
150 Ford Way
Suite 100B
Novato, CA 94945

Network Solutions
5335 Gate Parkway
Jacksonville, CA 32256

Pacific Gas and Electric Company
P.O. Box 997300
Sacramento, CA 95899

Protector Boats Service Center
790 National Court
Richmond, CA 94804

Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710

Reevemark
261 Madison Avenue
6th Floor
New York, NY 10016

Signalare
1655 Oak Ave.
St. Helena, CA 94575

Stefanie Olsen
Redacted

Uber Technologies, Inc.
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005

Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036

Victoria Pacchiana
38 Miller Ave.
Suite 20
Mill Valley, CA 94941


Wells Fargo
PO Box 10347
Des Moines, IA 50306-0347