Form OFRDI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Anthony Scott Levandowski | Case No.: 20–30242 HLB 11 |
|---|---|
| Debtor(s) | Chapter: 11 |

**ORDER FOR INDIVIDUALS IN CHAPTER 11 CASE TO
FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL**

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☒ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☒ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- ☒ Schedule A/B: Property (Official Form 106A/B)
- ☒ Schedule C: The Property You Claim as Exempt (Official Form 106C)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
- ☒ Schedule H: Your Codebtors (Official Form 106H)
- ☒ Schedule I: Your Income (Official Form 106I)
- ☒ Schedule J: Your Expenses (Official Form 106J)
- ☐ Schedule J–2: Expenses for Separate Household of Debtor 2 (Official Form 106J–2)
- ☒ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☒ Chapter 11 Statement of Your Current Monthly Income (Official Form 122B)
- ☐ List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104)

IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date, or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the address stated below, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

Mailing Address:
Clerk, U.S. Bankruptcy Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

In person filing:
U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102

Dated: 3/5/20

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge