TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
TREVOR FEHR (SBN 316699)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First Street, Suite 268
San Jose, California 95113
Email: Trevor.Fehr@usdoj.gov
Telephone: (408) 535-5525
Facsimile: (408) 535-5532

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Trevor Fehr
> 280 South First Street, Suite 268
> San Jose, California 95113
> Email: Trevor.Fehr@usdoj.gov

Dated: March 5, 2020                    TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                                        /s/ Trevor Fehr
                                        Attorney for the United States Trustee

Notice of Appearance