# EXHIBIT A

| | |
|---|---|
| 1 | TOBIAS S. KELLER (SBN 151445) |
| | *tkeller@kbkllp.com* |
| 2 | DARA L. SILVEIRA (SBN 274923) |
| | *dsilveira@kbkllp.com* |
| 3 | **KELLER BENVENUTTI KIM LLP** |
| | 650 California Street, Suite 1900 |
| 4 | San Francisco, California 94108 |
| | Telephone: (415) 364-6793 |
| 5 | Facsimile: (650) 636-9251 |
| 6 | NEEL CHATTERJEE (SBN 173985) |
| | *NChatterjee@goodwinlaw.com* |
| 7 | ANDREW S. ONG (SBN 267889) |
| | *AOng@goodwinlaw.com* |
| 8 | **GOODWIN PROCTER LLP** |
| | 601 Marshall Street |
| 9 | Redwood City, California 94063 |
| | Tel.: +1 650 752 3100 |
| 10 | Fax: +1 650 853 1038 |
| 11 | HONG-AN VU (SBN 266268) |
| | *HVu@goodwinlaw.com* |
| 12 | **GOODWIN PROCTER LLP** |
| | 601 S. Figueroa Street, 41st Flr. |
| 13 | Los Angeles, California 90017 |
| | Tel.: +1 213 426 2500 |
| 14 | Fax: +1 213 623 1673 |
| 15 | Proposed Attorneys for Debtor and |
| | Debtor in Possession Anthony S. Levandowski |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | **[PROPOSED] ORDER GRANTING ANTHONY LEVANDOWSKI'S MOTION TO COMPEL ARBITRATION** |

The Court, having considered all documents related to Anthony Levandowski's Motion to Compel Arbitration, hereby finds that an enforceable arbitration agreement governs Mr. Levandowski's dispute with Uber, and that his arbitration claims fall within the scope of his Indemnification Agreement with Uber.

**IT IS THEREFORE ORDERED** that Plaintiff Anthony Levandowski's Motion to Compel Arbitration is hereby GRANTED.

* END OF ORDER *

Goodwin Procter LLP
Attorneys at Law
Silicon Valley

[Proposed] Order Granting Motion to Compel Arbitration
ACTIVE/102811257.1

Case: 20-30242   Doc# 18-1   Filed: 03/30/20   Entered: 03/30/20 16:58:39   Page 3 of 3