TOBIAS S. KELLER (SBN 151445)
*tkeller@kbkllp.com*
DARA L. SILVEIRA (SBN 274923)
*dsilveira@kbkllp.com*
**KELLER BENVENUTTI KIM LLP**
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
ANDREW S. ONG (SBN 267889)
*AOng@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

HONG-AN VU (SBN 266268)
*HVu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Flr.
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Proposed Attorneys for Debtor and
Debtor in Possession Anthony S. Levandowski

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF ANTHONY LEVANDOWSKI'S MOTION TO COMPEL ARBITRATION**<br><br>Date: April 30, 2020<br>Time: 10:00 a.m.<br>Crtrm: 19<br>Judge: Hon. Hannah L. Blumenstiel |

I, Neel Chatterjee, declare as follows:

1. I am a partner at the law firm Goodwin Procter LLP. I have represented Anthony Levandowski since April 2017 and am in the process of seeking approval as Special Litigation Counsel for Debtor. I submit this declaration in support of Mr. Levandowski's Motion to Compel Arbitration. I have personal knowledge of the matters stated in this declaration and I could and would testify competently to the matters stated herein if called to do so.

2. Attached hereto as **Exhibit 1** is a copy of Anthony Levandowski's Arbitration Demand to be submitted concurrently to JAMS on this date, March 30, 2020. Exhibit 1 contains limited redactions to protect information that Uber has previously identified as confidential. I have also omitted Exhibit P referenced in Exhibit 1 as it is a copy of the concurrently filed Motion to Compel Arbitration. Exhibit 1 is otherwise a true and correct copy of what Mr. Levandowski will file today with JAMS and serve on Uber.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the due diligence report prepared by Stroz Friedberg, LLC, dated August 5, 2016.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of March, 2020, in Los Altos, California.

/s/ *Neel Chatterjee*
NEEL CHATTERJEE