UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ANTHONY SCOTT LEVANDOWSKI | CASE NO: 20-30242 (HLB)<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 4/20/2020, I did cause a copy of the following documents, described below,

SUPPLEMENT TO APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY KELLER BENVENUTTI KIM LLP AS ATTORNEYS FOR THE DEBTOR

SUPPLEMENTAL DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY GOODWIN PROCTER LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/20/2020

/s/ Dara L. Silveira
Dara L. Silveira  274923
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415 364 6790

| | |
|---|---|
| IN RE: ANTHONY SCOTT LEVANDOWSKI | CASE NO: 20-30242 (HLB) |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 4/20/2020, a copy of the following documents, described below,

SUPPLEMENT TO APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY KELLER BENVENUTTI KIM LLP AS ATTORNEYS FOR THE DEBTOR

SUPPLEMENTAL DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY GOODWIN PROCTER LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/20/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dara L. Silveira
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108