ANTHONY SCOTT LEVANDOWSKI
Case Number 20-30242
Schedule E/F Part 2:4 Non-priority unsecured claims

| No. | Priority Creditor | Address | Date Incurred | Contingent | Unliquidated | Disputed | Offset | Type | Total Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4.1 | Apple Pay | Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-6112 | 3/4/2020 | | | | | Credit card debt | 551 |
| 4.2 | Chase | PO Box 15298, Wilmington, DE 19850-5298 | 3/4/2020 | | | | | Credit card debt | 3,900 |
| 4.3 | Finemann PR | 530 Bush St #403, San Francisco, CA 94108 | 3/4/2020 | | Yes | Yes | Yes | Personal services | 34,000 |
| 4.4 | Goodwin Procter | 601 Marshall St, Redwood City, CA 94063 | 3/4/2020 | | Yes | | Yes | Legal fees | 1 |
| 4.5 | Google LLC | Keker, Van Nest & Peters LLP, 633 Battery St, San Francisco, CA 94111 | 3/4/2020 | Yes | | Yes | Yes | Judgment | 179,047,999 |
| 4.6 | Protector Boats Service Center | 790 National Ct, Richmond, CA 94804 | 3/4/2020 | | Yes | Yes | | Personal services | 19,502 |
| 4.7 | Ramsey & Ehrlich LLP | 803 Hearst Ave, Berkeley, CA 94710 | 3/4/2020 | | Yes | Yes | Yes | Legal fees | 3,000,000 |
| 4.8 | Uber Technologies, Inc. | Boies Schiller Flexner LLP, 1401 New York Ave NW, Washington, DC 20005 | 3/4/2020 | | Yes | Yes | Yes | Indemnity dispute | 1 |
| 4.9 | Wells Fargo | PO Box 10347, Des Moines, IA 50306-0347 | 3/4/2020 | | | | | Credit card debt | 1,588 |
| 4.10 | Marin County Traffic Court | 3501 Civic Center Dr, San Rafael, CA 94903 | 3/4/2020 | | | | Yes | Traffic violation fine | 284 |
| 4.11 | Royse Law Firm, PC | 149 Commonwealth Dr #1001, Menlo Park, CA 94025 | 3/4/2020 | | | | | Legal fees | 3,662 |
| 4.12 | Marin Pool Service | 150 Ford Way #100b, Novato, CA 94945 | 3/4/2020 | | | | | Household Services | 105 |
| | | | | | | | | | 182,111,593 |