

Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:    dgrassgree@pszjlaw.com
          jlucas@pszjlaw.com

Attorneys for Creditor,
Uber Technologies, Inc.

Signed and Filed: July 27, 2020

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

Anthony Scott Levandowski,

　　　　　Debtor.

Case No. 20-30242 (HLB)

Chapter 11

**ORDER APPROVING STIPULATION ALLOWING UBER TECHNOLOGIES, INC. TO JOIN IN RULE 2004 DISCOVERY**

[No hearing requested]

　　　　The Court having considered the *Stipulation Allowing Uber Technologies, Inc. to Join in Rule 2004 Discovery* (the "Stipulation") among Anthony Scott Levandowski (the "Debtor"), Google LLC ("Google"), and Uber Technologies, Inc. ("Uber") (collectively, the "Parties," and each as a "Party")[1] [Docket No. 175], filed on July 17, 2020; and pursuant to such Stipulation for Order, and good cause appearing,

**IT IS HEREBY ORDERED**:

　　　　1.　　The Stipulation is **APPROVED**.

　　　　2.　　Each of the Parties, including Uber, shall be allowed to obtain any all documents and information produced by way of the subpoenas and to attend and participate in all depositions of Subpoena Recipients.

　　　　3.　　Each subpoena's return date cannot be extended without the consent of each of the Parties.

---

[1] All capitalized terms herein shall have the meaning ascribed to them in the Stipulation and Agreement for Order.

4. Each of the Parties has the right to enforce each subpoena regardless of whether the other Parties' wishes to do so and therefore, each of the Parties may unilaterally move to compel a Subpoena Recipient to comply with the subpoena served on that Subpoena Recipient, and neither the Debtor, Google nor Uber may object to the other's efforts to move to compel or otherwise seek compliance with a subpoena.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**