| | |
|---|---|
| William P. Weintraub (SBN 108125)<br>wweintraub@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel.: +1 212 813 8800<br>Fax.: +1 212 355 3333 | Hong-An Vu (SBN 266268)<br>hvu@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>601 Figueroa Street, Suite 4100<br>Los Angeles, CA 90017-5704<br>Tel.: +1 213 426 2500<br>Fax.: +1 213 623 1673 |
| Neel Chatterjee (SBN 173985)<br>nchatterjee@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel.: +1 650 752 3100<br>Fax.: +1 650 853 1038 | Rachel M. Walsh (SBN 250568)<br>rwalsh@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel.: +1 415 733 6000<br>Fax.: +1 415 677 9041 |

*Special Litigation Counsel for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION OF GOODWIN PROCTER FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 4, 2020 THROUGH JUNE 30, 2020**<br><br>Date: September 10, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>Objection Deadline: September 3, 2020, 4:00 p.m. |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **September 10, 2020, at 10:00 a.m. (Pacific Time)** (the "Hearing") before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, **the Hearing will be conducted telephonically. The courtroom will be closed**. All parties who wish to appear at the Hearing must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 p.m. (Pacific Time) on the day before the Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Hearing, the Bankruptcy Court is scheduled to hear the *First Interim Fee Application of Goodwin Procter LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 4, 2020 Through June 30, 2020* (Docket No. 201) (the "Interim Application").

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Interim Application must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced address so as to be received **on September 3, 2020**. In deciding the Interim Application, the Court may consider any other document filed in this Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Application and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov or (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 13, 2020

**GOODWIN PROCTER LLP**

By: *Hong-An Vu*
Hong-An Vu

*Special Litigation Counsel for the Debtor and Debtor in Possession*