

1   Debra I. Grassgreen (CA Bar No. 169978)
    Jeremy V. Richards (CA Bar No. 102300)

Signed and Filed: August 19, 2020

2   PACHULSKI STANG ZIEHL & JONES LLP
    150 California Street, 15th Floor
3   San Francisco, CA 94111
    Telephone:    (415) 263-7000
4   Facsimile:     (415) 263-7010
    E-mail:       dgrassgree@pszjlaw.com
5               jrichards@pszjlaw.com

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

6   David J. Bradford (IL SBN 0272094) (*pro hac vice pending*)
    Catherine L. Steege (IL SBN 6183529) (*pro hac vice pending*)
7   Terri L. Mascherin (IL SBN 6187735) (*pro hac vice pending*)
    JENNER & BLOCK LLP
8   353 N. Clark Street
    Chicago, IL 60654-3456
9   Telephone: 312/222-9350
    Facsimile: 312/527-0484
10   Email: dbradford@jenner.com
        csteege@jenner.com
11        tmascherin@jenner.com

12   Attorneys for Creditor,
    Uber Technologies, Inc.

13

14            **UNITED STATES BANKRUPTCY COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
15                 **SAN FRANCISCO DIVISION**

16   In re:                              Case No. 20-30242 (HLB)

17   Anthony Scott Levandowski,           Chapter 11

18                 Debtor.         **ORDER GRANTING APPLICATION FOR**
                                       **ADMISSION OF ATTORNEY**
19                                        **CATHERINE L. STEEGE PRO HAC VICE**

20       Upon the application of Catherine L. Steege, whose business address and telephone number

21   is Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-3456, (312) 222-9350, and who is

22   an active member in good standing of the Illinois State Bar, having applied in the above-entitled

23   action for admission to practice in the Northern District of California on a *pro hac vice* basis,

24   representing Uber Technologies, Inc.,

25       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

26   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

27   *vice*. Service of papers upon and communication with co-counsel designated in the application will

28

DOCS_SF:103995.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  constitute notice to the represented party.  All future filings in this action are subject to the

2  Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States

3  Bankruptcy Court for the Northern District of California.

4  **END OF ORDER**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    COURT SERVICE LIST:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:103995.1