

Entered on Docket
August 20, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 20, 2020

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

KELLER BENVENUTTI KIM LLP
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 2
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART OMNIBUS MOTION FOR APPROVAL OF (A) SECOND CHAPTER 11 BUDGET; (B) EMPLOYMENT OF SUZANNA MUSICK; (C) ABANDONMENT OF CERTAIN ASSET; AND (D) DISSOLUTION OF TEAM L LLC** |

Upon the motion, dated July 30, 2020 (the "Motion")[1] of Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") pursuant to sections 105, 363, 541, and 554 of title 11 of the United States Code (the "Bankruptcy Code") for entry of an order approving: (i) the *Second Budget for the Use of the Debtor's Cash and Postpetition Income*; (ii) the employment of Suzanna Musick as the bookkeeper to the Debtor; (iii) abandonment of the Debtor's Volkswagen Jetta; and (iv) dissolution of Team L LLC, as more fully set forth in the Motion; and this Court having

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Motion.

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the Declaration of Allen Soong filed in support thereof; and upon the record and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Motion, as modified herein, is in the best interests of the Debtor, his estate, creditors, and all parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the modified relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in part and denied in part as provided herein.
2. The Debtor is authorized, pursuant to section 363(c) of the Bankruptcy Code, to use his cash on hand and postpetition income to pay the expenses outlined in the Second Chapter 11 Budget.
3. The Debtor is authorized to donate the 2009 Volkswagen Jetta to charity.
4. The Debtor is authorized to dissolve Team L LLC.
5. The relief requested with respect to Ms. Musick is denied for the reasons stated on the record.
6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **