RAMSEY & EHRLICH LLP
MILES EHRLICH - #237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY - #189820
izzy@ramsey-ehrlich.com
AMY CRAIG - #269339
amy@ramsey-ehrlich.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No.: 20-30242 (HLB)<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>**ECF Docket reference: No. 234, 235, 236** |

I, Sonia Ruiz Vargas, hereby declare pursuant 28 U.S.C. § 1746:

I am over eighteen years of age, not a party to this action, and am employed as a legal assistant at Ramsey & Ehrlich, LLP, 803 Hearst Avenue, in Berkeley, California.

On August 28, 2020, I caused a copy of the following documents in the above-captioned action, described below,

1

a. Docket No. 234: Supplemental Brief in Support of Ramsey & Ehrlich LLP's Motion for Approval of Stipulation with Debtor Authorizing Required Transfer of Flat Fee Advance Payment Retainer to Firm's Operating Account Upon Completion of Criminal Representation.

b. Docket No. 235: Second Declaration of Ismail Ramsey in Support of Motion for Approval of Stipulation Authorizing Required Transfer of Flat Fee Advance Payment Retainer to Firm's Operating Account Upon completion of Criminal Representation

c. Docket No. 236: Second Declaration of Anthony Levandowski in Support of Motion for Approval of Stipulation Authorizing Required Transfer of Flat Fee Advance Payment Retainer to Firm's Operating Account Upon Completion of Criminal Representation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

I also caused this document to be served by electronic mail on the parties in interest through the following email addresses: thomas.walper@mto.com, john.berry@mto.com, alex.gorin@mto.com, andrew.lewis@mto.com, rvannest@keker.com, rmeny@keker.com, rmullen@keker.com, tgorman@keker.com, wjordan@keker.com, treeves@keker.com.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), were served electronically per the ECF/PACER system.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct, executed on August 28, 2020 in Berkeley, California.

                                                         *//s//  Sonia Ruiz Vargas*
                                                        SONIA RUIZ VARGAS

                                                        RAMSEY & EHRLICH, LLP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: Anthony Scott Levandowski | CASE NO: 20-30242 (HLB) |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 234 |

On 8/28/2020, I did cause a copy of the following documents, described below,

Supplemental Brief in Support of Ramsey & Ehrlich LLP's Motion for Approval of Stipulation  ECF Docket Reference No. 234

Second Declaration of Anthony Levandowski in Support of Motion for Approval of Stipulation 236

Second Declaration Ismail Ramsey in Support of Motion for Approval of Stipulation 235

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/28/2020

/s/ Katharine Kates
Katharine Kates  155534
Ramsey & Ehrlich, LLP
803 Hearst Ave
Berkeley, CA  94710
510 548 3600

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Anthony Scott Levandowski | CASE NO: 20-30242 (HLB) |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 234 |

On 8/28/2020, a copy of the following documents, described below,

Supplemental Brief in Support of Ramsey & Ehrlich LLP's Motion for Approval of Stipulation  ECF Docket Reference No. 234

Second Declaration of Anthony Levandowski in Support of Motion for Approval of Stipulation 236

Second Declaration Ismail Ramsey in Support of Motion for Approval of Stipulation 235

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/28/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Katharine Kates
Ramsey & Ehrlich, LLP
803 Hearst Ave
Berkeley, CA  94710

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS
STEPHANIE OLSEN
[REDACTED]

DEPARTMENT OF JUSTICE
550 KEARNY ST 800
SAN FRANCISCO CA 94108-2512

CHIEF TAX COLLECTION SECTION
EMPLOYMENT DEVELOPMENT SECTION
PO BOX 826203
SACRAMENTO CA 94230-0001

APPLE PAY
LOCKBOX 6112
PO BOX 7247
PHILADELPHIA PA 19170-6112

FAWN PARK LLC
1655 OAK AVE
ST HELENA CA 94574-1723

OFFICE OF THE US TRUSTEE SF
PHILLIP J BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE 5TH FL 05-0153
SAN FRANCISCO CA 94102-3661

MARIN POOL SERVICE
150 FORD WAY
SUITE 100B
NOVATO CA 94945-4500

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

MCMANIS FAULKNER
50 WEST SAN FERNANDO ST 1000
SAN JOSE CA 95113-2415

ASHLEY RUST ASSOC
322 EAST 19TH ST SUITE 4R
NEW YORK NY 10003-2852

FINEMANN PR
530 BUSH STREET 403
SAN FRANCISCO CA 94108-3631

FARMERS INSURANCE
670 WEST NAPA STREET
SUITE J
SONOMA CA 95476-6479

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

INTUIT INC C O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808-1674

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 997300
SACRAMENTO CA 95899-7300

STEFANIE OLSEN
[REDACTED]

LL PROPERTY MANAGEMENT
212 CALEDONIA ST
SAUSALITO CA 94965-1927

NETWORK SOLUTIONS
5335 GATE PARKWAY
JACKSONVILLE CA 32256-3070

CA EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO CA 94280-0001

BAY CITIES REFUSE
2525 GARDEN TRACT RD
RICHMOND CA 94801-1005

FRANCHISE TAX BOARD
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

COMCAST
1485 BAYSHORE BLVD
SAN FRANCISCO CA 94124-4008

MARIN MUNICIPAL WATER
220 NELLEN AVE
CORTE MADERA CA 94925-1169

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

PALADIN MANAGEMENT GROUP
633 W 5TH ST 28TH FLOOR
LOS ANGELES CA 90071-3502

MARIN HORIZON SCHOOL
305 MONTFORD AVENUE
MILL VALLEY CA 94941-3370

PROTECTOR BOATS SERVICE CENTER
790 NATIONAL COURT
RICHMOND CA 94804-2008

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SIGNALARE
1655 OAK AVE
ST HELENA CA 94574-1723

REEVEMARK
261 MADISON AVE 6TH FL
NEW YORK NY 10016-2303

VERIZON WIRELESS
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6704

US ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

WELLS FARGO
PO BOX 10347
DES MOINES IA 50306-0347

VICTORIA PACCHIANA
