1  Debra I. Grassgreen (CA Bar No. 169978)
   Miriam Manning (CA Bar No. 178584)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 263-7000
4  Facsimile:    (415) 263-7010
   E-mail:       dgrassgree@pszjlaw.com
5                jrichards@pszjlaw.com

6  David J. Bradford (appearing *pro hac vice*)
   Catherine L. Steege (appearing *pro hac vice*)
7  Terri L. Mascherin (appearing *pro hac vice*)
   JENNER & BLOCK LLP
8  353 N. Clark Street
   Chicago, IL  60654-3456
9  Telephone: 312/222-9350
   Facsimile: 312/527-0484
10 Email: dbradford@jenner.com
          csteege@jenner.com
11        tmascherin@jenner.com

12 Attorneys for Creditor,
   Uber Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>　　　　　　Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF CO—COUNSEL AND REQUEST FOR REMOVAL FROM ECF** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that BOIES SCHILLER FLEXNER LLP has withdrawn as co-counsel for Uber Technologies, Inc. ("Uber") in the above case. Uber shall remain represented in this case by PACHULSKI STANG ZIEHL & JONES, LLC and JENNER & BLOCK LLP.

The following attorneys further request that they be removed from the CM/ECF and any other service in this case. Please remove the names, mailing addresses and email addresses listed below from the Court's ECF system for this case:

Hamish P.M. Hume
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
T: (202) 237-2727, F: (202) 237-6131
Email: hhume@bsfllp.com

Jessica E. Phillips
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
T: (202) 237-2727, F: (202) 237-6131
Email: jphillips@bsfllp.com

Andrew D. Lowdon
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
T: (202) 237-2727, F: (202) 237-6131
Email: alowdon@bsfllp.com

Dated: September 4, 2020          BOIES SCHILLER FLEXNER LLP


By     */s/ Hamish P.M. Hume*
       Hamish P.M. Hume

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On September 4, 2020, I caused to be served the following documents in the manner stated below:

- **NOTICE OF WITHDRAWAL OF CO—COUNSEL AND REQUEST FOR REMOVAL FROM ECF**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **September 4, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 4, 2020 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

3

**SERVED VIA ECF/NEF**

- John W. Berry     john.berry@mto.com, lori.cruz@mto.com
- Neel Chatterjee     NChatterjee@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Trevor Ross Fehr     trevor.fehr@usdoj.gov
- Seth Goldman     seth.goldman@mto.com, cynthia.richardson@mto.com
- Alexander S. Gorin     alex.gorin@mto.com, cindi.richardson@mto.com
- Thomas E. Gorman     tgorman@keker.com, thomas-gorman-9043@ecf.pacerpro.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Hamish P. M. Hume     hhume@bsfllp.com, cgood@bsfllp.com
- Tobias S. Keller     tkeller@kbkllp.com
- Dara Levinson Silveira     dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Andrew R. Lewis     andrew.lewis@mto.com, aileen.beltran@mto.com
- Andrew D. Lowdon     alowdon@bsfllp.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Jessica E. Phillips     jphillips@bsfllp.com
- Brett M. Schuman     bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com
- Hong-An Vu     HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Rachel M. Walsh     rwalsh@goodwinlaw.com
- William P. Weintraub     WWeintraub@goodwinlaw.com, ACunningham@goodwinlaw.com