1  MILES EHRLICH, State Bar No. 237954
   miles@ramsey-ehrlich.com
2  ISMAIL RAMSEY, State Bar No. 189820
   izzy@ramsey-ehrlich.com
3  AMY CRAIG, State Bar No. 269339
   amy@ramsey-ehrlich.com
4  KATHARINE KATES, State Bar No. 155534
   katharine@ramsey-ehrlich.com
5  RAMSEY & EHRLICH LLP
   803 Hearst Avenue
6  Berkeley, CA 94710
7  Telephone: (510) 548-3600
   Facsimile: (510) 291-3060

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No.: 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE THAT** party in interest Ramsey & Ehrlich, LLP ("R&E"), hereby appears pursuant to section 1109(b) of Title 11 of the United States Code in the above-captioned chapter 11 case and hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and any other applicable statute, that notice of all matters which may come before the Court be given to and served upon R&E at the following address:

RAMSEY & EHRLICH LLP
MILES EHRLICH, State Bar No. 237954
ISMAIL RAMSEY, State Bar No. 189820
AMY CRAIG, State Bar No. 269339
KATHARINE KATES, State Bar No. 155534
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060
miles@ramsey-ehrlich.com
izzy@ramsey-ehrlich.com
amy@ramsey-ehrlich.com
katharine@ramsey-ehrlich.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices, papers, and disclosure statements referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice* shall not be deemed or construed to be a waiver of any of the rights of R&E, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which R&E may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 9, 2020              RAMSEY & EHRLICH LLP

                                      By:  /s/
                                      _____
                                           Katharine Kates