MILES EHRLICH, State Bar No. 237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY, State Bar No. 189820
izzy@ramsey-ehrlich.com
AMY CRAIG, State Bar No. 269339
amy@ramsey-ehrlich.com
KATHARINE KATES, State Bar No. 155534
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No.: 20-30242 (HLB)<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br>Notice of Appearance and Request for Notice<br><br>**ECF Docket reference: No. 250** |

I, Sonia Ruiz Vargas, hereby declare pursuant 28 U.S.C. § 1746:

I am over eighteen years of age, not a party to this action, and am employed as a legal assistant at Ramsey & Ehrlich, LLP, 803 Hearst Avenue, in Berkeley, California.

On September 11, 2020, I caused copies of the following document in the above-captioned action, described below,

**Docket No. 250: Notice of Appearance and Request for Notice by Katharine**

1     **A. Kates.**

2 to be served for delivery by the United States Postal Service, via First Class United States Mail,

3 postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a

4 copy of which is attached hereto and incorporated as if fully set forth herein.

5     I also caused this document to be served by electronic mail on the parties in interest

6 through the following email addresses: thomas.walper@mto.com, rvannest@keker.com,

7 rmeny@keker.com, rmullen@keker.com, wjordan@keker.com, treeves@keker.com.

8     Parties who are participants in the Courts Electronic Noticing System ("NEF"), were

9 served electronically per the ECF/PACER system.

10     I declare under penalty of perjury that, to the best of my knowledge and after reasonable

11 inquiry, the foregoing is true and correct, executed on September 11, 2020 in Berkeley,

12 California.

                                          //s//  *Sonia Ruiz Vargas*
                                          SONIA RUIZ VARGAS

                                          RAMSEY & EHRLICH, LLP

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
CASE INFO
1LABEL MATRIX FOR LOCAL NOTICING
09713
CASE 20-30242
CALIFORNIA NORTHERN BANKRUPTCY COURT
SAN FRANCISCO

ASHLEY RUST ASSOC
322 EAST 19TH ST SUITE 4R
NEW YORK NY 10003-2852

CA EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO CA 94280-0001

DEPARTMENT OF JUSTICE
550 KEARNY ST 800
SAN FRANCISCO CA 94108-2512

FINEMANN PR
530 BUSH STREET 403
SAN FRANCISCO CA 94108-3631

BAY CITIES REFUSE
2525 GARDEN TRACT RD
RICHMOND CA 94801-1005

CHIEF TAX COLLECTION SECTION
EMPLOYMENT DEVELOPMENT SECTION
PO BOX 826203
SACRAMENTO CA 94230-0001

FARMERS INSURANCE
670 WEST NAPA STREET
SUITE J
SONOMA CA 95476-6479

FRANCHISE TAX BOARD
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

APPLE PAY
LOCKBOX 6112
PO BOX 7247
PHILADELPHIA PA 19170-6112

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COMCAST
1485 BAYSHORE BLVD
SAN FRANCISCO CA 94124-4008

FAWN PARK LLC
1655 OAK AVE
ST HELENA CA 94574-1723

INTUIT INC C O CORPORATION SERVICE
COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808-1674

MARIN MUNICIPAL WATER
220 NELLEN AVE
CORTE MADERA CA 94925-1169

OFFICE OF THE US TRUSTEE SF
PHILLIP J BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE 5TH FL 05-0153
SAN FRANCISCO CA 94102-3661

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 997300
SACRAMENTO CA 95899-7300

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

MARIN POOL SERVICE
150 FORD WAY
SUITE 100B
NOVATO CA 94945-4500

STEFANIE OLSEN
MILL VALLEY CA 94941

PALADIN MANAGEMENT GROUP
633 W 5TH ST 28TH FLOOR
LOS ANGELES CA 90071-3502

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LL PROPERTY MANAGEMENT
212 CALEDONIA ST
SAUSALITO CA 94965-1927

MARIN HORIZON SCHOOL
305 MONTFORD AVENUE
MILL VALLEY CA 94941-3370

MCMANIS FAULKNER
50 WEST SAN FERNANDO ST 1000
SAN JOSE CA 95113-2415

NETWORK SOLUTIONS
5335 GATE PARKWAY
JACKSONVILLE CA 32256-3070

PROTECTOR BOATS SERVICE CENTER
790 NATIONAL COURT
RICHMOND CA 94804-2008

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SIGNALARE
1655 OAK AVE
ST HELENA CA 94574-1723

VERIZON WIRELESS
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6704

WELLS FARGO
PO BOX 10347
DES MOINES IA 50306-0347

REEVEMARK
261 MADISON AVE 6TH FL
NEW YORK NY 10016-2303

US ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

VICTORIA PACCHIANA

MILL VALLEY CA 94941-1948