# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ANTHONY SCOTT LEVANDOWSKI | **Case No.**     20-30242 |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   08/31/20      **PETITION DATE:**   03/04/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here   **X** the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $4,191,370 | $4,205,410 | |
| b. Total Assets | $246,268,147 | $246,056,555 | $245,549,157 |
| c. Current Liabilities | $9,397 | $37,901 | |
| d. Total Liabilities | $179,057,396 | $179,085,900 | $184,897,566 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $4,977 | $1,323,745 | $1,413,335 |
| b. Total Disbursements | $19,018 | $23,693 | $122,032 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($14,041) | $1,300,052 | $1,291,303 |
| d. Cash Balance Beginning of Month | $1,502,771 | $202,719 | $197,427 |
| e. Cash Balance End of Month (c + d) | $1,488,730 | $1,502,771 | $1,488,730 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $1,800 | $1,800 | |
| 6. **Post-Petition Liabilities** | $9,397 | $37,901 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   _____;      U.S. Trustee Quarterly Fees   _____;  Check if filing is current for: Post-petition tax reporting and tax returns:   **X**  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   September 22, 2020          */s/ Anthony S. Levandowski*

                                                Responsible Individual

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 08/31/20

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $1,488,730 |
| 2 | Accounts receivable (net) | | $1,800 |
| 3 | Retainer(s) paid to professionals | | $2,579,840 |
| 4 | Other: Income tax refund | | $121,000 |
| 5 | | | |
| 6 | **Total Current Assets** | | $4,191,370 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property | | $0 |
| 8 | Indemnification Claim | | $179,523,572 |
| 9 | Furniture, Fixtures, and Equipment | X | $20,000 |
| 10 | Vehicles - non-exempt | | $86,169 |
| | Vehicle Toyota exempt | X | $5,000 |
| | Jetta exempt | X | $500 |
| | Honda exempt | X | $6,967 |
| 11 | Partnership interests | | $15,563,293 |
| 12 | Notes Receivable Fawn Park | | $720,000 |
| 13 | Other investments | | 5,964,689.94 |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $ 17,746,205.22 |
| 15 | Other: CLAT | | $7,764,277 |
| 16 | Notes Receivable | | $14,676,104 |
| 17 | **Total Long Term Assets** | | $242,076,777 |
| 18 | **Total Assets** | | $246,268,147 |

**Liabilities**

**Post-Petition Liabilities**

| | **Current Liabilities** | | |
|---|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | | $9,397 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $0 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | $0 |
| 25 | **Total Current Liabilities** | | $9,397 |
| 26 | **Long-Term Post Petition Debt** | | $0 |
| 27 | **Total Post-Petition Liabilities** | | $9,397 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $0 |
| 29 | General unsecured claims - Google | | 179,047,999 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $0 |
| 32 | **Total Pre-Petition Liabilities** | | $179,047,999 |
| 33 | **Total Liabilities** | | $179,057,396 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 34 | **Total Equity (Deficit)** | | $67,210,752 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $246,268,147 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

**Schedule B**
**Recapitulation of Funds Held at End of Month**

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

| | | **Account 1** | **Account 2** | **Account 3** | **Account 4** | **Account 5** | **Account 6** | **Account 7** | **Account 8** |
|---|---|---|---|---|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo | Morgan | Morgan | Cash On Hand | ING acct |
| 11 | **Account No.** | -8303 | -6040 | -6057 | -6065 | -3982 | -7472 | N/A | -0093 |
| 12 | **Account Purpose** | DIP Checking | Child Health | Child Ed | Child Activities | Investment | Investment | Incidentals | Savings |
| 13 | **Balance, End of Month** | 1,403,257 | 15,515 | 27,932 | 12,188 | - | - | - | 29,839 |
| | | | | | | CLOSED | CLOSED | | |
| 14 | **Total Funds on Hand for all Accounts** | 1,488,730 | | | | | | | |

