**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DEBTOR'S THIRD STATUS CONFERENCE STATEMENT**<br><br>Date: November 19, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>　　　　Courtroom 19, 16th Floor<br>　　　　San Francisco, CA 94102 |

Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") hereby submits this Statement in advance of the continued chapter 11 status conference scheduled for November 19, 2020 at 10:00 a.m. (the "Status Conference"). The Debtor herein incorporates by reference his answers to his Status Conference Statement, filed on April 28, 2020 (Docket No. 64) and his Second Status Conference Statement, filed on July 23, 2020 (Docket No. 168) (together, the "Prior Status Conference Statements"),[1] and supplements those answers that have changed since the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Prior Status Conference Statements.

Prior Status Conference Statements were filed.

**(5) Whether the debtor has met the requirements for retaining professionals in the case, and the estate's need for retaining any additional professionals (e.g., attorneys, accountants, brokers, etc.).**

On October 30, 2020, the Debtor filed the *Application for Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Julie Jenanyan as Bookkeeper for the Debtor* (Docket No. 290). The Debtor is contemplating filing one additional retention application for a professional to assist with the preparation of his 2019 taxes.

**(6) The debtor(s)' post−petition operations, revenue and financial results.**

The Debtor is moving for approval of a new chapter 11 budget, which will extend through the week of March 27, 2021, concurrently herewith. The Debtor's current financial status, including a discussion of his liquidity, is discussed in more detail therein.

**(7) The status of any litigation pending in or outside of this Court.**

There are two matters of note: (a) On July 16, 2020, the Debtor commenced an adversary proceeding against Uber Technologies Inc. ("Uber") (Adv. Proc. No. 20-03050); and (b) on August 4, 2020, the Honorable William Alsup, United States District Judge, sentenced the Debtor to eighteen months in federal prison in *United States v. Levandowski*, Case No. 19-00377-WHA. The Debtor will begin serving his sentence on a date to be assigned in the future[2] and is not scheduled to appear before Judge Alsup until February 2021.

**(9) The status of monthly operating reports, debtor−in−possession (DIP) accounts and required post−petition payments to taxing authorities.**

The Debtor has filed the following monthly operating reports:

- July 2020 on August 20, 2020 (Docket No. 230)
- August 2020 on September 23, 2020 (Docket No. 264)
- September 2020 on October 22, 2020 (Docket No. 288)

---

[2] The Court has deferred the commencement of the sentence until the COVID-19 epidemic in the prisons is under control.

**(14) Unusual developments or events that have occurred or are expected to occur in the case, and any other matters that might materially affect the administration of this case.**

A determination of Uber's liability under the Indemnification Agreement through the Adversary Proceeding is necessary to determine the path forward in this Chapter 11 Case.

The Debtor's Charitable Lead Annuity Trust (the "CLAT") is administered by Lincoln Financial Advisors Corp. ("Lincoln"), which uses Fidelity as its securities account provider. Upon learning of the Debtor's criminal conviction, Fidelity directed Lincoln to find a new trustee for the CLAT. The Debtor is prepared to resign as trustee and appoint his brother in his stead, but no action has been taken as of this date.

Dated: November 12, 2020        **KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
      Dara L. Silveira
*Attorneys for Debtor and Debtor in Possession*