MILES EHRLICH, State Bar No. 237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY, State Bar No. 189820
izzy@ramsey-ehrlich.com
AMY CRAIG, State Bar No. 269339
amy@ramsey-ehrlich.com
KATHARINE KATES, State Bar No. 155534
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | BANKRUPTCY CASE NO.: 20-30242 (HLB)<br>Chapter 11<br><br>**RAMSEY & EHRLICH LLP'S CERTIFICATION OF NO TRANSCRIPT ORDERED (Fed.R.Bankr.P. 8009(b))** |

Ramsey & Ehrlich LLP ("R&E") filed a Notice of Appeal on December 16, 2020 from this Court's Order Denying Ramsey & Ehrlich's Motion for Approval of Stipulation with Creditor. Docket Nos. 313 and 356-1; N.D.C.A. Case No. 20-cv-09336. Pursuant to Federal Rule of Bankruptcy Procedure 8009(b)(1)(B), R&E hereby submits the following Certification of No Transcript Ordered.

**CERTIFICATION OF NO TRANSCRIPT ORDERED**

Pursuant to Fed.R.Bankr.P. 8009(b)(1)(B), R&E hereby notifies the Court that it is not ordering a transcript of the hearing conducted on August 13, 2020. The Court made no findings of fact or conclusions of law at that hearing.

Dated: December 31, 2020          Respectfully submitted,

By: /s/ _____
     Miles Ehrlich

RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060
miles@ramsey-ehrlich.com