1
2
3
4
5

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

6
7

*Attorneys for Debtor and*
*Debtor in Possession*

8

## UNITED STATES BANKRUPTCY COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

11
12
13
14
15
16
17
18

In re:

ANTHONY SCOTT LEVANDOWSKI,

                Debtor.

Bankruptcy Case
No. 20-30242 (HLB)

Chapter 11

**STIPULATION EXTENDING
DEADLINE FOR OBJECTIONS TO
DISCHARGE AND TO CLAIMS OF
EXEMPTION**

19
20
21
22

      This stipulation and agreement for order ("Stipulation") is entered into by Anthony Scott Levandowski (the "Debtor"), as debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), Google LLC ("Google") and Uber Technologies, Inc. ("Uber"). The Debtor, Google and Uber hereby stipulate and agree as follows:

23

## RECITALS

24
25
26

      A.      On March 4, 2020, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

27
28

      B.      The meeting of creditors in the Chapter 11 Case occurred on April 7, 2020 and concluded on May 15, 2020.

C.     On June 3, 2020, the Court approved a stipulation among the Debtor, Google and Uber and ordered that the time for Google, Uber and the Office of the United States Trustee for the Northern District of California (the "U.S. Trustee") to file complaints, objections or motions, as the case may be, to challenge or otherwise object to the Debtor's claims of discharge and exemption be extended to the date that is 30 days following the completion of a mediation among the Debtor, Google and Uber Technologies, Inc.  *See* Dkt. No. 109.  That mediation concluded on July 9, 2020.

D.     On July 16, 2020, the Debtor initiated an adversary proceeding against Uber, *Levandowski v. Uber Technologies, Inc.* (N.D. Cal. Bankr. Case No. 20-03050) (the "Adversary Proceeding").

E.     On July 31, 2020, the court approved a stipulation among the Debtor, Google and Uber and ordered that the time for Google, Uber, and the U.S. Trustee to file complaints, objections or motions, as the case may be, to challenge or otherwise object to the Debtor's claims of discharge and exemption be extended to January 29, 2021.  *See* Dkt. No. 183.

F.     On November 2, 2020, the Court issued a trial scheduling order in the Adversary Proceeding scheduling trial to commence on April 26, 2021 to resolve certain claims in that proceeding.  Case No. 20-03050, Dkt. No. 81.

G.     The Debtor, Google and Uber have agreed that the time for Google, Uber and the U.S. Trustee to file complaints, objections or motions, as the case may be, to challenge and object to the Debtor's claims of discharge and exemption be further extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE DEBTOR, GOOGLE AND UBER, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1.     The time for Google, Uber and the U.S. Trustee to file complaints, objections or motions, as the case may be, to challenge or otherwise object to (a) the discharge of a particular debt of the Debtor's under section 523 of the Bankruptcy Code or (b) any claim of exemption made by or on behalf of the Debtor and otherwise allowable under section 522(l) of the Bankruptcy Code is extended to the later of June 30, 2021 or 60 days following entry of a

judgment or other form of resolution of the matters set for trial in the Trial Scheduling Order, Case No. 20-03050, Dkt. No. 81, in the Adversary Proceeding.

2. The due date for any objection to the Debtor's discharge under sections 1141 or 727(a) of the Bankruptcy Code shall be the latest of June 30, 2021, the deadline set forth in Bankruptcy Rule 4004 and section 1141 of the Bankruptcy Code, or 60 days following entry of a judgment or other form of resolution of the matters set for trial in the Trial Scheduling Order, Case No. 20-03050, Dkt. No. 81, in the Adversary Proceeding.

3. Nothing in this Stipulation prohibits Google, Uber or the U.S. Trustee from filing any complaints, objections or motions with respect to dischargeability or exemptions earlier than that extended due date set forth above.

4. Nothing in this Stipulation shall be construed to prohibit Google or Uber from pursuing any main case discovery through Rule 2004. The parties' rights to such discovery are preserved.

5. This Stipulation shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated:  January 06, 2021               **KELLER BENVENUTTI KIM LLP**

By:   */s/ Tobias S. Keller*
        Tobias S. Keller
        Dara L. Silveira
        650 California Street, Suite 1900
        San Francisco, California 94108
        Telephone: (415) 496-6723
        Facsimile: (650) 636-9251
        tkeller@kbkllp.com
        dsilveira@kbkllp.com

*Attorneys for Debtor and Debtor*
*in Possession Anthony Levandowski*

Dated:  January 06, 2021

**MUNGER, TOLLES & OLSON LLP**

By:  /s/ John W. Berry
Thomas Walper
John W. Berry
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
john.berry@mto.com

*Attorneys for Google LLC*

Dated:  January 06, 2021

**PACHULSKI, STANG, ZIEHL &
JONES LLP**

By:  /s/ Miriam Manning
Debra Grassgreen
Miriam Manning
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 217-5102
Facsimile: (415) 263-7010
dgrassgreen@pszjlaw.com

*Attorneys for Uber Technologies, Inc.*