THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
JOHN W. BERRY (State Bar No. 295760)
john.berry@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Google LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**GOOGLE LLC'S LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE ISSUANCE OF PROMISSORY NOTES AS PAYMENT OF FEES AND EXPENSES OF GOODWIN PROCTOR LLP**<br><br>Date: February 11, 2021<br>Time: 10:00 a.m. (PST)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>450 Golden Gate Ave.<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: February 4, 2020 |

Google LLC ("Google") respectfully submits this limited objection to Debtor Anthony Levandowski's (the "Debtor") Motion to Approve Issuance of Promissory Notes as Payment of Fees and Expenses of Goodwin Proctor LLP (the "Motion") (Dkt. No. 385).

Google does not oppose the Motion or the relief that it seeks, except that it is Google's position that the proposed Term Sheet's interest rate is unreasonably high. *See* Dkt. No. 385-1 (Ex. A) at 2. Until that term is modified, Google opposes the Motion on that basis alone.

-1-
GOOGLE LLC'S LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE ISSUANCE OF PROMISSORY NOTES AS PAYMENT OF FEES AND EXPENSES OF GOODWIN PROCTOR LLP

Google's counsel has and will continue to meet and confer with Debtor's counsel on this issue, and requests the Motion not be approved until and unless the interest rate is appropriately reduced. To the extent the Debtor modifies the relief he seeks in his Motion or the terms of the Term Sheet, Google reserves the right to supplement this objection to respond to those modifications, including any modification or failure to modify the interest rate.

Dated: February 4, 2021

By: *Thomas B. Walper*
Thomas B. Walper
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
(213) 683-9100
thomas.walper@mto.com

*Counsel for Google LLC*

-2-

GOOGLE'S LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE ISSUANCE OF PROMISSORY NOTES AS PAYMENT OF FEES AND EXPENSES OF GOODWIN PROCTOR LLP

Case: 20-30242  Doc# 403  Filed: 02/04/21  Entered: 02/04/21 16:30:37  Page 2 of 2