Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katherine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kciliberti@jenner.com

*Counsel for Uber Technologies, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br>Chapter 11<br><br>**DECLARATION OF MIRIAM MANNING IN SUPPORT OF UBER TECHNOLOGIES, INC.'S OBJECTION TO DEBTORS' MOTION TO APPROVE ISSUANCE OF PROMISSORY NOTES AS PAYMENT OF FEES AND EXPENSES OF GOODWIN PROCTOR, LLP**<br><br><u>Hearing:</u><br>Date: February 11, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Miriam Manning, declare:

1. I am an attorney at law, licensed to practice in the State of California and in this district. I am an attorney employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel

DOCS_SF:104997.1 85647/001

Uber Technologies, Inc. ("Uber"), a creditor in the above-captioned bankruptcy case. I have personal knowledge of the facts set forth herein and, if called as a witness, I would and could competently testify thereto.

2. I submit this declaration in support of the *Objection of Uber Technologies, Inc. to Debtor's Motion to Approve Issuance of Promissory Notes as Payment of Fees and Expenses of Goodwin Proctor, LLP* ("Objection").

3. Attached hereto as **Exhibit A** is pages 31-34 and 123 of the Arbitration Award which relates to the representations made on page 3 of the Objection. Consistent with the way the parties have treated the confidential nature of this document, it has been redacted to prevent it from public disclosure.[1]

4. Attached hereto as **Exhibit B** is a true and correct copy of the *LLC Termination – Short Form Cancelation Certificate* for Home Studio, LLC, dated February 18, 2020, and signed by Victoria Pacchiana, the Debtor's fiancé. I downloaded this document from the California Secretary of State's office website. The Debtor's Statement of Financial Affairs, dated May 4, 2020 [Dkt 73], reflects a $250,000 transfer to Home Studio on March 4, 2020 – the day of the Debtor's bankruptcy filing.

5. Attached hereto as **Exhibit C** is a true and correct copy of a *Certificate of Dissolution* for Way of the Future. I downloaded this document from the California Secretary of State's website. The Certificate of Dissolution is dated as of June 10, 2020 and accepted as filed on December 23, 2020. Based on documents provided by the Debtor, third parties or otherwise located on the California Secretary of State's website, I understand that the Debtor was a founder, president and CEO of this entity. Also, based on account statements from the American Endowment Foundation, the Way of the Future received $175,172.00 in January 2018 as charitable contributions from the CLAT or entities acting on its behalf.

I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct.

---

[1] The Court has previously authorized the filing of the redacted Arbitration Award. (*See, Order Granting Uber Technologies, Inc.'s Administrative Motion to File Redacted Exhibits to Answer to First Amended Complaint, and File Unredacted Versions Under Seal,* Dkt 58).

1         Executed this 4th day of February 2021 at Ross, California.

2 Dated: February 4, 2021

                                               By: */s/ Miriam Manning*
                                                      Miriam Manning
                                                      *Counsel for Uber Technologies, Inc.*

# EXHIBIT A

(Page 33 of the Arbitration Award)

DOCS_SF:104997.1 85647/001

GOOGLE, LLC,

    Claimant

and

ANTHONY SCOTT LEVANDOWSKI      **CORRECTED FINAL AWARD**

And

LIOR RON,

    Respondents

| Counsel for Claimant | Counsel for Respondents |
|---|---|
| Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br><br>Robert A. Van Nest<br>Rachael E. Meny<br>Jennifer A. Huber<br>Thomas R. Gorman<br>W. Hamilton Jordan<br>Jo W. Golub<br>Ben Berkowitz<br>Reid Mullen<br>Molly Caldwell Villagra | ***Attorneys for Respondent Anthony Levandowski***<br><br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>Neel Chatterjee<br>Brett M. Schuman<br>Rachel M. Walsh<br>Andrew Ong<br><br>***Attorneys for Respondent Lior Ron***<br><br>Taylor & Patchen LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br><br>Stephen E. Taylor<br>Jonathan A. Patchen<br>Cheryl A. Cauley<br>Karan S. Dhadialla<br>Daniel P. Martin |



31
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



32

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



33



34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



123

# **EXHIBIT B**

(LLC Termination – Short Form Cancelation Certificate
for Home Studio, LLC, dated February 18, 2020)

