

Signed and Filed: February 9, 2021

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katherine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kciliberti@jenner.com

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**ORDER GRANTING UBER TECHNOLOGIES INC.'S ADMINISTRATIVE MOTION TO FILE REDACTED EXHIBIT AND OBJECTION TO DEBTOR'S MOTION TO APPROVE ISSUANCE OF PROMISSORY NOTES AS PAYMENT OF FEES AND EXPENSES** |

Upon due consideration of the *Administrative Motion to File Redacted Exhibit and Objection To Debtor's Motion To Approve Issuance of Promissory Notes as Payment of Fees and Expenses* (the "**Administrative Motion**") filed on February 4, 2021 by defendant Uber Technologies, Inc. ("**Uber**"), and the supporting declaration of Miriam Manning filed pursuant to Section 107 of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure and Civil Local Rule 79-5 (applicable to this proceeding pursuant to Bankruptcy Local

Rule 1001-2(a)), and all documents and evidence submitted in support of the Administrative Motion[2], finding the notice of the Administrative Motion to have been appropriate, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Administrative Motion is GRANTED, nunc pro tunc to February 4, 2021.

2. The Clerk of the Court may restrict access to the original and unredacted Exhibit and Objection, filed under seal.

3. Uber is authorized to file the redacted Exhibit and Objection.

4. The redacted Exhibit and Objection shall be identical in all respects to the filing that it replaces, except for the portions that are redacted.

5. Nothing in the order shall affect the rights of the United States Trustee to access the original and unredacted Exhibit and Objection in person at, or by a writing addressed to, the office of the Clerk of the Court.

**\*\*\*END OF ORDER\*\*\***

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Administrative Motion.

**COURT SERVICE LIST**