Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
E-mail:     dgrassgreen@pszjlaw.com
            mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katherine Ciliberti (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
        csteege@jenner.com
        tmascherin@jenner.com
        kciliberti@jenner.com

*Counsel for Uber Technologies, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>       Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Hung Phan, am employed in the City of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On February 10, 2021, I caused to be served the following documents in the manner stated below:

- **UBER TECHNOLOGY, INC.'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION IN PENSCO ROTH IRA**

| | |
|---|---|
| ☑ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 10, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | **(BY EMAIL)** I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
| ☑ | **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 10, 2021 at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

**VIA NEF**

- John W. Berry   john.berry@mto.com, lori.cruz@mto.com
- Neel Chatterjee   NChatterjee@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Trevor Ross Fehr   trevor.fehr@usdoj.gov
- Seth Goldman   seth.goldman@mto.com, cynthia.richardson@mto.com
- Alexander S. Gorin   alex.gorin@mto.com, cindi.richardson@mto.com
- Thomas E. Gorman   tgorman@keker.com, thomas-gorman-9043@ecf.pacerpro.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Katharine A. Kates   katharine@ramsey-ehrlich.com, sonia@ramsey-ehrlich.com
- Tobias S. Keller   tkeller@kbkllp.com
- Tobias S. Keller   tkeller@kellerbenvenutti.com
- Dara Levinson Silveira   dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Andrew R. Lewis   andrew.lewis@mto.com, aileen.beltran@mto.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Michael W. Malter   michael@bindermalter.com
- Miriam Manning   mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Brett M. Schuman   bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com
- Wendy W. Smith   Wendy@bindermalter.com
- Hong-An Vu   HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Rachel M. Walsh   rwalsh@goodwinlaw.com
- William P. Weintraub   WWeintraub@goodwinlaw.com, ACunningham@goodwinlaw.com

**VIA EMAIL (NOT ON NEF LIST)**

- Thomas B. Walper   thomas.walper@mto.com
- Rachael E. Meny   rmeny@keker.com
- Reid P. Mullen   rmullen@keker.com

**VIA U.S. MAIL**

| Ashley Rust Assoc.<br>322 East 19th St., Suite 4R<br>New York, NY 10003 | Comcast<br>1485 Bayshore Blvd<br>San Francisco, CA 94124 | Department of Justice<br>550 Kearny St # 800<br>San Francisco, CA 94108 |
|---|---|---|
| Fawn Park LLC<br>1655 Oak Ave.<br>St. Helena, CA 94574 | Fineman Public Relations<br>530 Bush St #403<br>San Francisco, CA 94108 | L&L Property Management<br>212 Caledonia St.<br>Sausalito, CA 94965 |
| McManis Faulkner<br>50 West San Fernando St. #1000<br>San Jose, CA 95113 | Victoria Pacchiana<br>38 Miller Ave., # 20<br>Mill Valley, CA 94941 | Paladin Management Group<br>633 W. 5th St. 28th Floor<br>Los Angeles, CA 90071 |
| Paladin Management Group, LLC<br>633 W. 5th Street, 28th Floor<br>Los Angeles, CA 90071 | Protector Boats Service Center<br>790 National Court<br>Richmond, CA 94804 | Reevemark<br>261 Madison Ave., 6th Fl<br>New York, NY 10016 |
| Signalare<br>1655 Oak Ave.<br>St. Helena, CA 94574 | Verizon<br>Verizon Headquarters<br>New York, NY 10017 | |