MILES EHRLICH, State Bar No. 237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY, State Bar No. 189820
izzy@ramsey-ehrlich.com
AMY CRAIG, State Bar No. 269339
amy@ramsey-ehrlich.com
KATHARINE KATES, State Bar No. 155534
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor.<br><br>RAMSEY & EHRLICH, LLP,<br><br>Appellant,<br><br>v.<br><br>GOOGLE, LLP, and UBER TECHNOLOGIES, INC.,<br><br>Appellees | BANKRUPTCY CASE NO.: 20-30242 (HLB)<br>Chapter 11<br><br>**STIPULATION APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM** |

# STIPULATION APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM

**IT IS HEREBY STIPULATED** by and between all parties to the Appeal from an order issued by United States Bankruptcy Court Judge Hannah Blumenstiel in *In re: Levandowski*, Bankruptcy Case No. 20-30242, entitled herein, that pursuant to B.L.R. 9044-1, this matter be referred to the Bankruptcy Dispute Resolution Program. The parties have conferred and have agreed that the following individuals are mutually acceptable for appointment as Resolution Advocate and Alternate Resolution Advocate in this matter:

| Resolution Advocate: | Alternate: |
|---|---|
| Michael Cooper<br>ADR SERVICES, INC.<br>100 First Street, 27th Floor<br>San Francisco, California 94105<br>Tel: 415.772.0900<br>Fax: 415.772.0960<br>mcooper@adrservices.com | George H. Kalikman<br>Schnader Harrison Segal & Lewis LLP<br>650 California Street, 19th Floor<br>San Francisco, CA 94108-2736<br>Direct (415) 364-6734<br>Cell (415) 420-1377<br>GKalikman@schnader.com |

The matter concerns (select one):

( ) Breach of Contract  ( ) Classification of Claims  ( ) Construction Issues

( ) Dischargeability  ( ) Injunctive or Declaratory Relief  ( ) Lien Avoidance

( ) Multiple Litigations  ( ) Objection to Claim  ( ) Objection to Plan Confirmation

( ) Preference / Fradulent Conveyance  ( ) Real Estate Issues  ( ) Validity of Lien

( ) Violation of Stay  (X) Other: Dispute re: compensation of professionals

The attorneys for the parties are:

**Ramsey & Ehrlich LLP**

MILES EHRLICH, State Bar No. 237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY, State Bar No. 189820
izzy@ramsey-ehrlich.com
AMY CRAIG, State Bar No. 269339
amy@ramsey-ehrlich.com
KATHARINE KATES, State Bar No. 155534
katharine@ramsey-ehrlich.com

RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

By: /s/
    Miles Ehrlich

Dated: March 3, 2021

**Attorneys for Uber Technologies, Inc**

Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com
David J. Bradford (admitted pro hac vice)
Catherine Steege (admitted pro hac vice)
Terri L. Mascherin (admitted pro hac vice)

By: /s/
    Debra I. Grassgreen

Dated: March 3, 2021

**Attorneys for Google LLC**

THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
JOHN W. BERRY (State Bar No. 295760)
john.berry@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

By: /s/
    John W. Berry

Dated: March 3, 2021

STIPULATION APPOINTING RESOLUTION ADVOCATE
BANKRUPTCY CASE NO.: 20-30242 (HLB)    -2-

Case: 20-30242   Doc# 449   Filed: 03/03/21   Entered: 03/03/21 08:07:27   Page 3 of 3