Is this transcript for an appeal? If yes, an Expedited transcript is required. ☐ Yes ☐ No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** Anthony Scott Levandowski

**Chapter:** 11

**Case Number:** 20-30242

**Adversary Proceeding Name:**

vs. **Plaintiff(s),**

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number)

**Defendant(s).**

**Date of Hearing:** 2/11/2021  **Time of Hearing:** 10:00 am

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Blumenstiel  **Hearing Location:** San Francisco Courtroom 17

**Transcriber:** Palmer Reporting Services  **Alternate Transcriber:** Josephine McCall Court Transcribing

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☑ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☒ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

Name of Witness

**Name of Person(s) Ordering Transcript:** Miriam Manning

**Contact Person:** Oliver Carpio

**Phone Number:** 415-203-7166

**Mailing Address (include law firm name, if any):**
Miriam Manning
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, California 94111

**Email Address:** ocarpio@pszjlaw.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS  ☐ Other: _____

Time Start: ____  Time End: ____  Time Start: ____  Time End: ____

Time Start: ____  Time End: ____  Time Start: ____  Time End: ____

ECRO: ____  Court Division: ____  Processed By: ____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019