**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DEBTOR'S FOURTH STATUS CONFERENCE STATEMENT**<br><br>Date: March 11, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102 |

Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") hereby submits this Statement in advance of the continued chapter 11 status conference scheduled for March 11, 2021 at 10:00 a.m. (the "Status Conference"). The Debtor herein incorporates by reference his answers to his Status Conference Statement, filed on April 28, 2020 (Docket No. 64) and his Second Status Conference Statement, filed on July 23, 2020 (Docket No. 168), and his Third Status Conference Statement, filed on November 12, 2020 (Docket No. 297) (together, the "Prior Status Conference

Statements"),[1] and supplements those answers that have changed since the Prior Status Conference Statements were filed.

**(5) Whether the debtor has met the requirements for retaining professionals in the case, and the estate's need for retaining any additional professionals (e.g., attorneys, accountants, brokers, etc.).**

On February 4, 2021, the Debtor filed the *Application for Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Trial Analysis Group as Trial Consultant for the Debtor* (Docket No. 400). The Court approved this retention on February 26, 2021 (Docket No. 448). On February 22, 2021, the Debtor filed the *Application for Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Holland & Associates CPAs, Inc. as Tax Accountant for the Debtor* (Docket No. 439). The Debtor anticipates filing several additional retention applications for professionals to assist with the preparation of the trial in the Uber adversary proceeding.

**(6) The debtor(s)' post−petition operations, revenue and financial results.**

The Debtor is moving for approval of a new chapter 11 budget, which will extend through July 3, 2021, concurrently herewith. The Debtor's current financial status is discussed in more detail therein.

**(7) The status of any litigation pending in or outside of this Court.**

There are two litigations of note: (a) On July 16, 2020, the Debtor commenced an adversary proceeding against Uber Technologies Inc. ("Uber") (Adv. Proc. No. 20-03050); and (b) on August 4, 2020, the Honorable William Alsup, United States District Judge, sentenced the Debtor to eighteen months in federal prison in *United States v. Levandowski*, Case No. 19-00377-WHA. The Debtor received a presidential pardon on January 19, 2021.

**(9) The status of monthly operating reports, debtor−in−possession (DIP) accounts and required post−petition payments to taxing authorities.**

The Debtor has filed the following monthly operating reports:

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Prior Status Conference Statements.

- October 2020 on November 19, 2020 (Docket No. 306)
- November 2020 on January 8, 2021 (Docket No. 374)
- December 2020 on February 5, 2021 (Docket No. 409)
- January 2021 on February 22, 2021 (Docket No. 441)

**(14) Unusual developments or events that have occurred or are expected to occur in the case, and any other matters that might materially affect the administration of this case.**

A determination of Uber's liability under the Indemnification Agreement through the Adversary Proceeding is necessary to determine the path forward in this Chapter 11 Case.

Dated: March 4, 2021  **KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtor and Debtor in Possession*