**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

*Proposed Attorneys for the Debtor
and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF ANTHONY S. LEVANDOWSKI IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, INC. AND (II) GRANTING RELATED RELIEF**<br><br>Date: July 1, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>     Courtroom 17, 16th Floor<br>     San Francisco, CA 94102<br><br>Objection Deadline: June 24, 2021 |

I, Anthony S. Levandowski, hereby declare pursuant 28 U.S.C. § 1746:

///

1. I am the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case").

2. I submit this Declaration in further support of the *Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Agreement and Settlement Between Debtor, Ramsey & Ehrlich LLP, Google LLC and Uber Technologies, Inc. and (II) Granting Related Relief*, filed contemporaneously herewith (the "Motion").[1]

3. In November 2019, I retained R&E to represent me in the Criminal Case. In connection with the Criminal Case (and exclusive of any amounts attributable to criminal restitution), I paid R&E $1,537,018.82, of which I understand $1,529,968.82 to be currently held in R&E's trust account.

4. I executed the Settlement Agreement on June 9, 2021.

5. I believe the terms of the Settlement Agreement are in the best interest of my estate and its creditors because the Settlement Agreement will bring $479,968.82 into the estate almost immediately. I have been faced with liquidity restrictions, and this influx of cash will enable me to pay a portion of the professional fees outstanding. Furthermore, the settlement of the dispute regarding R&E's fees will free the estate's professionals to focus on the upcoming trial in the adversary proceeding against Uber.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this tenth day of June, 2021, in Sausalito, California.

/s/ Anthony S. Levandowski
Anthony S. Levandowski

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.