**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING AND NOTICE OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, INC. AND (II) GRANTING RELATED RELIEF**<br><br>Date: July 1, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic or Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: June 24, 2021, 4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **July 1, 2021, at 10:00 a.m. (Pacific Time)** (the "Hearing") before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Sixth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective March 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Hearing, the Bankruptcy Court is scheduled to conduct a hearing to consider Debtor's motion (the "Motion") authorizing him for entry of an order (i) approving the agreement attached to the Motion as Exhibit A (the "Settlement Agreement"), entered into between the Debtor, Ramsey & Ehrlich LLP ("R&E"), Google LLC ("Google"), and Uber Technologies, Inc. ("Uber") to settle and resolve issues surrounding R&E's payment for representation of the Debtor in United States v. Levandowski, NDCA Case No. 19-00377-WHA) (the "Criminal Case"), and (ii) granting related relief. The Settlement Agreement resolves a dispute among the Debtor, R&E, Google, and Uber regarding payment of R&E's fees incurred in its representation of the Debtor in the Criminal Case. That fee dispute has been litigated before the Bankruptcy Court and is on appeal to the District Court, and settlement of it is beneficial for the estate both because funds will become available to the estate immediately after its approval and because it will enable the Debtor to focus on the upcoming trial in Adversary Proceeding No. 20-03050.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to relief requested herein must be in writing, filed with the Bankruptcy Court, and served on counsel for the Debtor at the above-referenced address so as to be received **on June 24, 2021**. In deciding the Motion, the Court may consider any other document filed in the Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) by contacting counsel for the Debtor at the above-referenced address. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 10, 2021                    **KELLER BENVENUTTI KIM LLP**

                                        By:   */s/ Danisha Brar*
                                              Danisha Brar

                                        *Attorneys for Debtor and Debtor in Possession*