UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

Anthony Scott Levandowski

CASE NO: 20-30242

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 557

On 6/10/2021, I did cause a copy of the following documents, described below,

NOTICE OF HEARING AND NOTICE OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, ECF Docket Reference No. 557

DECLARATION OF ANTHONY S. LEVANDOWSKI IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. § 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TEC 556

MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, INC. AND (II) GRANTING RELATED RELIEF 555

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

I also caused these documents to be served by electronic mail on the following parties by email:

thomas.walper@mto.com,john.berry@mto.com,alex.gorin@mto.com,andrew.lewis@mto.com,

rvannest@keker.com,rmeny@keker.com,rmullen@keker.com,tgorman@keker.com,

wjordan@keker.com,treeves@keker.com, izzy@ramseyehrlich.com.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/10/2021

/s/ Danisha Brar
Danisha Brar  312950

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

Anthony Scott Levandowski

CASE NO: 20-30242

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 557

On 6/10/2021, a copy of the following documents, described below,

NOTICE OF HEARING AND NOTICE OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, ECF Docket Reference No. 557

DECLARATION OF ANTHONY S. LEVANDOWSKI IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. § 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TEC 556

MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, INC. AND (II) GRANTING RELATED RELIEF 555

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my kno~~

DATED: 6/10/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Danisha Brar
Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco, CA 94108

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

1LABEL MATRIX FOR LOCAL NOTICING
09713
CASE 20-30242
CALIFORNIA NORTHERN BANKRUPTCY COURT
SAN FRANCISCO
MON MAY 4 06-50-42 PDT 2020

ASHLEY RUST ASSOC
322 EAST 19TH ST SUITE 4R
NEW YORK NY 10003-2852

CA EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO CA 94280-0001

DEPARTMENT OF JUSTICE
550 KEARNY ST 800
SAN FRANCISCO CA 94108-2512

FINEMANN PR
530 BUSH STREET 403
SAN FRANCISCO CA 94108-3631

BAY CITIES REFUSE
2525 GARDEN TRACT RD
RICHMOND CA 94801-1005

CHIEF TAX COLLECTION SECTION
EMPLOYMENT DEVELOPMENT SECTION
PO BOX 826203
SACRAMENTO CA 94230-0001

FARMERS INSURANCE
670 WEST NAPA STREET
SUITE J
SONOMA CA 95476-6479

FRANCHISE TAX BOARD
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

APPLE PAY
LOCKBOX 6112
PO BOX 7247
PHILADELPHIA PA 19170-6112

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COMCAST
1485 BAYSHORE BLVD
SAN FRANCISCO CA 94124-4008

FAWN PARK LLC
1655 OAK AVE
ST HELENA CA 94574-1723

INTUIT INC C O CORPORATION SERVICE
COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808-1674

MARIN MUNICIPAL WATER
220 NELLEN AVE
CORTE MADERA CA 94925-1169

OFFICE OF THE US TRUSTEE SF
PHILLIP J BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE 5TH FL 05-0153
SAN FRANCISCO CA 94102-3661

PACIFIC GAS AND ELECTRIC COMPANY
PO BOX 997300
SACRAMENTO CA 95899-7300

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

STEFANIE OLSEN

MILL VALLEY CA 94941

PALADIN MANAGEMENT GROUP
633 W 5TH ST 28TH FLOOR
LOS ANGELES CA 90071-3502

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LL PROPERTY MANAGEMENT
212 CALEDONIA ST
SAUSALITO CA 94965-1927

MARIN HORIZON SCHOOL
305 MONTFORD AVENUE
MILL VALLEY CA 94941-3370

MCMANIS FAULKNER
50 WEST SAN FERNANDO ST 1000
SAN JOSE CA 95113-2415

NETWORK SOLUTIONS
5335 GATE PARKWAY
JACKSONVILLE CA 32256-3070

PROTECTOR BOATS SERVICE CENTER
790 NATIONAL COURT
RICHMOND CA 94804-2008

SIGNALARE
1655 OAK AVE
ST HELENA CA 94574-1723

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

VERIZON WIRELESS
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6704

WELLS FARGO
PO BOX 10347
DES MOINES IA 50306-0347

REEVEMARK
261 MADISON AVE 6TH FL
NEW YORK NY 10016-2303

US ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

VICTORIA PACCHIANA
38 MILLER AVE
SUITE 20
MILL VALLEY CA 94941-1948