**HEMMING MORSE LLP**
CARL S. SABA (ASA #91600, CVA #30068, AICPA/ABV #4305042)
(sabac@hemming.com)
KATHY ROSNER-GALITZ (CVA #20627)
(rosner-galitzk@hemming.com)
177 Bovet Road, Suite 525
San Mateo, California 94402
Telephone: (415) 836-4080
Facsimile: (415) 777-2062

*Experts for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENT OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH MARCH 31, 2021**<br><br>**[Re: Dkt No. 546]**<br><br>Objection Deadline: June 16, 2021 |

## THE MONTHLY FEE STATEMENT

On May 26, 2021, Hemming Morse LLP (the "Applicant"), experts for Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, filed its *First Monthly Fee Statement of Hemming Morse LLP for Allowance and Payment of Compensation for the Period of March 1, 2021 Through March 31, 2021* [Docket No. 546] (the "Monthly Fee Statement"), pursuant to the Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on June 12, 2020 [Docket No. 118] (the "Interim Compensation Procedures Order").

The Monthly Fee Statement was served on May 26, 2021, as described in the Certificate of Service filed on the same date [Dkt. No. 548]. The deadline to file responses or oppositions to the Monthly Fee Statement was June 16, 2021, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtor is authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a partner of the firm of Hemming Morse LLP, expert for the Debtor.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in San Mateo, California.

Dated: June 17, 2021　　　　　　　　　　　　　**HEMMING MORSE LLP**

By: /s/ Carl S. Saba
　　　Carl S. Saba

*Expert for Debtor and Debtor in Possession*

**Exhibit A**

Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Hemming Morse LLP** (Experts for Debtor and Debtor in Possession) | **First Monthly** (03.01.21 to 03.31.21) [Dkt. 546; filed 05.26.2021] | $48,407.50 | $0.00 | 06.15.21 | $38,726.00 | $0.00 | $9,681.50 |