# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

IN RE:

Anthony Scott Levandowski

CASE NO: 20-30242

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 574

---

On 6/17/2021, I did cause a copy of the following documents, described below,

NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE FIFTH CHAPTER 11 BUDGET FOR THE USE OF CASH AND POSTPETITION INCOME ECF Docket Reference No. 574

MOTION TO APPROVE FIFTH CHAPTER 11 BUDGET FOR THE USE OF CASH AND POSTPETITION INCOME  573

EXHIBIT B 573-2

EXHIBIT A 573-1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

I also caused these documents to be served by electronic mail on the following parties by email:

thomas.walper@mto.com,john.berry@mto.com,alex.gorin@mto.com,andrew.lewis@mto.com,

rvannest@keker.com,rmeny@keker.com,rmullen@keker.com,tgorman@keker.com,

wjordan@keker.com,treeves@keker.com, izzy@ramseyehrlich.com.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2021

/s/ Danisha Brar
Danisha Brar  312950

Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco, CA  94108
415 496 6723

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 20-30242 |
| Anthony Scott Levandowski | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 574 |

On 6/17/2021, a copy of the following documents, described below,

NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE FIFTH CHAPTER 11 BUDGET FOR THE USE OF CASH AND POSTPETITION INCOME ECF Docket Reference No. 574

MOTION TO APPROVE FIFTH CHAPTER 11 BUDGET FOR THE USE OF CASH AND POSTPETITION INCOME 573

EXHIBIT B 573-2

EXHIBIT A 573-1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Danisha Brar
Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco, CA  94108

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| 1LABEL MATRIX FOR LOCAL NOTICING<br>09713<br>CASE 20-30242<br>CALIFORNIA NORTHERN BANKRUPTCY COURT<br>SAN FRANCISCO<br>MON MAY 4 06-50-42 PDT 2020 | ASHLEY RUST ASSOC<br>322 EAST 19TH ST SUITE 4R<br>NEW YORK NY 10003-2852 | CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 |
| DEPARTMENT OF JUSTICE<br>550 KEARNY ST 800<br>SAN FRANCISCO CA 94108-2512 | FINEMANN PR<br>530 BUSH STREET 403<br>SAN FRANCISCO CA 94108-3631 | BAY CITIES REFUSE<br>2525 GARDEN TRACT RD<br>RICHMOND CA 94801-1005 |
| CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>BOX 826203<br>SACRAMENTO CA 94230-0001 | FARMERS INSURANCE<br>WEST NAPA STREET<br>SUITE J<br>SONOMA CA 95476-6479 | FRANCHISE TAX BOARD<br>PERSONAL BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| APPLE PAY<br>LOCKBOX 6112<br>PO BOX 7247<br>PHILADELPHIA PA 19170-6112 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | COMCAST<br>1485 BAYSHORE BLVD<br>SAN FRANCISCO CA 94124-4008 |
| FAWN PARK LLC<br>1655 OAK AVE<br>ST HELENA CA 94574-1723 | INTUIT INC C O CORPORATION SERVICE<br>COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 | MARIN MUNICIPAL WATER<br>220 NELLEN AVE<br>CORTE MADERA CA 94925-1169 |
| OFFICE OF THE US TRUSTEE SF<br>PHILLIP J BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE 5TH FL 05-0153<br>SAN FRANCISCO CA 94102-3661 | PACIFIC GAS AND ELECTRIC COMPANY<br>PO BOX 997300<br>SACRAMENTO CA 95899-7300 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| STEFANIE OLSEN<br>MILL VALLEY CA 94941 | PALADIN MANAGEMENT GROUP<br>633 W 5TH ST 28TH FLOOR<br>LOS ANGELES CA 90071-3502 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LL PROPERTY MANAGEMENT<br>212 CALEDONIA ST<br>SAUSALITO CA 94965-1927 | MARIN HORIZON SCHOOL<br>305 MONTFORD AVENUE<br>MILL VALLEY CA 94941-3370 | MCMANIS FAULKNER<br>50 WEST SAN FERNANDO ST 1000<br>SAN JOSE CA 95113-2415 |
| NETWORK SOLUTIONS<br>5335 GATE PARKWAY<br>JACKSONVILLE CA 32256-3070 | PROTECTOR BOATS SERVICE CENTER<br>790 NATIONAL COURT<br>RICHMOND CA 94804-2008 | SIGNALARE<br>1655 OAK AVE<br>ST HELENA CA 94574-1723 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| VERIZON WIRELESS | WELLS FARGO | REEVEMARK |
| --- | --- | --- |
| 1095 AVENUE OF THE AMERICAS | PO BOX 10347 | 261 MADISON AVE 6TH FL |
| NEW YORK NY 10036-6704 | DES MOINES IA 50306-0347 | NEW YORK NY 10016-2303 |

| US ATTORNEY | VICTORIA PACCHIANA |
| --- | --- |
| CIVIL DIVISION | 38 MILLER AVE |
| 450 GOLDEN GATE AVE | SUITE 20 |
| SAN FRANCISCO CA 94102-3661 | MILL VALLEY CA 94941-1948 |