Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

*Attorneys for Uber Technologies, Inc.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**JOINDER OF CREDITOR, UBER TECHNOLOGIES, INC., TO GOOGLE LLC'S STATEMENT IN SUPPORT OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, INC. AND (II) GRANTING RELATED RELIEF**<br><br>**Hearing Date:**<br>Date: July 1, 2021<br>Time: 10:00 a.m. (PST)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: June 24, 2021 |

**TO THE HONORABLE HANNA BLUMENSTEIL, BANKRUPTCY JUDGE:**

Creditor, Uber Technologies, Inc., hereby joins *Google LLC's Statement in Support of Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for Entry*

*of an Order (I) Approving Agreement and Settlement Between Debtor, Ramsey & Ehrlich LLP, Google LLC and Uber Technologies, Inc. and (II) Granting Related Relief* [Docket No. 577].

Dated: June 24, 2021    PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Miriam Manning*
      Miriam Manning
      *Attorneys for Uber Technologies, Inc.*