Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:     (415) 263-7000
Facsimile:     (415) 263-7010
E-mail:        dgrassgreen@pszjlaw.com
               mmanning@pszjlaw.com

*Attorneys for Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re: | Case No. 20-30242 (HLB) |
|---|---|
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On June 24 and 25, 2021, I caused to be served the following documents in the manner stated below:

- *JOINDER OF CREDITOR, UBER TECHNOLOGIES, INC., TO GOOGLE LLC'S STATEMENT IN SUPPORT OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, INC. AND (II) GRANTING RELATED RELIEF* **[ Docket No. 578]**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **June 24, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY US MAIL) On **June 25, 2021**, I caused to be served the above-described document by U.S. Mail. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) On _____, I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 25, 2021 at San Francisco, California.

_/s/ Oliver Carpio_
Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## SERVED VIA ECF/NEF (JUNE 24, 2021)

- John W. Berry     john.berry@mto.com, lori.cruz@mto.com
- Danisha Brar     dbrar@kbkllp.com
- Neel Chatterjee     NChatterjee@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Trevor Ross Fehr     trevor.fehr@usdoj.gov
- Seth Goldman     seth.goldman@mto.com, cynthia.richardson@mto.com
- Alexander S. Gorin     alex.gorin@mto.com, cindi.richardson@mto.com
- Thomas E. Gorman     tgorman@keker.com, thomas-gorman-9043@ecf.pacerpro.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Jordan R. Jaffe     jordanjaffe@quinnemanuel.com
- Katharine A. Kates     katharine@ramsey-ehrlich.com, sonia@ramsey-ehrlich.com
- Tobias S. Keller     tkeller@kbkllp.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com
- Dara Levinson Silveira     dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Andrew R. Lewis     andrew.lewis@mto.com, aileen.beltran@mto.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Michael W. Malter     michael@bindermalter.com
- Miriam Manning     mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Katharine McLaughlin     kmclaughlin@jenner.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Brett M. Schuman     bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com
- Wendy W. Smith     Wendy@bindermalter.com
- Hong-An Vu     HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Rachel M. Walsh     rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- William P. Weintraub     WWeintraub@goodwinlaw.com, ACunningham@goodwinlaw.com

## SERVED VIA US MAIL (JUNE 25, 2021)

| | |
|---|---|
| Ashley Rust Assoc.<br>322 East 19th St., Suite 4R<br>New York, NY 10003 | Carden Rose, Inc.<br>19925 Stevens Creek, Blvd., Suite 100<br>Cupertino, CA 95014 |
| Comcast<br>1485 Bayshore Blvd.<br>San Francisco, CA 94124 | Michael D.(ra) Cooper<br>ADR Services, Inc.<br>100 First Street, 27th Floor<br>San Francisco, CA 94105 |
| Department of Justice<br>550 Kearny St # 800<br>San Francisco, CA 94108 | Fineman Public Relations<br>530 Bush St #403<br>San Francisco, CA 94108 |
| Fawn Park LLC<br>1655 Oak Ave.<br>St. Helena, CA 94574 | Hemming Morse, LLP<br>177 Bovet Road, Suite 525<br>San Mateo, CA 94402 |
| Goodwin Procter<br>601 Marshall St.<br>Redwood City, CA 94063 | McManis Faulkner<br>50 West San Fernando St. #1000<br>San Jose, CA 95113 |
| Holland & Associates<br>2479 East Bayshore Road, Suite 250<br>Palo Alto, CA 94303 | Victoria Pacchiana<br>38 Miller Ave., # 20<br>Mill Valley, CA 94941 |
| L&L Property Management<br>212 Caledonia St.<br>Sausalito, CA 94965 | Jonathan Patchen<br>Willkie Farr & Gallagher LLP<br>One Front Street, 34th Floor<br>San Francisco, CA 94111 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2

DOCS_SF:105702.1 85647/001
Case: 20-30242   Doc# 579   Filed: 06/25/21   Entered: 06/25/21 08:57:26   Page 3 of 4

| | |
|---|---|
| Paladin Management Group<br>633 W. 5th St. 28th Floor<br>Los Angeles, CA 90071 | Protector Boats Service Center<br>790 National Court<br>Richmond, CA 94804 |
| Robert Platt Jr., Ph.D.<br>20 Brastow Ave.<br>Somerville, MA 02143 | Reevemark<br>261 Madison Ave., 6th Fl<br>New York, NY 10016 |
| Ramsey & Ehrlich, LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | Joseph A. Shaw, Ph.D.<br>221 Painted HIlls Road<br>Bozeman, MT 59715 |
| Taylor P. Reeves<br>Keker, Van Nest & Peters LLP<br>633 Battery St. | Verizon<br>Verizon Headquarters<br>New York, NY 10017 |
| Signalare<br>1655 Oak Ave.<br>St. Helena, CA 94574 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

3