<mark>Entered on Docket
June 25, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA</mark>



**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151514)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**CHANGES MADE BY COURT**

Signed and Filed: June 25, 2021

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

*Attorneys for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING AGREEMENT AND SETTLEMENT BETWEEN DEBTOR, RAMSEY & EHRLICH LLP, GOOGLE LLC AND UBER TECHNOLOGIES, INC. AND (II) GRANTING RELATED RELIEF** |

Upon consideration of the *Motion Pursuant to 11 U.S.C. §§ 105(a)( and 363(b) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Agreement and Settlement Between Debtor, Ramsey & Ehrlich LLP, Google LLC and Uber Technologies, Inc. and (II) Granting Related Relief* (Docket No. 555) (the "Motion");[1] and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy

---
[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

<mark>Case: 20-30242    Doc# 580    Filed: 06/25/21    Entered: 06/25/21 16:36:10    Page 1 of 2</mark>

Local Rules for the United States District Court for the Northern District of California; and consideration of the Interim Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the Levandowski Declaration; and, upon the record and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, his estate, creditors, and all parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.
2. The Settlement Agreement is approved pursuant to Bankruptcy Rule 9019.
3. The Debtor is authorized to enter into and perform under the Settlement Agreement, and to and execute and deliver all instruments and documents and take any additional actions as are necessary or appropriate to implement and effectuate the entry into and performance thereunder.
4. This Order shall be immediately effective and enforceable upon its entry.
5. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

\*\* END OF ORDER \*\*