Paladin Management Group, LLC
633 W 5th St, 28th Floor
Los Angeles, CA 90071
Phone: 213-320-5500
Email: asoong@paladinmgmt.com

*Financial Advisor for the Debtor*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH MONTHLY FEE STATEMENT OF PALADIN MANAGEMENT GROUP LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021**<br><br>**[Re: Dkt No. 563]**<br><br>Objection Deadline: July 6, 2021 |

## THE MONTHLY FEE STATEMENT

On June 15, 2021, Paladin Management Group, LLC (the "Applicant"), financial advisor for Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, filed its *Thirteenth Monthly Fee Statement of Paladin Management Group, LLC as Financial Advisor to the Debtor and Debtor in Possession for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred for the Period of May 1, 2021 Through May 31, 2021* [Docket No. 563] (the "Monthly Fee Statement"), pursuant to the Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 434 and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on June 12, 2020 [Docket No. 118] (the "Interim Compensation Procedures Order").

The Monthly Fee Statement was served on June 15, 2021, as described in the Certificate of Service filed on June 15, 2021 [Dkt. No. 567]. The deadline to file responses or oppositions to the Monthly Fee Statement was July 6, 2021, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtor is authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as <u>Exhibit A</u>.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a Partner of the firm of Paladin Management Group, LLC, financial advisor for the Debtor.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in Los Angeles, California.

Dated: July 7, 2021          **PALADIN MANAGEMENT GROUP, LLC**

By: */s/ Allen Soong*
Allen Soong
*Financial Advisor for Debtor and Debtor in Possession*

**Exhibit A**

Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Paladin Management Group, LLC** (Financial Advisor for Debtor and Debtor in Possession) | **Thirteenth Monthly** (05.01.21 to 05.31.21) [Dkt. 563; filed 06.15.2021] | $9,378.50 | $575.00 | 07.06.2021 | $7.502.80 | $575.00 | $1,875.70 |