William P. Weintraub (SBN 108125)
wweintraub@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018-1405
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333

Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Figueroa Street, Suite 4100
Los Angeles, CA 90017-5704
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Special Litigation Counsel for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | **CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY FEE STATEMENT OF GOODWIN PROCTER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021** |
| | **[RE: DOCKET NO. 561]** |

1

## THE MONTHLY FEE STATEMENT

On June 15, 2021, Goodwin Procter LLP (the "Applicant"), special litigation counsel for Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, filed its *Thirteenth Monthly Fee Statement of Goodwin Procter LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 1, 2021 Through May 31, 2021* [Docket No. 561] (the "Monthly Fee Statement"), pursuant to the Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on June 12, 2020 [Docket No. 118] (the "Interim Compensation Procedures Order").

The Monthly Fee Statement was served on June 15, 2021, as described in the Certificate of Service filed on June 15, 2021 [Docket No. 564]. The deadline to file responses or oppositions to the Monthly Fee Statement was July 6, 2021, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtor is authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, that:

1. I am counsel of the firm of Goodwin Procter LLP, special litigation counsel for the Debtor.

2. I certify that I have reviewed the Court's docket in this case and have not receive any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in Los Angeles, California.

Dated: July 8, 2021  **GOODWIN PROCTER LLP**

By: *Hong-An Vu*
Hong-An Vu

*Special Litigation Counsel for the Debtor and Debtor in Possession*

**Exhibit A**

## Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Goodwin Procter LLP** (Special Litigation Counsel for the Debtor and Debtor in Possession) | Thirteenth Monthly (5.01.2021 to 5.31.2021) [Docket No. 561; filed 6.15.2021] | $105,786.75 | $10,673.16 | 7.6.2021 | $84,629.40 | $10,673.16 | $21,157.35 |