| | |
|---|---|
| William P. Weintraub (SBN 108125) | Hong-An Vu (SBN 266268) |
| wweintraub@goodwinlaw.com | hvu@goodwinlaw.com |
| **GOODWIN PROCTER LLP** | **GOODWIN PROCTER LLP** |
| 620 Eighth Avenue | 601 Figueroa Street, Suite 4100 |
| New York, NY 10018-1405 | Los Angeles, CA 90017-5704 |
| Tel.: +1 212 813 8800 | Tel.: +1 213 426 2500 |
| Fax.: +1 212 355 3333 | Fax.: +1 213 623 1673 |
| | |
| Neel Chatterjee (SBN 173985) | Rachel M. Walsh (SBN 250568) |
| nchatterjee@goodwinlaw.com | rwalsh@goodwinlaw.com |
| **GOODWIN PROCTER LLP** | **GOODWIN PROCTER LLP** |
| 601 Marshall Street | Three Embarcadero Center |
| Redwood City, CA 94063 | San Francisco, CA 94111 |
| Tel.: +1 650 752 3100 | Tel.: +1 415 733 6000 |
| Fax.: +1 650 853 1038 | Fax.: +1 415 677 9041 |

*Special Litigation Counsel for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Hong-An Vu, hereby declare pursuant 28 U.S.C. § 1746:

1. I am counsel at Goodwin Procter LLP, a law firm with offices at 601 Figueroa Street, Suite 4100 Los Angeles, California 90017, special litigation counsel to Anthony Scott Levandowski, as debtor and debtor in possession in the above-captioned chapter 11 case.

2. On July 8, 2021, I caused the following document to be served on the Notice Parties attached hereto as <u>Exhibit A</u> via the Court's Electronic Case Filing System:

- Certificate of No Objection Regarding Thirteenth Monthly Fee Statement of Goodwin Procter LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 1, 2021 Through May 31, 2021 [Docket No. 585].

| | |
|---|---|
| 1 | 3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and |
| 2 | I understand that parties listed in each NEF as having received through electronic mail were |
| 3 | electronically served with that document through the Court's Electronic Case Filing System. |
| 4 | I declare under penalty of perjury that, to the best of my knowledge and after reasonable |
| 5 | inquiry, the foregoing is true and correct. Executed this 8th day of July, 2021, in Los Angeles, |
| 6 | California. |

/s/*Hong-An Vu*
Hong-An Vu

## Exhibit A

### (Notice Parties)

Dara L. Silveira, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94103

Trevor Fehr, Esq.
Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, California 94102