**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Danisha Brar, hereby declare pursuant 28 U.S.C. § 1746:

1. I am an associate at Keller Benvenutti Kim LLP, a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108, counsel to Anthony Scott Levandowski, as debtor and debtor in possession in the above-captioned chapter 11 case.

2. On July 13, 2021, I caused the following documents to be filed via the Court's Electronic Case Filing System:

- Second Monthly Fee Statement of Carden Rose, Inc. for Allowance and Payment of Compensation for the Period of May 1, 2021 Through May 31, 2021 [Docket No. 588].

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received through electronic mail were

electronically served with that document through the Court's Electronic Case Filing System. Those parties include the Notice Parties attached hereto as <u>Exhibit A</u>.

      I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this thirteenth day of July, 2021, in Oakland, California.

                                              */s/ Danisha Brar*
                                              Danisha Brar

**Exhibit A**

**(Notice Parties)**

Dara L. Silveira, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94103

Danisha Brar, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94103

Trevor Fehr, Esq.
Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, California 94102