**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DEBTOR'S FIFTH STATUS CONFERENCE STATEMENT**<br><br>Date: July 22, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102 |

Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") hereby submits this Statement in advance of the continued chapter 11 status conference scheduled for July 22, 2021, at 10:00 a.m. (the "Status Conference"). The Debtor herein incorporates by reference his answers to his Status Conference Statement, filed on April 28, 2020 (Docket No. 64) and his Second Status Conference Statement, filed on July 23, 2020 (Docket No. 168), and his Third Status Conference Statement, filed on November 12, 2020 (Docket No. 297), and his Fourth Status Conference

Statement, filed on March 4, 2021 (Docket No. 454) (together, the "Prior Status Conference Statements"),[1] and supplements those answers that have changed since the Prior Status Conference Statements were filed.

**(5) Whether the debtor has met the requirements for retaining professionals in the case, and the estate's need for retaining any additional professionals (e.g., attorneys, accountants, brokers, etc.).**

On March 31, 2021, to assist with the preparation of the trial in the Uber adversary proceeding, the Debtor filed the *Application to Employ Carden Rose, Inc. as Digital Forensics Expert for the Debtor* (Docket No. 476), the *Application to Employ Hemming Morse, LLP as Damages Expert for the Debtor* (Docket No. 478), the *Application to Employ Robert Platt, Jr., Ph.D. as Motion Planner Expert for the Debtor* (Docket No. 480), and the *Application to Employ Joseph A. Shaw, Ph.D. as LiDAR Expert for the Debtor* (Docket No. 482). The Court approved each of these applications by docket text order on May 7, 2021 and orders approving each application were subsequently entered that day. At this time, the Debtor does not contemplate filing more applications to retain additional professionals.

**(6) The debtor(s)' post−petition operations, revenue and financial results.**

The Court has granted the Debtor's *Motion to Approve Fifth Chapter 11 Budget for the Use of Cash and Postpetition Income* (Docket No. 581), which will extend through October 2, 2021. The Debtor's current financial status is discussed in more detail therein. The Debtor continues his negotiations to obtain post-petition financing with a private lender.

**(7) The status of any litigation pending in or outside of this Court.**

On July 16, 2020, the Debtor commenced an adversary proceeding against Uber Technologies Inc. ("Uber") (Adv. Proc. No. 20-03050). The case has not been scheduled for trial.

The Debtor received a presidential pardon in connection with the *United States v. Levandowski*, Case No. 19-00377-WHA matter on January 19, 2021. It is no longer outstanding.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Prior Status Conference Statements.

**(9) The status of monthly operating reports, debtor−in−possession (DIP) accounts and required post−petition payments to taxing authorities.**

The Debtor has filed the following monthly operating reports:

- February 2021 on April 2, 2021 (Docket No. 485)
- March 2021 on April 29, 2021 (Docket No. 515)
- April 2021 on May 19, 2021 (Docket No. 544)
- May 2021 on June 21, 2021 (Docket No. 576)

**(14) Unusual developments or events that have occurred or are expected to occur in the case, and any other matters that might materially affect the administration of this case.**

A determination of Uber's liability under the Indemnification Agreement through the Adversary Proceeding is necessary to determine the path forward in this Chapter 11 Case. In addition, the Debtor filed the *Application to Compromise Controversy with Ramsey & Ehrlich LLP, Google LLC, and Uber Technologies, Inc.* (Docket No. 555) on June 10, 2021, to resolve a fee dispute. The Court approved this application on June 25, 2021 (Docket No. 580), and the Debtor received the funds related to this settlement on July 2, 2021. Receipt of these funds will be reflected on the July 2021 Monthly Operating Report.

Dated: July 15, 2021　　　　　　　　**KELLER BENVENUTTI KIM LLP**

By: /s/ *Danisha Brar*
　　　Danisha Brar

*Attorneys for Debtor and Debtor in Possession*