Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmscherin@jenner.com
kmclaughlin@jenner.com

*Counsel for Uber Technologies, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA   )
                      )
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On July 15, 2021, I caused to be served the following documents in the manner stated below:

- ***UBER TECHNOLOGIES INC.'S STATUS CONFERENCE STATMENT***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **July 15, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY US MAIL) On _____, I caused to be served the above-described document by U.S. Mail. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) On **July 15, 2021**, I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 15, 2021 at San Francisco, California.

                                    */s/ Oliver Carpio*
                                    Legal Assistant

**SERVED VIA ECF/NEF**

- John W. Berry     john.berry@mto.com, lori.cruz@mto.com
- Danisha Brar     dbrar@kbkllp.com
- Neel Chatterjee     NChatterjee@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Trevor Ross Fehr     trevor.fehr@usdoj.gov
- Seth Goldman     seth.goldman@mto.com, cynthia.richardson@mto.com
- Alexander S. Gorin     alex.gorin@mto.com, cindi.richardson@mto.com
- Thomas E. Gorman     tgorman@keker.com, thomas-gorman-9043@ecf.pacerpro.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Jordan R. Jaffe     jordanjaffe@quinnemanuel.com
- Katharine A. Kates     katharine@ramsey-ehrlich.com, sonia@ramsey-ehrlich.com
- Tobias S. Keller     tkeller@kbkllp.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com
- Dara Levinson Silveira     dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Andrew R. Lewis     andrew.lewis@mto.com, aileen.beltran@mto.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Michael W. Malter     michael@bindermalter.com
- Miriam Manning     mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Katharine McLaughlin     kmclaughlin@jenner.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Brett M. Schuman     bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com
- Wendy W. Smith     Wendy@bindermalter.com
- Hong-An Vu     HVu@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Rachel M. Walsh     rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- William P. Weintraub     WWeintraub@goodwinlaw.com, ACunningham@goodwinlaw.com

**SERVED VIA US MAIL**

| **Attorneys for Google LLC** | **Attorneys for Anthony S. Levandowski** |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com ) | **GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com) Hong-An Vu (hvu@goodwinlaw.com) |