William P. Weintraub (SBN 108125)
*wweintraub@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018-1405
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333

Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Figueroa Street, Suite 4100
Los Angeles, CA 90017-5704
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Special Litigation Counsel for the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>                    Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**FOURTEENTH MONTHLY FEE STATEMENT OF GOODWIN PROCTER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021**<br><br>Objection Deadline: August 5, 2021, 4:00 p.m.<br><br>No hearing requested |

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Goodwin Procter LLP |
| Authorized to Provide Professional Services to: | Special Litigation Counsel for the Debtor and Debtor in Possession |
| Date of Retention: | April 21, 2020 |
| Period for which compensation and reimbursement are sought: | June 1, 2021 through June 30, 2021[1] |
| Amount of compensation sought as actual, reasonable, and necessary: | $88,773.32 (80% of $110,966.65)[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $13,013.46 |

Goodwin Procter LLP (the "Applicant"), special litigation counsel for Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby submits its Monthly Fee Statement (the "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2021 through June 30, 2021 (the "Fee Period") pursuant to the Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on June 12, 2020 [Docket No. 118] (the "Interim Compensation Procedures Order").

By this Monthly Fee Statement, the Applicant requests allowance and payment of $88,773.32 (80% of $110,966.65) as compensation for professional services rendered to the Debtor during the Fee Period and allowance and payment of $13,013.46 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

---

[1] Certain of the expenses for which reimbursement is sought herein were incurred in May 2021.

[2] This amount reflects a 15% discount on fees in the amount of $130,549.00. The total value of fees prior to such discount is $19,582.35.

Annexed hereto as **Exhibit A** hereto is the name of each professional who performed services for the Debtor in connection with the Chapter 11 Case during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are invoices detailing the services rendered and expenses incurred during the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: July 15, 2021

Respectfully submitted,

**GOODWIN PROCTER LLP**

By: /s/*Neel Chatterjee*
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

- and -

William P. Weintraub (SBN 108125)
*wweintraub@goodwinlaw.com*
**GOODWIN PROCTER LLP**

620 Eighth Avenue
New York, NY 10018-1405
Tel.: +1 212 813 8800
Fax.: +1 212 355 3333

- and -

Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

- and -

Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Figueroa Street, Suite 4100
Los Angeles, CA 90017-5704
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2021 THROUGH JUNE 30, 2021

The attorneys and paraprofessionals who rendered legal services in this Chapter 11 Case from June 1, 2021 through June 30, 2021 are:

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Chatterjee, Neel | Partner | 1994 | $1,190.00 | 0.3 | $357.00 |
| Fisher, Jennifer | Partner | 2006 | $960.00 | 4.6 | $4,416.00 |
| Schuman, Brett | Partner | 1997 | $1,140.00 | 3.8 | $4,332.00 |
| Walsh, Rachel | Partner | 2007 | $950.00 | 5.7 | $5,415.00 |
| Vu, Hong An | Counsel | 2009 | $920.00 | 32.0 | $29,440.00 |
| Husain, Batoul | Associate | 2016 | $900.00 | 65.1 | $58,590.00 |
| Lee, Yoo Na | Associate | 2021 | $520.00 | 15.2 | $7,904.00 |
| Mello, Daniel | Associate | 2019 | $690.00 | 13.7 | $9,453.00 |
| Padilla, Stella | Associate | 2014 | $850.00 | 2.3 | $1,955.00 |
| Skorostensky, Artem | Associate | 2017 | $740.00 | 3.5 | $2,590.00 |
| Sutton, Theresa | Attorney | 2000 | $750.00 | 0.3 | $225.00 |
| Neumann, Alesha | Summer Associate | N/A | $325.00 | 11.8 | $3,835.00 |
| Valdes, Jose | Senior Paralegal | N/A | $340.00 | 3.5 | $1,190.00 |
| Tamargo, Bethannie | Court Procedures | N/A | $240.00 | 1.9 | $456.00 |
| Szatanski, Bartlomiej | eDiscovery Project Manager | N/A | $230.00 | 1.7 | $391.00 |
| **Totals (Before Discount):** | | | | **165.4** | **$130,549.00** |

| Professionals | Blended Rate[1] | Total Hours Billed | Total Compensation (Before Discount) |
|---|---|---|---|
| Partner | $1,008.00 | 14.4 | $14,520.00 |
| Counsel | $920.00 | 32.00 | $29,440.00 |
| Senior Associate (7 or more years since first admission) | $850.00 | 2.3 | $1,955.00 |
| Associate (4-6 years since first admission) | $892.00 | 68.6 | $61,180.00 |
| Junior Associate (1-3 years since first admission) | $601.00 | 28.9 | $17,357.00 |
| Staff Attorney | $750.00 | 0.3 | $225.00 |
| Summer Associate | $325.00 | 11.8 | $3,835.00 |
| **Blended Attorney Rate** | **$812.00** | **158.3** | **$128,512.00** |
| Paraprofessionals and other non-legal staff | $286.00 | 7.1 | $2,037.00 |
| **Totals (Before Discount)** | | **165.4** | **$130,549.00** |

