1  **HEMMING MORSE LLP**
   CARL S. SABA (ASA #91600, CVA #30068, AICPA/ABV #4305042)
2  (sabac@hemming.com)
   KATHY ROSNER-GALITZ (CVA #20627)
3  (rosner-galitzk@hemming.com)
   177 Bovet Road, Suite 525
4  San Mateo, California 94402
   Telephone: (415) 836-4080
5  Facsimile: (415) 777-2062

6  *Experts for Debtor and Debtor in Possession*

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                       **SAN FRANCISCO DIVISION**

10
   In re:                                    Bankruptcy Case
11                                            No. 20-30242 (HLB)

12  ANTHONY SCOTT LEVANDOWSKI,                Chapter 11

13                        Debtor.             **CERTIFICATE OF NO OBJECTION**
                                              **REGARDING THIRD MONTHLY**
14                                            **FEE STATEMENT OF HEMMING**
                                              **MORSE LLP FOR ALLOWANCE**
15                                            **AND PAYMENT OF**
                                              **COMPENSATION FOR THE PERIOD**
16                                            **OF MAY 1, 2021 THROUGH MAY 31,**
                                              **2021**
17
18                                            **[Re: Dkt No. 568]**

19                                            Objection Deadline: July 6, 2021
20
21
22
23
24
25
26
27
28

**THE MONTHLY FEE STATEMENT**

On June 15, 2021, Hemming Morse LLP (the "Applicant"), experts for Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, filed its *Third Monthly Fee Statement of Hemming Morse LLP for Allowance and Payment of Compensation for the Period of May 1, 2021 Through May 31, 2021* [Docket No. 568] (the "Monthly Fee Statement"), pursuant to the Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on June 12, 2020 [Docket No. 118] (the "Interim Compensation Procedures Order").

The Monthly Fee Statement was served on June 15, 2021, as described in the Certificate of Service filed on the same date [Dkt. No. 569]. The deadline to file responses or oppositions to the Monthly Fee Statement was July 6, 2021, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtor is authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, that:

1.      I am a partner of the firm of Hemming Morse LLP, expert for the Debtor.

2.      I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3.      This declaration was executed in San Mateo, California.

Dated: July 7, 2021

**HEMMING MORSE LLP**

By: _____
    Carl S. Saba

*Expert for Debtor and Debtor in Possession*

1

**Exhibit A**

2

Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Hemming Morse LLP** (Experts for Debtor and Debtor in Possession) | **Third Monthly** (05.01.21 to 05.31.21) [Dkt. 568; filed 06.15.2021] | $1,605.00 | $0.00 | 07.06.21 | $1,284.00 | $0.00 | $321.00 |