Case 3:20-cv-09336-WHA   Document 16   Filed 08/02/21   Page 5 of 6

Entered on Docket
August 03, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MILES EHRLICH, State Bar No. 237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY, State Bar No. 189820
izzy@ramsey-ehrlich.com
AMY CRAIG, State Bar No. 269339
amy@ramsey-ehrlich.com
KATHARINE KATES, State Bar No. 155534
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor.<br><br>RAMSEY & EHRLICH, LLP,<br><br>Appellant<br><br>v.<br><br>GOOGLE, LLP, and UBER TECHNOLOGIES, INC.,<br><br>Appellees | Case No. 20-cv-09336 (WHA)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023<br><br>*Appeal from*<br><br>BANKRUPTCY CASE<br>NO.:  20-30242 (HLB)<br>Chapter 11<br><br>Date: August 5, 2021<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>The Hon. William Alsup |

MOTION TO DIMSISS APPEAL PURSUANT TO
FED. R. BANKRUPTCY PROCEDURE 8023 AND
[PROPOSED] ORDER
CASE NO.: 20-CV-09336 (WHA)
-4-

Case: 20-30242    Doc# 602    Filed: 07/30/21    Entered: 08/03/21 10:53:05    Page 1 of 2

Appellant Ramsey & Ehrlich, LLP, brought a Motion for Voluntary Dismissal of the Appeal with Prejudice Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure. Based on the papers filed in this case and all other matters that are part of the record, it is ordered that this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Bankruptcy Procedure 8023. The hearing set for August 5, 2021, is hereby **VACATED**.

IT IS SO ORDERED.

Dated: _____July 30_____, 2021

_____
The Honorable William Alsup
United States District Judge

MOTION TO DIMSISS APPEAL PURSUANT TO
FED. R. BANKRUPTCY PROCEDURE 8023 AND
[PROPOSED] ORDER
CASE NO. 20-CV-09336 (WHA)

-5-