**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM FEE APPLICATIONS OF ESTATE PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date: September 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline: September 6, 2021, 4:00 p.m. (Pacific Time)** |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **September 9, 2021, at 10:00 a.m. (Pacific Time)** (the "Hearing") before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge.  Pursuant to the Bankruptcy Court's *Sixth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective March 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference.  The Courtroom will be closed.**  All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Hearing, the Bankruptcy Court is scheduled to hear the following:

- *Fourth Interim Fee Application of Paladin Management Group, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2021 Through June 30, 2021* (Docket No. 620) (the "Paladin Interim Fee Application"); and

- *Fourth Interim Fee Application of Keller Benvenutti Kim LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2021 Through June 30, 2021* (Docket No. 622) (the "Keller Benvenutti Kim Interim Fee Application; and

- *First Interim Fee Application of Carden Rose, Inc. For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2021 Through June 30, 2021* (Docket No. 624) (the "Carden Rose Interim Fee Application"); and

- *First Interim Fee Application of Hemming Morse LLP For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2021 Through June 30, 2021* (Docket No. 626) (the "Hemming Morse Interim Fee Application"); and

- *First Interim Fee Application of Holland & Associates CPAs, Inc. For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2021 Through June 30, 2021* (Docket No. 628) (the "Holland & Associates Interim Fee Application"); and

- *First Interim Fee Application of Platt Consulting LLC For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2021 Through June 30, 2021* (Docket No. 630) (the "Platt Interim Fee Application"); and

- *Second Interim Fee Application of Julie Jenanyan DBA Monkey Off Your Back For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2021 Through June 30, 2021* (Docket No. 633) (the "MOYB Interim Fee Application"); and

- *First Interim Fee Application of Joseph A. Shaw, Ph.D. For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 20, 2021 Through June 30, 2021* (Docket No. 632) (the "Shaw Interim Fee Application," with the above listed fee applications, the "Interim Fee Applications").

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Interim Fee Applications must be in writing, filed with the Bankruptcy Court, and served on counsel for the Debtor at the above-referenced address so as to be received **on September 6, 2021**. In deciding the Interim Fee Applications, the Court may consider any other document filed in the Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Fee Applications and their supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov or (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 16, 2021            **KELLER BENVENUTTI KIM LLP**

By:    */s/ Danisha Brar*
        Danisha Brar

*Attorneys for Debtor and Debtor in Possession*