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended 08/31/20

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Payroll | 4,733 | $28,168 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $ 12 | $25 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | Deposit refund | $232 | $232 |
| 8 | Proceeds from brokerage account closure | $ - | $18,966 |
| 9 | Collection of account receivable | $0 | $35,000 |
| 10 | Insurance claim | $0 | $11,937 |
| 11 | Property Sale | $0 | $1,319,006 |
| 12 | **Total Cash Receipts** | 4,977 | $1,413,335 |
| | **Cash Disbursements** | | |
| 13 | Selling | $0 | $0 |
| 14 | Administrative | $0 | $0 |
| 15 | Capital Expenditures | $0 | $0 |
| 16 | Principal Payments on Debt | $0 | $0 |
| 17 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 18 | Personal Property | $0 | $0 |
| 19 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | $0 | $0 |
| 21 | Draws | $0 | $0 |
| 22 | Commissions/Royalties | $0 | $0 |
| 23 | Expense Reimbursements | $0 | $0 |
| 24 | Other | $0 | $0 |
| 25 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 26 | US Trustee Quarterly fee | $0 | $975 |
| | Taxes: | $0 | $0 |
| 27 | Employee Withholding | $0 | $0 |
| 28 | Employer Payroll Taxes | $0 | $0 |
| 29 | Real Property Taxes | $0 | $0 |
| 30 | Other Taxes (pre-petition) | $0 | $2,324 |
| 31 | Other Cash Outflows: | $0 | $0 |
| 32 | Entertainment | 30 | $107 |
| 33 | Household | 2,781 | $17,403 |
| | Insurance | 155 | $ 4,772 |
| | Tuition | - | $58,354 |
| | Child support | 4,753 | $25,393 |
| | Internet and subscriptions and rent | 6,200 | $6,955 |
| | Medical | - | $1,810 |
| | Fees | 100 | $154 |
| 34 | Groceries, etc | $0 | $882 |
| 35 | Bank reporting timing difference | $0 | ($2,097) |
| 36 | Investment advisor fees | 5,000 | $5,000 |
| 37 | **Total Cash Disbursements:** | $19,018 | $122,032 |
| 38 | **Net Increase (Decrease) in Cash** | $ (14,041) | $1,291,303 |
| 39 | **Cash Balance, Beginning of Period** | 1,502,771 | 197,427 |
| 40 | **Cash Balance, End of Period** | $1,488,730 | $1,488,730 |

Case: 20-30242    Doc# 264    Filed: 09/23/20    Entered: 09/23/20 09:16:42    Page 4 of 28

Revised 1/1/98

# NOTES TO THE MONTHLY OPERATING REPORT

**SUMMARY OF FINANCIAL STATUS**

1  **Asset & Liability Structure**

Total Assets includes a $180M claim against Uber Technologies, Inc., pursuant to an Indemnification Agreement dated April 11, 2016.

Retainer balance updated to conform to Schedule A/B as amended August 2020.

Partnership interest updated to conform to Schedule A/B as amended July 2020.

Total Liabilities includes a $179M arbitration award asserted by Google LLC. The Debtor believes settlement of this award should be funded by Uber Technologies, Inc.

**SCHEDULE B: Recapitulation of Funds Held at End of Month**

2  **Bank -- Account 8**

Bank statements are not readily available for this euro-denominated account at ING in Belgium. A family member of the Debtor is currently working to obtain statements and close this account as soon as possible. Funds will be repatriated and deposited into the DIP account.

3  **Bank -- Accounts 5 and 6**

These accounts were closed at the direction of the US Trustee in April 2020; funds were deposited into the DIP account.

**INSURANCE COVERAGE**

4  Coverage has lapsed on the Debtor's boat, listed on Schedule A/B 4.1 and valued $77,000 as of Petition Date. As noted in the Schedules, prior to Petition Date, the boat was heavily damaged in an accident, and has since been inoperable and stored in a repair yard in a partially disassembled state. A claim was filed pre-petition and the insurance carrier ultimately paid out $22,653. No further amounts are forthcoming, per the carrier. The repair yard has provided an estimate of $56,637 to complete the needed repairs, over and above $19,002 owed in pre-petition repair/storage invoices.

# Anthony Levandowski

**WF ASL -8303 DIP, Period Ending 08/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 09/13/2020

Reconciled by: slmusick ███████████

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                 USD

Statement beginning balance................................................................1,429,624.75
Checks and payments cleared (70)...................................................-25,826.05
Deposits and other credits cleared (4)................................................4,976.48
Statement ending balance..............................................................1,408,775.18

Uncleared transactions as of 08/31/2020.........................................-5,518.46
Register balance as of 08/31/2020.............................................1,403,256.72
Cleared transactions after 08/31/2020......................................................0.00
Uncleared transactions after 08/31/2020.....................................-825,809.97
Register balance as of 09/13/2020................................................577,446.75