DOCS_SF:104997.1 85647/001



# California Secretary of State
## Electronic Filing

**FILED**
Secretary of State
State of California

## LLC Termination – Short Form Cancellation Certificate

**Entity Name:** HOME STUDIO LLC

**Entity (File) Number:** 201918310040
**File Date:** 02/18/2020

### Detailed Filing Information

**Required Statements**

Statements (a) - (g) are true:
- (a) This Short Form Certificate of Cancellation is being filed within **twelve (12) months** from the date the Articles of Organization were filed with the California Secretary of State;
- (b) The LLC does not have any debts or other liabilities, except as provided in Statement (c);
- (c) All final tax returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board;
- (d) The known assets of the LLC remaining after payment of, or adequately providing for, known debts and liabilities have been distributed or the LLC has acquired no known assets;
- (e) The LLC has not conducted any business from the time of the filing of the Articles of Organization;
- (f) 50 percent or more of the voting interests of the managers or members voted, or, if no managers or members, the person or 50 percent or more of the persons signing the Articles of Organization, voted to dissolve the LLC; and
- (g) Payments received by the LLC for interests from investors, if any, have been returned to those investors.

**Cancellation Statement**

Upon the effective date of this Short Form Cancellation Certificate, the Limited Liability Company's registration is cancelled and its powers, rights and privileges will cease in California.

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

**Electronic Signature(s):**

Victoria Pacchiana

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# **EXHIBIT C**

(Certificate of Dissolution for Way of the Future)

DOCS_SF:104997.1 85647/001



**Secretary of State**
**Nonprofit Certificate of Dissolution**
(California Nonprofit Corporation ONLY)

DISS NP

**FILED**
Secretary of State
State of California

D1604712
Filing Number

12/23/2020
Filing Date

**IMPORTANT** — Read Instructions before completing this form.

There is **No Fee** for filing a Nonprofit Certificate of Dissolution

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**Attorney General Letter**: All nonprofit **public benefit** and **religious** nonprofit corporations are required to get a letter from the California Attorney General's office waiving objections to the nonprofit corporation's distribution of assets, or confirming the nonprofit corporation has no assets. If your corporation is a public benefit or religious corporation, you **must** attach that letter to this Nonprofit Certificate of Dissolution (see instructions).

This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the nonprofit corporation as it is recorded with the California Secretary of State.)

Way of the Future

**2. 7-Digit Secretary of State File Number**

C3827604

**3. Election**

[✓] The dissolution was made by a vote of **ALL** of the members, or if there are no members, by a vote of **ALL** of the directors of the California nonprofit corporation.

**Note**: If the above box is **not** checked, a **Nonprofit Certificate of Election to Wind Up and Dissolve** (Form ELEC NP) must be filed prior to or together with this Nonprofit Certificate of Dissolution. (California Corporations Code sections 6611, 8611, 9680 and 12631.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one box** may be checked. If second box is checked, you must include the required information in an attachment.)

[✓] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The nonprofit corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS NP.)

a. The nonprofit corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. For Mutual Benefit or General Cooperative Corporations ONLY: The known assets have been distributed to the persons entitled thereto or the nonprofit corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements. Do not use a computer generated signature.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

6/10/20
Date

Signature

John F. Gardner
Type or Print Name

Date | Signature | Type or Print Name

Date | Signature | Type or Print Name

DISS NP (REV 07/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

**XAVIER BECERRA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

1300 I Street
P.O. Box 903447
Sacramento, CA 94203-4470
(916) 210-6400 Ext 8
Fax: (916) 444-3651
Dissolution@doj.ca.gov

June 24, 2020

WAY OF THE FUTURE
1646 N. CALIFORNIA BLVD, STE 250
WALNUT CREEK, CA 94596

RE: Dissolution of WAY OF THE FUTURE

Dear Directors:

Based on the representations made in your letter and the supporting documents included with it, the Attorney General's office waives objection to the disposition of the assets of the captioned corporation upon dissolution. (See Corporations Code section 6716.) [section 8716 for mutual benefit corporations].

The corporation may complete its dissolution with the California Secretary of State's office. AFTER the Secretary of State has endorsed the corporation's Certificate of Dissolution, please submit a copy to the undersigned at the address set forth above.

If the corporation had assets at the time of dissolution, please also provide a final financial report for the last complete accounting period through the date in which the organization's asset balance was reduced to zero.

Sincerely,

*Registry of Charitable Trusts*

For       XAVIER BECERRA
          Attorney General

CT-684 Dissolution Waiver with Assets