[1] Blended rate is rounded to the nearest dollar.

**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR**
**SERVICES RENDERED BY GOODWIN PROCTER LLP**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AL03 | Motion Practice | 105.5 | $91,356.00 |
| AL04 | Research | 23.1 | $14,021.00 |
| AL05 | Discovery | 5.5 | $3,282.00 |
| AL08 | Hearing and Status Conferences | 2.7 | $1,124.00 |
| AL09 | Trial | 21.9 | $15,800.00 |
| AL11 | Appeal | 0.7 | $688.00 |
| LV02 | Professional Retention and Compensation | 6.0 | $4,278.00 |
| **Totals (Before Discount)** | | **165.4** | **$130,549.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Expenses | Amounts |
|---|---|
| Filing Fee | $10.50 |
| Outside Professional Services (Data Hosting) | $8,474.89 |
| Outside Professional Services (Service/Mailing) | $504.07 |
| Video Depositions | $4,024.00 |
| **Total** | **$13,013.46** |

**EXHIBIT D**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Goodwin Procter LLP
Counselors at Law
601 Marshall Street
Redwood City, CA 94063

goodwinlaw.com
T: 650.752.3100
F: 650.853.1038

Fed. ID #:

**July 12, 2021**                                              **Invoice Number: 1957738**

Julie Jenanyan
Anthony Levandowski
1655 Oak Avenue
Saint Helena, CA 94574

julie@monkeyoffyourback.com

**Client:**     **136269 - Anthony Levandowski**
**Matter:**    **304071 - Bankruptcy Counseling**

For professional services rendered for the period through June 30, 2021.

| | |
|---|---|
| Professional Services | $4,278.00 |
| Professional Discount | -641.70 |
| Disbursements | 130.40 |
| **Invoice Amount Due** | **$3,766.70** |

**Payment Instructions:**
By Mail: Goodwin Procter LLP; 100 Northern Avenue; Boston, MA 02210

**Please return this page with your remittance. Payment is due within 30 days. Thank you.**



Fed. ID #:
Invoice Number:     1957738
Client Number:      136269

**Matter: 304071 - Bankruptcy Counseling**

| Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 06/03/21 | Vu, Hong An | 1.3 | $920.00 | $1,196.00 | Conduct research regarding budgets and approved fees for discussion with client. **Phase/Task: LV02/LV02 Activity:** |
| 06/04/21 | Skorostensky, Artem | 0.6 | 740.00 | 444.00 | Review May 2021 invoices. **Phase/Task: LV02/LV02 Activity:** |
| 06/09/21 | Skorostensky, Artem | 0.6 | 740.00 | 444.00 | Draft CNO regarding 12th Monthly Fee Statement (.2); review May 2021 invoices (.4). **Phase/Task: LV02/LV02 Activity:** |
| 06/10/21 | Skorostensky, Artem | 0.5 | 740.00 | 370.00 | Draft Thirteenth Monthly Fee Statement and corresponding exhibits. **Phase/Task: LV02/LV02 Activity:** |
| 06/14/21 | Skorostensky, Artem | 1.6 | 740.00 | 1,184.00 | Draft Thirteenth Monthly Fee Statement and corresponding exhibits. **Phase/Task: LV02/LV02 Activity:** |
| 06/15/21 | Skorostensky, Artem | 0.2 | 740.00 | 148.00 | Draft Thirteenth Monthly Fee Statement and corresponding exhibits. **Phase/Task: LV02/LV02 Activity:** |
| 06/15/21 | Tamargo, Bethannie | 0.9 | 240.00 | 216.00 | Review Thirteenth Monthly Fee Statement (.3); communicate with Mr. Skorostensky regarding the same (.3); execute filing of the same (.2); communicate with vendor to mail service (.2); review Certificate of Service for compliance (.2); execute filing of the same (.2). **Phase/Task: LV02/LV02 Activity:** |