**Details**

Checks and payments cleared (70)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/27/2020 | Check | 4017 | Marin County Superio… | -284.00 |
| 07/28/2020 | Check | 4020 | Stefanie Olsen | -3,440.00 |
| 07/28/2020 | Check | 4019 | US Trustee | -655.01 |
| 07/30/2020 | Check | 4021 | Marin Horizon School | -8,048.00 |
| 08/03/2020 | Expense | | | -24.97 |
| 08/03/2020 | Expense | | Super Duper | -40.00 |
| 08/03/2020 | Expense | | | -55.52 |
| 08/03/2020 | Expense | | Apple Store | -9.99 |
| 08/03/2020 | Expense | | | -6,200.00 |
| 08/04/2020 | Expense | | | -28.73 |
| 08/04/2020 | Expense | | | -0.58 |
| 08/04/2020 | Expense | | Apple Store | -0.99 |
| 08/04/2020 | Expense | | | -26.17 |
| 08/05/2020 | Expense | | | -52.35 |
| 08/05/2020 | Expense | | Deli Board | -22.46 |
| 08/05/2020 | Expense | | Parking | -6.50 |
| 08/06/2020 | Expense | | Starbuck's | -40.00 |
| 08/07/2020 | Expense | | District SF | -100.00 |
| 08/07/2020 | Expense | | | -119.08 |
| 08/07/2020 | Expense | | Deli Board | -19.53 |
| 08/10/2020 | Expense | | Pet Food Express | -64.94 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/10/2020 | Expense | | Samurai Japanese | -84.00 |
| 08/10/2020 | Expense | | | -51.00 |
| 08/10/2020 | Expense | | New York Bagel | -14.30 |
| 08/10/2020 | Expense | | | -30.00 |
| 08/10/2020 | Expense | | New York Bagel | -33.62 |
| 08/10/2020 | Expense | | Safeway | -39.63 |
| 08/12/2020 | Expense | | Deli Board | -23.44 |
| 08/12/2020 | Expense | | Good Earth | -60.18 |
| 08/12/2020 | Expense | | | -49.99 |
| 08/12/2020 | Expense | | | -32.72 |
| 08/13/2020 | Expense | | Whole Foods | -20.51 |
| 08/13/2020 | Expense | | | -8.00 |
| 08/13/2020 | Expense | | Apple Store | -7.99 |
| 08/14/2020 | Expense | | | -74.86 |
| 08/14/2020 | Expense | | | -28.33 |
| 08/17/2020 | Expense | | Apple Store | -7.99 |
| 08/17/2020 | Expense | | New York Bagel | -32.00 |
| 08/17/2020 | Expense | | Good Earth | -129.76 |
| 08/17/2020 | Expense | | | -54.56 |
| 08/17/2020 | Expense | | New York Bagel | -19.91 |
| 08/17/2020 | Expense | | | -4.50 |
| 08/18/2020 | Expense | | Apple Store | -4.99 |
| 08/19/2020 | Expense | | | -34.50 |
| 08/19/2020 | Expense | | Deli Board | -23.44 |
| 08/20/2020 | Check | 4022 | Stefanie Olsen | -4,751.50 |
| 08/20/2020 | Expense | | | -54.51 |
| 08/21/2020 | Expense | | Whole Foods | -68.37 |
| 08/24/2020 | Expense | | | -26.13 |
| 08/24/2020 | Expense | | | -120.38 |
| 08/24/2020 | Expense | | Apple Store | -6.99 |
| 08/24/2020 | Expense | | Apple Store | -1.99 |
| 08/25/2020 | Expense | | | -54.41 |
| 08/25/2020 | Expense | | | -4.50 |
| 08/25/2020 | Expense | | Apple Store | -3.99 |
| 08/26/2020 | Expense | | Apple Store | -1.99 |
| 08/26/2020 | Expense | | | -53.42 |
| 08/27/2020 | Expense | | grubhub | -11.64 |
| 08/27/2020 | Expense | | Deli Board | -21.21 |
| 08/28/2020 | Expense | | Mollie Stone's | -74.11 |
| 08/28/2020 | Expense | | | -36.33 |
| 08/28/2020 | Expense | | fastrak | -30.00 |
| 08/31/2020 | Expense | | Apple Store | -29.99 |
| 08/31/2020 | Expense | | New York Bagel | -27.70 |
| 08/31/2020 | Expense | | Pet Food Express | -200.23 |
| 08/31/2020 | Expense | | | -53.29 |
| 08/31/2020 | Expense | | | -40.36 |
| 08/31/2020 | Expense | | Apple Store | -0.99 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/31/2020 | Expense | | | -17.98 |
| 08/31/2020 | Expense | | Starbuck's | -25.00 |

Total                                                                        -25,826.05

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/12/2020 | Deposit | | Foremost Insurance | 231.61 |
| 08/14/2020 | Deposit | | Pronto.ai | 2,366.43 |
| 08/31/2020 | Deposit | | | 12.01 |
| 08/31/2020 | Deposit | | Pronto.ai | 2,366.43 |

Total                                                                         4,976.48