| 06/22/21 | Vu, Hong An | 0.3 | 920.00 | 276.00 | Prepare draft budget. **Phase/Task: LV02/LV02 Activity:** |

| Total Hours | **6.0** | Total Fees | **$4,278.00** |
| Professional Discount | | | -$641.70 |
| **Adjusted Total** | | | **$3,636.30** |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Skorostensky, Artem | 3.5 | $740.00 | $2,590.00 |
| Vu, Hong An | 1.6 | 920.00 | 1,472.00 |
| Tamargo, Bethannie | 0.9 | 240.00 | 216.00 |
| **Total** | **6.0** | | **$4,278.00** |

| Disbursement Summary | Total |
|---|---|
| First Legal Network, LLC Service of Statement by Mail o | 34.40 |
| First Legal Network, LLC Service of Statement by mail o | 34.40 |
| First Legal Network, LLC Service of Statement by mail o | 30.80 |
| First Legal Network, LLC Service of Statement by mail o | 30.80 |
| **Total Disbursements** | **$130.40** |

| Invoice Summary | Amount |
|---|---|
| Total Fees | $4,278.00 |
| Professional Discount | -641.70 |
| Total Disbursements | 130.40 |
| **Amount Due** | **$3,766.70** |

136269/304071
NC:gbl



Goodwin Procter  LLP
Counselors at Law
601 Marshall Street
Redwood City, CA  94063

goodwinlaw.com
T: 650.752.3100
F: 650.853.1038

Fed. ID #:

**July 12, 2021**                                    **Invoice Number:  1957741**


Julie Jenanyan
Anthony Levandowski
1655 Oak Avenue
Saint Helena, CA 94574

julie@monkeyoffyourback.com

**Client:        136269 - Anthony Levandowski**
**Matter:        305513 - Post-Petition Google Litigation**


For professional services rendered for the period through June 30, 2021.


| | |
|---|---|
| Professional Services | $688.00 |
| Professional Discount | -103.20 |
| Disbursements | 0.00 |
| **Invoice Amount Due** | **$584.80** |


**Payment Instructions:**
By Mail:  Goodwin Procter LLP; 100 Northern Avenue; Boston, MA  02210


**Please return this page with your remittance. Payment is due within 30 days. Thank you.**



Fed. ID #:
Invoice Number: 1957741
Client Number: 136269

**Matter: 305513 - Post-Petition Google Litigation**

| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| 06/28/21 | Vu, Hong An | 0.5 | $920.00 | $460.00 | Revise submission regarding status of bankruptcy for court of appeals. **Phase/Task: AL11/AL11 Activity:** |
| 06/28/21 | Schuman, Brett | 0.2 | 1,140.00 | 228.00 | Review and revise status report to court of appeal. **Phase/Task: AL11/AL11 Activity:** |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **0.7** | **Total Fees** | | **$688.00** |
| Professional Discount | | | | -$103.20 |
| **Adjusted Total** | | | | **$584.80** |

| Timekeeper Summary | Hours | Rate | Total |
|--------------------|-------|------|-------|
| Schuman, Brett | 0.2 | $1,140.00 | $228.00 |
| Vu, Hong An | 0.5 | 920.00 | 460.00 |
| **Total** | **0.7** | | **$688.00** |

| Invoice Summary | Amount |
|-----------------|--------|
| Total Fees | $688.00 |
| Professional Discount | -103.20 |
| **Amount Due** | **$584.80** |

136269/305513
NC:gbl



Goodwin Procter  LLP
Counselors at Law
601 Marshall Street
Redwood City, CA  94063

goodwinlaw.com
T: 650.752.3100
F: 650.853.1038

Fed. ID #:

**July 12, 2021**                                          **Invoice Number:  1957742**


Julie Jenanyan
Anthony Levandowski
1655 Oak Avenue
Saint Helena, CA 94574

julie@monkeyoffyourback.com

**Client:**        **136269 - Anthony Levandowski**
**Matter:**       **310198 - Uber Bankruptcy Adversary Proceeding**


For professional services rendered for the period through June 30, 2021.


| | |
|---|---:|
| Professional Services | $125,583.00 |
| Professional Discount | -18,837.45 |
| Disbursements | 12,883.06 |
| **Invoice Amount Due** | **$119,628.61** |