**Additional Information**

Uncleared checks and payments as of 08/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 08/20/2020 | Check | 4024 | Lincoln Financial | -5,000.00 |
| 08/20/2020 | Check | 4023 | DMV | -155.00 |
| 08/20/2020 | Check | 4025 | PG&E | -363.46 |

Total                                                                        -5,518.46

Uncleared deposits and other credits as of 08/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/28/2020 | Check | 4018 | Franchise Tax Board | 0.00 |

Total                                                                             0.00

Uncleared checks and payments after 08/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 09/01/2020 | Expense | | | -46.33 |
| 09/01/2020 | Expense | | Apple Store | -19.99 |
| 09/02/2020 | Expense | | | -6,200.00 |
| 09/03/2020 | Check | 4030 | Paladin Management… | -301,929.20 |
| 09/03/2020 | Expense | | Deli Board | -45.54 |
| 09/03/2020 | Check | 4029 | Keller Benvenutti | -158,857.90 |
| 09/03/2020 | Check | 4026 | Goodwin Proctor | -358,195.82 |
| 09/08/2020 | Expense | | New York Bagel | -35.51 |
| 09/08/2020 | Expense | | | -85.40 |
| 09/08/2020 | Expense | | | -50.51 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 09/08/2020 | Expense | | New York Bagel | -37.13 |
| 09/08/2020 | Expense | | Apple Store | -4.99 |
| 09/08/2020 | Expense | | Apple Store | -3.99 |
| 09/08/2020 | Expense | | Whole Foods | -68.21 |
| 09/09/2020 | Expense | | Apple Store | -84.99 |
| 09/11/2020 | Expense | | | -120.13 |
| 09/11/2020 | Expense | | Deli Board | -24.33 |

Total    -825,809.97

Uncleared deposits and other credits after 08/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 09/03/2020 | Check | 4028 | Voided Check | 0.00 |
| 09/03/2020 | Check | 4027 | Voided Check | 0.00 |

Total    0.00

Anthony Levandowski

**WF Boys Health -6040, Period Ending 08/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 09/13/2020

Reconciled by: slmusick █████████

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 15,514.72 |
| Interest earned | 0.13 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 15,514.85 |
| | |
| Register balance as of 08/31/2020 | 15,514.85 |

Anthony Levandowski

**WF Boys Ed -6057, Period Ending 08/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 09/13/2020

Reconciled by: slmusick ██████████

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 27,931.34 |
| Interest earned | 0.24 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 27,931.58 |
| | |
| Register balance as of 08/31/2020 | 27,931.58 |

Anthony Levandowski

**WF Boys Activities -6065, Period Ending 08/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 09/13/2020

Reconciled by: slmusick█████████

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 12,187.76 |
| Interest earned | 0.10 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 12,187.86 |
| | |
| Register balance as of 08/31/2020 | 12,187.86 |



# Portfolio By Wells Fargo®

Questions? Please contact us:

**Wells Fargo Premier Banking Team** ℠
Available 24 hours a day, 7 days a week
Telecommunications Relay Services calls accepted
*Phone:* **1-800-742-4932,** *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

ANTHONY S LEVANDOWSKI
DEBTOR IN POSSESSION
CH11 CASE #20-30242 (NCA)
1655 OAK AVE
SAINT HELENA CA 94574-1723

## August 31, 2020

| | |
|---|---|
| **Total assets:** | **$1,408,775.18** |
| **Total liabilities:** | **$0.00** |
| Qualifying Balance: | $1,408,775.18 |
| Deposit Balance: | $1,408,775.18 |

**Contents** *Page*

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Wells Fargo Portfolio Checking. . . . . . . . . . . . . . . . 3



# Your Portfolio by Wells Fargo overview

## Assets

| Account *(Account Number)* | | Balance this month ($) |
|---|---|---|
| Wells Fargo Portfolio Checking (████8303) | | 1,408,775.18 |
| | **Total assets** | **$1,408,775.18** |

---

**Important Account Information**

"Your Portfolio by Wells Fargo overview" section of your statement is provided for informational and convenience purposes. The balances in the Overview section may not match your statement of record for credit and brokerage products due to differences in statement periods between this statement and the statement for your credit and/or brokerage products. The Overview shows activity and information from (1) deposit, credit, trust and foreign exchange accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company; and (3) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

---

**Other Wells Fargo Benefits**

Please take a few minutes to review the accounts that are linked to your Portfolio by Wells Fargo program. To see the accounts that are linked to your Portfolio program, please go to the section of this statement titled "Your Portfolio by Wells Fargo Overview". Or, sign onto Wells Fargo Online and at the top of the Account Summary page, click on "Explore Program and Benefits", and this will take you to the Balance and Benefits page. To view the Balance and Benefits page from your mobile device, log into the Wells Fargo app and at the top of the Account Summary page, tap "Portfolio by Wells Fargo". Linked eligible accounts make up your Portfolio by Wells Fargo statement-ending qualifying balance and are used to determine if you are eligible to avoid the monthly service fee, and to get pricing discounts and other benefits. If you do not see all of the accounts you would like included in your Portfolio by Wells Fargo program, please contact your banker or call the number listed on the first page of this statement for assistance with linking the accounts.