**Payment Instructions:**
By Mail:  Goodwin Procter LLP; 100 Northern Avenue; Boston, MA  02210


**Please return this page with your remittance. Payment is due within 30 days. Thank you.**



Fed. ID #:
Invoice Number: 1957742
Client Number: 136269

## Matter: 310198 - Uber Bankruptcy Adversary Proceeding

| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| 06/02/21 | Vu, Hong An | 2.1 | $920.00 | $1,932.00 | Analyze opposition to Gerdes motion to exclude (1.4); review draft of Bennis Daubert motion (0.7).<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/02/21 | Walsh, Rachel | 1.4 | 950.00 | 1,330.00 | Review Uber's opposition to motion to strike Gerdes.<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/02/21 | Valdes, Jose | 0.1 | 340.00 | 34.00 | Download pleadings from pacer for attorney review.<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/02/21 | Husain, Batoul | 5.8 | 900.00 | 5,220.00 | Analyze Uber's opposition to motion to strike J. Gerdes report and testimony (2.4); draft outline of reply in support of motion to strike J. Gerdes report and testimony (2.4).<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/03/21 | Vu, Hong An | 0.5 | 920.00 | 460.00 | Call with B.Husain and R.Walsh regarding reply to Gerdes motion to exclude.<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/03/21 | Walsh, Rachel | 0.5 | 950.00 | 475.00 | Videoconference with H. Vu and B. Husain re reply brief in support of motion to strike Gerdes.<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/03/21 | Mello, Daniel | 6.0 | 690.00 | 4,140.00 | Analyze deposition transcripts as part of pretrial preparation.<br>**Phase/Task: AL09/AL09 Activity:** |
| 06/03/21 | Husain, Batoul | 8.6 | 900.00 | 7,740.00 | Draft reply in support of motion to strike Gerdes report and testimony (1.4); conduct legal research regarding consent under Section 703.5 (3.3); |


| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| | | | | | participate in conference call with R. Walsh and H. Vu regarding reply in support of motion to strike Gerdes report and testimony (0.5); conduct legal research regarding elements of arbitration under California law (3.4).<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/04/21 | Vu, Hong An | 2.1 | 920.00 | 1,932.00 | Analyze depositions for trial preparation.<br>**Phase/Task: AL09/AL09 Activity:** |
| 06/04/21 | Vu, Hong An | 0.7 | 920.00 | 644.00 | Call with J.Fisher regarding Daubert motion (0.5); email with B.Husain regarding Gerdes reply (0.2).<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/04/21 | Mello, Daniel | 6.7 | 690.00 | 4,623.00 | Analyze deposition transcripts as part of pretrial preparation.<br>**Phase/Task: AL09/AL09 Activity:** |
| 06/04/21 | Husain, Batoul | 3.0 | 900.00 | 2,700.00 | Participate in conference call with J. Fisher and H. Vu regarding motion to strike Bennis report and testimony (0.5); draft and review emails with H. Vu and J. Fisher regarding motion to motion to strike Bennis report and testimony (0.4); conduct legal research regarding quasi-judicial proceedings under California law (2.1).<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/04/21 | Fisher, Jennifer | 0.9 | 960.00 | 864.00 | Review draft Bennis motion (.4); confer with team regarding legal research and daubert motion (.5).<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/07/21 | Vu, Hong An | 3.6 | 920.00 | 3,312.00 | Revise Bennis Daubert motion.<br>**Phase/Task: AL03/AL03 Activity:** |
| 06/07/21 | Vu, Hong An | 0.3 | 920.00 | 276.00 | Call with team regarding trial preparation.<br>**Phase/Task: AL09/AL09** |


| Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | **Activity:** |
| 06/07/21 | Mello, Daniel | 0.3 | 690.00 | 207.00 | Conference with team regarding trial preparation. **Phase/Task: AL09/AL09 Activity:** |
| 06/07/21 | Valdes, Jose | 0.2 | 340.00 | 68.00 | Download deposition video files of DeCicco and Bennis for upload to deposition database. **Phase/Task: AL05/AL05 Activity:** |
| 06/07/21 | Padilla, Stella | 0.3 | 850.00 | 255.00 | Team meeting regarding case strategy and updates. **Phase/Task: AL09/AL09 Activity:** |
| 06/07/21 | Padilla, Stella | 0.8 | 850.00 | 680.00 | Trial witnesses and prior testimony review and tagging. **Phase/Task: AL09/AL09 Activity:** |
| 06/07/21 | Lee, Yoo Na | 0.3 | 520.00 | 156.00 | Call with team regarding trial preparation. **Phase/Task: AL09/AL09 Activity:** |
| 06/07/21 | Husain, Batoul | 7.1 | 900.00 | 6,390.00 | Draft reply in support of J. Gerdes motion to strike/exclude (5.3); conduct legal research regarding sanctions for failure to comply with scheduling order (1.8). **Phase/Task: AL03/AL03 Activity:** |
| 06/07/21 | Husain, Batoul | 0.3 | 900.00 | 270.00 | Conference call with H. Vu, T. Sutton, D. Mello, and S. Padilla regarding trial preparation. **Phase/Task: AL09/AL09 Activity:** |
| 06/07/21 | Sutton, Theresa | 0.3 | 750.00 | 225.00 | Telephone conference with team re trial planning. **Phase/Task: AL09/AL09 Activity:** |
| 06/08/21 | Vu, Hong An | 3.4 | 920.00 | 3,128.00 | Revise Bennis Daubert (2.8); email with B. Schuman regarding Gerdes motion (0.2); email with B. Husain regarding same (0.4). **Phase/Task: AL03/AL03 Activity:** |
| 06/08/21 | Valdes, Jose | 0.2 | 340.00 | 68.00 | Download pleadings from Pacer for attorney review. |


| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| | | | | | **Phase/Task: AL03/AL03 Activity:** |
| 06/08/21 | Schuman, Brett | 0.8 | 1,140.00 | 912.00 | Review and analyze opposition to motion to exclude Gerdes and direct team regarding the reply. **Phase/Task: AL03/AL03 Activity:** |
| 06/08/21 | Szatanski, Bartlomiej | 0.2 | 230.00 | 46.00 | Confer with J. Valdes regarding AL-UBER document productions report. **Phase/Task: AL05/AL05 Activity:** |
| 06/08/21 | Husain, Batoul | 10.5 | 900.00 | 9,450.00 | Draft reply in support of motion to strike/exclude J. Gerdes report and testimony (6.7); conduct legal research regarding standards for arbitration and quasi-judicial proceedings (3.8). **Phase/Task: AL04/AL04 Activity:** |
| 06/09/21 | Vu, Hong An | 3.8 | 920.00 | 3,496.00 | Revise draft reply to motion to strike Gerdes. **Phase/Task: AL03/AL03 Activity:** |
| 06/09/21 | Szatanski, Bartlomiej | 0.5 | 230.00 | 115.00 | Confer with H. Vu, vendor and client regarding document collection. **Phase/Task: AL05/AL05 Activity:** |
| 06/09/21 | Lee, Yoo Na | 0.7 | 520.00 | 364.00 | Review Trial Exhibit List for missing exhibits. **Phase/Task: AL09/AL09 Activity:** |
| 06/09/21 | Lee, Yoo Na | 0.5 | 520.00 | 260.00 | Submit work ticket for Gerdes filing and draft sealing documents per B. Husain. **Phase/Task: AL03/AL03 Activity:** |
| 06/09/21 | Husain, Batoul | 10.9 | 900.00 | 9,810.00 | Confer with A. Neumann regarding legal research on apportionment of damages (0.6); conduct legal research on apportionment of damages for M. Bennis motion to strike and exclude M. Bennis report and testimony (1.7); confer with H. Vu regarding reply in support of J. Gerdes report and testimony |



| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| | | | | | (0.4); draft and review emails with H. Vu regarding reply in support of motion to strike and exclude J. Gerdes report and testimony (0.7); draft reply in support of motion to strike and exclude J. Gerdes report and testimony (7.5). **Phase/Task: AL03/AL03 Activity:** |
| 06/09/21 | Neumann, Alesha | 4.5 | 325.00 | 1,462.50 | Meet with B. Husain to discuss research strategy (.6); research case law for use in Daubert motion (3.9). **Phase/Task: AL04/AL04 Activity:** |
| 06/10/21 | Walsh, Rachel | 2.9 | 950.00 | 2,755.00 | Revise reply in support of motion to strike re Dr. Gerdes. **Phase/Task: AL03/AL03 Activity:** |
| 06/10/21 | Valdes, Jose | 0.3 | 340.00 | 102.00 | Conference call with Y. Lee to discuss status of Levandowski's trial exhibit list and upcoming related tasks. **Phase/Task: AL09/AL09 Activity:** |
| 06/10/21 | Szatanski, Bartlomiej | 1.0 | 230.00 | 230.00 | Confer with H. Vu and J. Valdes regarding UBER-AL productions reports (0.2); gather requested documents in saved search and generate reports (0.8). **Phase/Task: AL05/AL05 Activity:** |
| 06/10/21 | Padilla, Stella | 0.8 | 850.00 | 680.00 | Trial witnesses and prior testimony review and tagging. **Phase/Task: AL09/AL09 Activity:** |
| 06/10/21 | Lee, Yoo Na | 0.8 | 520.00 | 416.00 | Call with J. Valdes regarding export of trial exhibit list to Relativity and update case team with status of trial exhibit list. **Phase/Task: AL09/AL09 Activity:** |
| 06/10/21 | Husain, Batoul | 8.3 | 900.00 | 7,470.00 | Draft reply in support of motion to strike and exclude J. Gerdes report and testimony (5.7); conduct legal research on apportionment of damages for M. Bennis motion to strike and |


| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| | | | | | exclude M. Bennis report and testimony (2.1); draft and review emails with A. Neumann, H. Vu, and J. Fisher regarding apportionment of damages legal research (0.5). **Phase/Task: AL03/AL03 Activity:** |
| 06/10/21 | Neumann, Alesha | 5.9 | 325.00 | 1,917.50 | Research case law for use in motion and compile research and communicate information to team members. **Phase/Task: AL04/AL04 Activity:** |
| 06/11/21 | Mello, Daniel | 0.5 | 690.00 | 345.00 | Analyze Gerdes materials to support statement in brief. **Phase/Task: AL03/AL03 Activity:** |
| 06/11/21 | Schuman, Brett | 1.9 | 1,140.00 | 2,166.00 | Review and revise draft reply brief regarding motion to exclude Gerdes and direct team regarding further work on same. **Phase/Task: AL03/AL03 Activity:** |
| 06/11/21 | Lee, Yoo Na | 1.8 | 520.00 | 936.00 | Locate citations for Gerdes reply, per B. Husain. **Phase/Task: AL03/AL03 Activity:** |
| 06/11/21 | Lee, Yoo Na | 0.5 | 520.00 | 260.00 | Review past deposition exhibits for missing items on the trial exhibit list. **Phase/Task: AL09/AL09 Activity:** |
| 06/11/21 | Husain, Batoul | 2.1 | 900.00 | 1,890.00 | Draft reply in support of motion to strike/exclude J. Gerdes testimony and report. **Phase/Task: AL03/AL03 Activity:** |
| 06/11/21 | Neumann, Alesha | 1.4 | 325.00 | 455.00 | Research case law for Daubert motion (1.0); compile and email findings to team members (.4). **Phase/Task: AL04/AL04 Activity:** |
| 06/14/21 | Vu, Hong An | 2.9 | 920.00 | 2,668.00 | Call with team regarding Gerdes reply (0.5); draft stipulation regarding expert motions (1.6); analyze edits to Gerdes reply (0.8). |



| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| | | | | | **Phase/Task: AL03/AL03 Activity:** |
| 06/14/21 | Walsh, Rachel | 0.6 | 950.00 | 570.00 | Videoconference with co-counsel re reply brief in support of motion to strike re Gerdes (0.4); review draft stipulation re expert opinions (0.2). **Phase/Task: AL03/AL03 Activity:** |
| 06/14/21 | Mello, Daniel | 0.2 | 690.00 | 138.00 | Analyze Bares deposition transcript. **Phase/Task: AL09/AL09 Activity:** |
| 06/14/21 | Schuman, Brett | 0.4 | 1,140.00 | 456.00 | Conference with Google team re Gerdes reply and Uber's latest proposal to resolve expert motions. **Phase/Task: AL03/AL03 Activity:** |
| 06/14/21 | Lee, Yoo Na | 0.1 | 520.00 | 52.00 | Attend to team communications regarding the filing of Gard's reply. **Phase/Task: AL03/AL03 Activity:** |
| 06/14/21 | Husain, Batoul | 1.6 | 900.00 | 1,440.00 | Draft reply in support of motion to strike/exclude J. Gerdes report and testimony (1.1); participate in conference call with H. Vu, R. Walsh, and B. Schuman regarding reply in support of J. Gerdes motion to strike/exclude (0.5). **Phase/Task: AL03/AL03 Activity:** |
| 06/15/21 | Vu, Hong An | 1.9 | 920.00 | 1,748.00 | Finalize reply to exclude Gerdes. **Phase/Task: AL03/AL03 Activity:** |
| 06/15/21 | Walsh, Rachel | 0.3 | 950.00 | 285.00 | Revise reply brief in support of motion to strike Gerdes. **Phase/Task: AL03/AL03 Activity:** |
| 06/15/21 | Valdes, Jose | 2.4 | 340.00 | 816.00 | Cite check Levandowski's reply brief in support of motion to strike Gerdes expert testimony. **Phase/Task: AL03/AL03 Activity:** |
| 06/15/21 | Schuman, Brett | 0.2 | 1,140.00 | 228.00 | Attention to correspondence from Uber's counsel re potential |



| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| | | | | | resolution of expert disputes (.1); direct team re filing of Gerdes reply (.1). **Phase/Task: AL05/AL05 Activity:** |
| 06/15/21 | Lee, Yoo Na | 3.4 | 520.00 | 1,768.00 | Draft and edit sealing documents and related ancillary documents with relevant declarations. **Phase/Task: AL03/AL03 Activity:** |
| 06/15/21 | Husain, Batoul | 4.6 | 900.00 | 4,140.00 | Draft and review emails with Y. Lee, J. Valdes, and H. Vu regarding filing of reply in support of J. Gerdes motion to strike/exclude (0.9); draft reply in support of J. Gerdes motion to strike/exclude (1.9); draft supporting filings for reply in support of J. Gerdes motion to strike/exclude (1.8). **Phase/Task: AL03/AL03 Activity:** |
| 06/16/21 | Vu, Hong An | 0.5 | 920.00 | 460.00 | Email with D. Barr regarding expert discovery. **Phase/Task: AL05/AL05 Activity:** |
| 06/16/21 | Valdes, Jose | 0.2 | 340.00 | 68.00 | Download pleadings from Pacer for attorney review. **Phase/Task: AL03/AL03 Activity:** |
| 06/16/21 | Lee, Yoo Na | 0.5 | 520.00 | 260.00 | Attend to missing redactions from Gerdes filing requiring amendment. **Phase/Task: AL03/AL03 Activity:** |
| 06/16/21 | Husain, Batoul | 0.2 | 900.00 | 180.00 | Draft and review emails with J. Valdes, Y. Lee, and H. Vu regarding sealed filings. **Phase/Task: AL03/AL03 Activity:** |
| 06/17/21 | Vu, Hong An | 0.8 | 920.00 | 736.00 | Conduct research for Bennis Daubert. **Phase/Task: AL04/AL04 Activity:** |
| 06/17/21 | Valdes, Jose | 0.1 | 340.00 | 34.00 | Download pleadings from Pacer for attorney review. **Phase/Task: AL03/AL03 Activity:** |


| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| 06/17/21 | Lee, Yoo Na | 3.2 | 520.00 | 1,664.00 | Attend to re-filing of Gerdes Reply with additional redactions, per Waymo's counsel, including drafting Motion to Redact, related declaration and proposed order. **Phase/Task: AL03/AL03 Activity:** |
| 06/17/21 | Husain, Batoul | 2.1 | 900.00 | 1,890.00 | Draft and review emails with Y. Lee, H. Vu, and J. Alexis regarding filing further redacted brief (0.8); draft motion to file further redacted brief and declaration in support (1.3). **Phase/Task: AL03/AL03 Activity:** |
| 06/21/21 | Vu, Hong An | 0.3 | 920.00 | 276.00 | Call with J. Fisher regarding Bennis Daubert. **Phase/Task: AL03/AL03 Activity:** |
| 06/21/21 | Fisher, Jennifer | 2.0 | 960.00 | 1,920.00 | Review and revise expert motion (1.7); confer with H. Vu regarding same (.3). **Phase/Task: AL03/AL03 Activity:** |
| 06/22/21 | Vu, Hong An | 0.8 | 920.00 | 736.00 | Revise Bennis Daubert motion. **Phase/Task: AL03/AL03 Activity:** |
| 06/22/21 | Lee, Yoo Na | 0.1 | 520.00 | 52.00 | Attend to emails from H. Vu regarding status conference update. **Phase/Task: AL08/AL08 Activity:** |
| 06/23/21 | Vu, Hong An | 4.8 | 920.00 | 4,416.00 | Revise Bennis Daubert motion. **Phase/Task: AL03/AL03 Activity:** |
| 06/25/21 | Chatterjee, Neel | 0.3 | 1,190.00 | 357.00 | Review changes to Rule 26 disclosure. **Phase/Task: AL05/AL05 Activity:** |
| 06/25/21 | Lee, Yoo Na | 1.7 | 520.00 | 884.00 | Provide redlines to updated witness list and amended initial disclosures from Uber. **Phase/Task: AL05/AL05 Activity:** |
| 06/25/21 | Lee, Yoo Na | 0.6 | 520.00 | 312.00 | Draft and edit quarterly status update to CA appellate court. **Phase/Task: AL08/AL08 Activity:** |