569247



# Wells Fargo Portfolio Checking

## Statement period activity summary

| | |
|---|---:|
| Balance on 8/1 | 1,429,624.75 |
| Deposits/Additions | 4,976.48 |
| Withdrawals/Subtractions | - 25,826.05 |
| **Balance on 8/31** | **$1,408,775.18** |

Account number: ████8303

**ANTHONY S LEVANDOWSKI**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-30242 (NCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA  account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest paid this statement | $12.01 |
| Interest earned this statement period | $12.01 |
| Average collected balance | $1,414,362.56 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $22.57 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | **Beginning balance on 8/1** | | | | **1,429,624.75** |
| 8/3 | Purchase Authorized On 07/31 Vitality Bowls - 9 Sausalito CA S380213844873488 Card 2239 | | | 24.97 | |
| 8/3 | Purchase Authorized On 07/31 Apple.Com/Bill 866-712-7753 CA S580214126409688 Card 2239 | | | 9.99 | |
| 8/3 | Purchase Authorized On 08/01 Uchiwa Ramen San Rafael CA S460215039790096 Card 2239 | | | 55.52 | |
| 8/3 | Purchase Authorized On 08/02 Super Duper Burger Mill Valley CA S380215738851037 Card 2239 | | | 40.00 | |
| 8/3 | Luhrs Property M Web Pmts 080320 Y15L63 Victoria Pacchiana | | | 6,200.00 | 1,423,294.27 |
| 8/4 | Purchase Authorized On 08/03 Apple.Com/Bill 866-712-7753 CA S460216638520811 Card 2239 | | | 0.99 | |
| 8/4 | Recurring Payment Authorized On 08/03 Trycaviar.Com Roos 8666127021 CA S460216733395281 Card 2239 | | | 28.73 | |
| 8/4 | Recurring Payment Authorized On 08/03 Trycaviar.Com Roos 8666127021 CA S460216765694750 Card 2239 | | | 0.58 | |
| 8/4 | Recurring Payment Authorized On 08/03 Trycaviar.Com Fast 8666127021 CA S580217075178145 Card 2239 | | | 26.17 | 1,423,237.80 |
| 8/5 | Purchase Authorized On 08/03 Mta Meter Mta Ips San Francisco CA S580216587877489 Card 2239 | | | 6.50 | |
| 8/5 | Purchase Authorized On 08/04 Sq *Deli Board San Francisco CA S380217673614123 Card 2239 | | | 22.46 | |
| 8/5 | Recurring Payment Authorized On 08/04 Trycaviar.Com Thai 8666127021 CA S380218076123634 Card 2239 | | | 52.35 | |
| 8/5 | Check | 4019 | | 655.01 | 1,422,501.48 |
| 8/6 | Purchase Authorized On 08/04 Starbucks 800-782-7282 WA S460217563348576 Card 2239 | | | 40.00 | |
| 8/6 | Check | 4021 | | 8,048.00 | 1,414,413.48 |
| 8/7 | Purchase Authorized On 08/06 Sq *Deli Board San Francisco CA S580219753634198 Card 2239 | | | 19.53 | |
| 8/7 | Purchase Authorized On 08/06 US District Court 415-522-2049 CA S580219850087780 Card 2239 | | | 100.00 | |
| 8/7 | Recurring Payment Authorized On 08/06 Trycaviar.Com Pizz 8666127021 CA S300219859525088 Card 2239 | | | 119.08 | 1,414,174.87 |
| 8/10 | Purchase Authorized On 08/07 Pet Food Express 3052 Mill Valley CA S460218984110932 Card 2239 | | | 64.94 | |
| 8/10 | Purchase Authorized On 08/07 Samurai Japanese R Mill Valley CA S300220396539396 Card 2239 | | | 84.00 | |

Case: 20-30242   Doc# 264   Filed: 09/23/20   Entered: 09/23/20 09:16:42   Page 15 of 28