 

| Date | Name | Hours | Rate | Amount | Narrative |
|------|------|-------|------|--------|-----------|
| 06/25/21 | Fisher, Jennifer | 1.7 | 960.00 | 1,632.00 | Continue revising Bennis motion and review graphics for argument section on panel findings. **Phase/Task: AL03/AL03 Activity:** |
| 06/28/21 | Vu, Hong An | 0.6 | 920.00 | 552.00 | Analyze Uber's amended disclosures (0.4); email with team regarding position on amended disclosures (0.2). **Phase/Task: AL05/AL05 Activity:** |
| 06/28/21 | Schuman, Brett | 0.3 | 1,140.00 | 342.00 | Direct team re response to Uber's amended initial disclosure. **Phase/Task: AL05/AL05 Activity:** |
| 06/28/21 | Lee, Yoo Na | 0.4 | 520.00 | 208.00 | Review and incorporate edits from B. Schuman for quarterly status update to CA appellate court and prepare for filing. **Phase/Task: AL08/AL08 Activity:** |
| 06/29/21 | Vu, Hong An | 0.8 | 920.00 | 736.00 | Analyze deposition transcripts for trial preparation. **Phase/Task: AL09/AL09 Activity:** |
| 06/29/21 | Lee, Yoo Na | 0.6 | 520.00 | 312.00 | Prepare and file quarterly status update per H. Vu. **Phase/Task: AL08/AL08 Activity:** |
| 06/29/21 | Tamargo, Bethannie | 1.0 | 240.00 | 240.00 | Communicate with Ms.  Lee; Review Quarterly Status report for compliance; execute electronic filing and service.. **Phase/Task: AL08/AL08 Activity:** |
| 06/30/21 | Padilla, Stella | 0.4 | 850.00 | 340.00 | Trial witnesses and prior testimony review and tagging. **Phase/Task: AL09/AL09 Activity:** |

| | | | | | |
|------|------|-------|------|--------|-----------|
| **Total Hours** | | **158.7** | | **Total Fees** | **$125,583.00** |
| Professional Discount | | | | | -$18,837.45 |
| **Adjusted Total** | | | | | **$106,745.55** |



| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Chatterjee, Neel | 0.3 | $1,190.00 | $357.00 |
| Fisher, Jennifer | 4.6 | 960.00 | 4,416.00 |
| Schuman, Brett | 3.6 | 1,140.00 | 4,104.00 |
| Walsh, Rachel | 5.7 | 950.00 | 5,415.00 |
| Husain, Batoul | 65.1 | 900.00 | 58,590.00 |
| Mello, Daniel | 13.7 | 690.00 | 9,453.00 |
| Padilla, Stella | 2.3 | 850.00 | 1,955.00 |
| Sutton, Theresa | 0.3 | 750.00 | 225.00 |
| Vu, Hong An | 29.9 | 920.00 | 27,508.00 |
| Szatanski, Bartlomiej | 1.7 | 230.00 | 391.00 |
| Tamargo, Bethannie | 1.0 | 240.00 | 240.00 |
| Valdes, Jose | 3.5 | 340.00 | 1,190.00 |
| Lee, Yoo Na | 15.2 | 520.00 | 7,904.00 |
| Neumann, Alesha | 11.8 | 325.00 | 3,835.00 |
| **Total** | **158.7** | | **$125,583.00** |

| Disbursement Summary | Total |
|---|---|
| First Digital Solutions Inc. Mailing Services re: maili | 321.66 |
| Citizens Bank CA State Court eFile fee on 5-13-21 | 10.50 |
| Western Messenger Delivery for J. Briggs Fischer | 52.01 |
| UnitedLex Corporation May 2021 monthly data hosting | 8,474.89 |
| Veritext, LLC Videographer for Melissa Bennis depositio | 2,117.00 |
| Veritext, LLC Videographer for Robert DeCicco depositio | 1,907.00 |
| **Total Disbursements** | **$12,883.06** |

| Invoice Summary | Amount |
|---|---|
| Total Fees | $125,583.00 |
| Professional Discount | -18,837.45 |
| Total Disbursements | 12,883.06 |
| **Amount Due** | **$119,628.61** |

136269/310198
NC:gbl