## Wells Fargo Portfolio Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 8/10 | Purchase Authorized On 08/07 Safeway #0788 Mill Valley CA S460221109345753 Card 2239 | | | 39.63 | |
| 8/10 | Purchase Authorized On 08/08 NEW York Bagel Mill Valley CA S380221565097861 Card 2239 | | | 33.62 | |
| 8/10 | Purchase Authorized On 08/08 Humblebundle.Com Httpswww.Humb CA S580221658692351 Card 2239 | | | 30.00 | |
| 8/10 | Purchase Authorized On 08/09 NEW York Bagel Mill Valley CA S460222581311479 Card 2239 | | | 14.30 | |
| 8/10 | Purchase Authorized On 08/09 Marin Brewing CO Larkspur CA S380222855733940 Card 2239 | | | 51.00 | 1,413,857.38 |
| 8/12 | Mobile Deposit : Ref Number :710120979323 | | 231.61 | | |
| 8/12 | Purchase Authorized On 08/10 Good Earth Natural Mill Valley CA S300223694687986 Card 2239 | | | 60.18 | |
| 8/12 | Recurring Payment Authorized On 08/11 Trycaviar.Com Join 8666127021 CA S300224715455392 Card 2239 | | | 32.72 | |
| 8/12 | Purchase Authorized On 08/11 Sq *Deli Board San Francisco CA S460224774543190 Card 2239 | | | 23.44 | |
| 8/12 | Purchase Authorized On 08/11 Paddle.Net* Imazin 808-1781535 NY S580225090795843 Card 2239 | | | 49.99 | |
| 8/12 | Deposited OR Cashed Check | 4020 | | 3,440.00 | |
| 8/12 | Check | 4017 | | 284.00 | 1,410,198.66 |
| 8/13 | Purchase Authorized On 08/11 Firehouse Coffee A Sausalito CA S580224578186684 Card 2239 | | | 8.00 | |
| 8/13 | Recurring Payment Authorized On 08/12 Apple.Com/Bill 866-712-7753 CA S380225449487480 Card 2239 | | | 7.99 | |
| 8/13 | Purchase Authorized On 08/13 Wholefds Bld 103 731 E Bl Mill Valley CA P00300226726841427 Card 2239 | | | 20.51 | 1,410,162.16 |
| 8/14 | Gusto Pay 351259 200814 6Semjopgd6M Anthony Levandowski | | 2,366.43 | | |
| 8/14 | Purchase Authorized On 08/13 Grillys Mill Valle Mill Valley CA S460226685677116 Card 2239 | | | 28.33 | |
| 8/14 | Purchase Authorized On 08/13 Uber Eats Help.Uber.Com CA S380227046109325 Card 2239 | | | 74.86 | 1,412,425.40 |
| 8/17 | Purchase Authorized On 08/14 NEW York Bagel Mill Valley CA S380227580954534 Card 2239 | | | 32.00 | |
| 8/17 | Recurring Payment Authorized On 08/14 Trycaviar.Com Floo 8666127021 CA S380227835343762 Card 2239 | | | 54.56 | |
| 8/17 | Purchase Authorized On 08/15 NEW York Bagel Mill Valley CA S580228621139876 Card 2239 | | | 19.91 | |
| 8/17 | Purchase Authorized On 08/15 Firehouse Coffee A Sausalito CA S580228632120760 Card 2239 | | | 4.50 | |
| 8/17 | Recurring Payment Authorized On 08/15 Apple.Com/Bill 866-712-7753 CA S580228783398251 Card 2239 | | | 7.99 | |
| 8/17 | Purchase Authorized On 08/15 Good Earth Natural Mill Valley CA S300228856875618 Card 2239 | | | 129.76 | 1,412,176.68 |
| 8/18 | Recurring Payment Authorized On 08/17 Apple.Com/Bill 866-712-7753 CA S460230530709379 Card 2239 | | | 4.99 | 1,412,171.69 |
| 8/19 | Purchase Authorized On 08/17 Caviar*Rustic Bake WWW.Doordash. CA S300230740389321 Card 2239 | | | 34.50 | |
| 8/19 | Purchase Authorized On 08/18 Sq *Deli Board San Francisco CA S380231749366251 Card 2239 | | | 23.44 | 1,412,113.75 |
| 8/20 | Purchase Authorized On 08/19 Caviar*Thai Tanic WWW.Doordash. CA S460233038065598 Card 2239 | | | 54.51 | 1,412,059.24 |
| 8/21 | Purchase Authorized On 08/20 Wholefds Bld 10337 Mill Valley CA S380233852755225 Card 2239 | | | 68.37 | 1,411,990.87 |
| 8/24 | Purchase Authorized On 08/20 Caviar*Joinery WWW.Doordash. CA S380234088793998 Card 2239 | | | 26.13 | |
| 8/24 | Recurring Payment Authorized On 08/21 Apple.Com/Bill 866-712-7753 CA S300234354037521 Card 2239 | | | 6.99 | |
| 8/24 | Purchase Authorized On 08/22 Apple.Com/Bill 866-712-7753 CA S300236154179357 Card 2239 | | | 1.99 | |
| 8/24 | Purchase Authorized On 08/23 Uber Eats Help.Uber.Com CA S300237002561544 Card 2239 | | | 120.38 | 1,411,835.38 |

Case: 20-30242    Doc# 264    Filed: 09/23/20    Entered: 09/23/20 09:16:42    Page 16 of 28



## Wells Fargo Portfolio Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 8/25 | Purchase Authorized On 08/23 Firehouse Coffee A Sausalito CA S300236663353714 Card 2239 | | | 4.50 | |
| 8/25 | Recurring Payment Authorized On 08/24 Apple.Com/Bill 866-712-7753 CA S300237485884113 Card 2239 | | | 3.99 | |
| 8/25 | Purchase Authorized On 08/24 Sq *Oori Foods LLC Oakland CA S300237740942922 Card 2239 | | | 54.41 | 1,411,772.48 |
| 8/26 | Purchase Authorized On 08/24 Apple.Com/Bill 866-712-7753 CA S580237837178527 Card 2239 | | | 1.99 | |
| 8/26 | Purchase Authorized On 08/25 Driver's Market Sausalito CA S300238772444784 Card 2239 | | | 53.42 | 1,411,717.07 |
| 8/27 | Purchase Authorized On 08/25 Sq *Deli Board San Francisco CA S300238692176470 Card 2239 | | | 21.21 | |
| 8/27 | Purchase Authorized On 08/25 Yelp-Grubhubvenice 8002561020 NY S580238757409615 Card 2239 | | | 11.64 | 1,411,684.22 |
| 8/28 | Purchase Authorized On 08/26 Caviar*Thai Tanic WWW.Doordash. CA S300240005333514 Card 2239 | | | 36.33 | |
| 8/28 | Purchase Authorized On 08/27 Fastrak Csc 415-486-8655 CA S460240350830621 Card 2239 | | | 30.00 | |
| 8/28 | Purchase Authorized On 08/27 Mollie Stones #1 Sausalito CA S460240743310837 Card 2239 | | | 74.11 | 1,411,543.78 |
| 8/31 | Gusto Pay 469129 200831 6Semjor0Has Anthony Levandowski | | 2,366.43 | | |
| 8/31 | Recurring Payment Authorized On 08/28 Apple.Com/Bill 866-712-7753 CA S460241330197976 Card 2239 | | | 0.99 | |
| 8/31 | Purchase Authorized On 08/28 Starbucks 800-782-800-782-7282 WA S460241609271588 Card 2239 | | | 25.00 | |
| 8/31 | Purchase Authorized On 08/28 Doordash*Bar Bocce WWW.Doordash. CA S380242055367938 Card 2239 | | | 53.29 | |
| 8/31 | Purchase Authorized On 08/29 Joe The Juice NEW Corte Madera CA S460242758866308 Card 2239 | | | 40.36 | |
| 8/31 | Purchase Authorized On 08/29 Apple.Com/Bill 866-712-7753 CA S300242844591842 Card 2239 | | | 29.99 | |
| 8/31 | Purchase Authorized On 08/30 NEW York Bagel Mill Valley CA S300243619710808 Card 2239 | | | 27.70 | |
| 8/31 | Purchase Authorized On 08/30 Pet Food Express 3052 Mill Valley CA P00000000776887699 Card 2239 | | | 200.23 | |
| 8/31 | Purchase Authorized On 08/30 Driver's Market Sausalito CA P00000000485942620 Card 2239 | | | 17.98 | |
| 8/31 | Deposited OR Cashed Check | 4022 | | 4,751.50 | |
| 8/31 | Interest Payment | | 12.01 | | 1,408,775.18 |
| **Ending balance on 8/31** | | | | | **1,408,775.18** |
| **Totals** | | | **$4,976.48** | **$25,826.05** | |

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 4017 | 8/12 | 284.00 | 4020 | 8/12 | 3,440.00 | 4022 | 8/31 | 4,751.50 |
| 4019 * | 8/5 | 655.01 | 4021 | 8/6 | 8,048.00 | | | |

*\* Gap in check sequence.*

Case: 20-30242    Doc# 264    Filed: 09/23/20    Entered: 09/23/20 09:16:42    Page 17 of 28



## Wells Fargo Portfolio Checking (continued)

**Important Account Information**

As a reminder, Portfolio by Wells Fargo monthly service fees are calculated using the combined month end balances of all qualifying accounts linked to your Portfolio by Wells Fargo program. If you do not meet the minimum balance requirements*, the standard monthly service fee of $30 will be assessed to your primary checking account on about the 2nd business day following month end. This fee will appear in the transaction history section for the primary checking account on your next month end statement.

*$25,000 in any combination of qualifying linked bank deposit accounts (checking, savings, time accounts (CDs), FDIC-insured IRAs) or $50,000 in any combination of qualifying linked bank, brokerage (available through our brokerage affiliate Wells Fargo Advisors®) and credit balances (including 10% of mortgage balances).

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

569251



## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement.  Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

✍ ENTER
[A] The "ending balance" shown on your statement

$ _____

✍ ADD
[B] Any deposits listed in your register or transfers into your account which are not shown on your statement

$ _____
$ _____
$ _____
$ _____
$ _____ → $ _____

✍ CALCULATE SUBTOTAL
(Add parts [A] and [B] )

$ _____

✍ SUBTRACT
[C] Total of outstanding checks and withdrawals from the chart at right

- $ _____

✍ CALCULATE
ENDING BALANCE
(Part [A] + Part [B] - Part [C] )
This amount should be the same as the current balance shown in your check register.

$ _____

| Items outstanding | |
| --- | --- |
| Check number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer.  These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.

©2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

569252

# Wells Fargo® Preferred Checking



ANTHONY LEVANDOWSKI
STEFANIE OLSEN

MILL VALLEY CA

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $15,514.72 |
| Deposits/Additions | 0.13 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 8/31** | **$15,514.85** |

Account number: 6040

**ANTHONY LEVANDOWSKI**
**STEFANIE OLSEN**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Case: 20-30242   Doc# 264   Filed: 09/23/20   Entered: 09/23/20 09:16:42   Page 20 of 28



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.13 |
| Average collected balance | $15,514.72 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.13 |
| Interest paid this year | $0.89 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/31 | | Interest Payment | 0.13 | | 15,514.85 |
| **Ending balance on 8/31** | | | | | **15,514.85** |
| **Totals** | | | **$0.13** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program.

| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $15,514.72 ☑ |
|     - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

Case: 20-30242   Doc# 264   Filed: 09/23/20   Entered: 09/23/20 09:16:42   Page 21 of 28



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801


Member FDIC.

Sheet Seq = 0163779
Sheet 00002 of  00002

# Wells Fargo® Preferred Checking



ANTHONY LEVANDOWSKI
STEFANIE OLSEN

MILL VALLEY CA

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $27,931.34 |
| Deposits/Additions | 0.24 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 8/31** | **$27,931.58** |

Account number: 6057

**ANTHONY LEVANDOWSKI**
**STEFANIE OLSEN**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Case: 20-30242    Doc# 264    Filed: 09/23/20    Entered: 09/23/20 09:16:42    Page 23 of 28

(114)
Sheet Seq = 0163780
Sheet 00001 of 00002



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.24 |
| Average collected balance | $27,931.34 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.24 |
| Interest paid this year | $1.67 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/31 | | Interest Payment | 0.24 | | 27,931.58 |
| **Ending balance on 8/31** | | | | | **27,931.58** |
| **Totals** | | | **$0.24** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $27,931.34 ☑ |
|   - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

Case: 20-30242  Doc# 264  Filed: 09/23/20  Entered: 09/23/20 09:16:42  Page 24 of 28



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.  = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

Sheet Seq = 0163781
Sheet 00002 of  00002

# Wells Fargo® Preferred Checking



ANTHONY LEVANDOWSKI
STEFANIE OLSEN
███████████
MILL VALLEY CA ████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $12,187.76 |
| Deposits/Additions | 0.10 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 8/31** | **$12,187.86** |

Account number: ████6065

**ANTHONY LEVANDOWSKI**
**STEFANIE OLSEN**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

(114)
Sheet Seq = 0163782
Sheet 00001 of 00002



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.10 |
| Average collected balance | $12,187.76 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.10 |
| Interest paid this year | $0.71 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/31 | | Interest Payment | 0.10 | | 12,187.86 |
| **Ending balance on 8/31** | | | | | **12,187.86** |
| **Totals** | | | **$0.10** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program.

| How to avoid the monthly service fee Have any **ONE** of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $12,187.76 ☑ |
|   - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

Case: 20-30242   Doc# 264   Filed: 09/23/20   Entered: 09/23/20 09:16:42   Page 27 of 28



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** **Add** A **and** B **to calculate the subtotal.**    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** D **from** C **to calculate the adjusted ending balance.** This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

Sheet Seq = 0163783
Sheet 00002 of  00002