# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Anthony Scott Levandowski | CASE NO: 20-30242<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 632 |

On 8/16/2021, I did cause a copy of the following documents, described below,

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF JOSEPH A. SHAW, PH.D FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 20, 2021 THROUGH JUNE 30, 2021 ECF Docket Reference No. 632

CERTIFICATION OF JOSEPH A. SHAW, PH.D. IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF JOSEPH A. SHAW, PH.D. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 20, 2021 THROUGH JUNE 30, 2021  634

SUMMARY SHEET TO FOURTH INTERIM FEE APPLICATION OF PALADIN MANAGEMENT GROUP, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1, 2021 THROUGH JUNE 30, 2021)  620

SUMMARY SHEET TO FOURTH INTERIM FEE APPLICATION OF PALADIN MANAGEMENT GROUP, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1, 2021 THROUGH JUNE 30, 2021)  621

CERTIFICATION OF BENJAMIN ROSE IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF CARDEN ROSE, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  625

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF CARDEN ROSE, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  624

CERTIFICATION OF CARL S. SABA IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 627

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  626

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:

Anthony Scott Levandowski

CASE NO: 20-30242

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 632

On 8/16/2021, a copy of the following documents, described below,

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF JOSEPH A. SHAW, PH.D FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 20, 2021 THROUGH JUNE 30, 2021 ECF Docket Reference No. 632

CERTIFICATION OF JOSEPH A. SHAW, PH.D. IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF JOSEPH A. SHAW, PH.D. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 20, 2021 THROUGH JUNE 30, 2021  634

SUMMARY SHEET TO FOURTH INTERIM FEE APPLICATION OF PALADIN MANAGEMENT GROUP, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1, 2021 THROUGH JUNE 30, 2021)  620

SUMMARY SHEET TO FOURTH INTERIM FEE APPLICATION OF PALADIN MANAGEMENT GROUP, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1, 2021 THROUGH JUNE 30, 2021)  621

CERTIFICATION OF BENJAMIN ROSE IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF CARDEN ROSE, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 625

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF CARDEN ROSE, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  624

CERTIFICATION OF CARL S. SABA IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 627

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  626

_____
Jay S. Jump
BK Attorney Services, LLC

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, Exhibit B, which is attached hereto and incorporated as if fully set forth

d/b/a certificateofservice.com, for
Danisha Brer
Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco, CA  94108

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Anthony Scott Levandowski | CASE NO: 20-30242<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 623 |

On 8/16/2021, I did cause a copy of the following documents, described below,

CERTIFICATION OF TOBIAS S. KELLER IN SUPPORT OF FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  ECF Docket Reference No. 623

COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  622

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  628

CERTIFICATION OF GOPAL GHISING IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 629

CERTIFICATION OF JULIE JENANYAN IN SUPPORT OF SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  635

SUMMARY SHEET TO SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  633

CERTIFICATION OF ROBERT PLATT IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  631

COVER SHEET TO FIRST MONTHLY FEE STATEMENT OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 630

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:

Anthony Scott Levandowski

CASE NO: 20-30242

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 623

On 8/16/2021, a copy of the following documents, described below,

CERTIFICATION OF TOBIAS S. KELLER IN SUPPORT OF FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  ECF Docket Reference No. 623

COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  622

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  628

CERTIFICATION OF GOPAL GHISING IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 629

CERTIFICATION OF JULIE JENANYAN IN SUPPORT OF SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  635

SUMMARY SHEET TO SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  633

CERTIFICATION OF ROBERT PLATT IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  631

COVER SHEET TO FIRST MONTHLY FEE STATEMENT OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD [signature] GH JUNE 30, 2021 630

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Danisha Brer
Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco, CA  94108

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Anthony Scott Levandowski | CASE NO: 20-30242<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 623 |

On 8/16/2021, I did cause a copy of the following documents, described below,

CERTIFICATION OF TOBIAS S. KELLER IN SUPPORT OF FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  ECF Docket Reference No. 623

COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  622

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  628

CERTIFICATION OF GOPAL GHISING IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 629

CERTIFICATION OF JULIE JENANYAN IN SUPPORT OF SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  635

SUMMARY SHEET TO SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  633

CERTIFICATION OF ROBERT PLATT IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  631

COVER SHEET TO FIRST MONTHLY FEE STATEMENT OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 630

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:

Anthony Scott Levandowski

CASE NO: 20-30242

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 623

On 8/16/2021, a copy of the following documents, described below,

CERTIFICATION OF TOBIAS S. KELLER IN SUPPORT OF FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  ECF Docket Reference No. 623

COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  622

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  628

CERTIFICATION OF GOPAL GHISING IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 629

CERTIFICATION OF JULIE JENANYAN IN SUPPORT OF SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  635

SUMMARY SHEET TO SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES  (MARCH 1-JUNE 30, 2021)  633

CERTIFICATION OF ROBERT PLATT IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  631

COVER SHEET TO FIRST MONTHLY FEE STATEMENT OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD [signature] GH JUNE 30, 2021 630

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Danisha Brer
Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco, CA  94108

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit (also "Exhibit A") which is attached hereto and incorporated as if fully set forth

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Anthony Scott Levandowsk | CASE NO: 20-30242<br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 627 |

On 8/16/2021, I did cause a copy of the following documents, described below,

CERTIFICATION OF CARL S. SABA IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  ECF Docket Reference No. 627

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  626

NOTICE OF HEARING ON INTERIM FEE APPLICATIONS OF ESTATE PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES 636

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

I also caused these documents to be served by electronic mail on the following parties by email:
thomas.walper@mto.com,john.berry@mto.com,alex.gorin@mto.com,andrew.lewis@mto.com,
rvannest@keker.com,rmeny@keker.com,rmullen@keker.com,tgorman@keker.com,
wjordan@keker.com,treeves@keker.com, izzy@ramseyehrlich.com.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/16/2021

/s/ Danisha Brar
Danisha Brar  312950

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Anthony Scott Levandowsk | CASE NO: 20-30242<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 627 |

On 8/16/2021, a copy of the following documents, described below,

CERTIFICATION OF CARL S. SABA IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  ECF Docket Reference No. 627

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HEMMING MORSE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021  626

NOTICE OF HEARING ON INTERIM FEE APPLICATIONS OF ESTATE PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES 636

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/16/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Danisha Brar
Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco, CA  94108

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:
Anthony Scott Levandowski

CASE NO: 20-30242
**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**
Chapter: 11
ECF Docket Reference No. 623

On 8/16/2021, I did cause a copy of the following documents, described below,

CERTIFICATION OF TOBIAS S. KELLER IN SUPPORT OF FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 ECF Docket Reference No. 623

COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 622

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 628

CERTIFICATION OF GOPAL GHISING IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 629

CERTIFICATION OF JULIE JENANYAN IN SUPPORT OF SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1-JUNE 30, 2021) 635

SUMMARY SHEET TO SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1-JUNE 30, 2021) 633

CERTIFICATION OF ROBERT PLATT IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 631

COVER SHEET TO FIRST MONTHLY FEE STATEMENT OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 630

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/16/2021

/s/ Danisha Brar
Keller Benvenutti Kim LLP
650 California St, Ste 1900
San Francisco CA 94108
41Í-I JÎ Ë̈ Ï GH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  
Anthony Scott Levandowski

CASE NO: 20-30242  
**DECLARATION OF MAILING CERTIFICATE OF SERVICE**  
Chapter: 11  
ECF Docket Reference No. 623

On 8/16/2021, I did cause a copy of the following documents, described below,

CERTIFICATION OF TOBIAS S. KELLER IN SUPPORT OF FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 ECF Docket Reference No. 623

COVER SHEET TO FOURTH INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 622

COVER SHEET TO FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 628

CERTIFICATION OF GOPAL GHISING IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & ASSOCIATES CPAS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 629

CERTIFICATION OF JULIE JENANYAN IN SUPPORT OF SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1-JUNE 30, 2021) 635

SUMMARY SHEET TO SECOND INTERIM FEE APPLICATION OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 1-JUNE 30, 2021) 633

CERTIFICATION OF ROBERT PLATT IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 631

COVER SHEET TO FIRST MONTHLY FEE STATEMENT OF PLATT CONSULTING LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF MARCH 1, 2021 THROUGH JUNE 30, 2021 630

Were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced documents(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/16/2021

_____  
Jay S. Jump  
BK Attorney Services, LLC

d/b/a certificateofservice.com, for  
/s/ Öaǫ̃ã@æǽÓ¦æÁ  
S^||^¦ÁÓ^}ç^}˘œãŠaǎ¸ÁŠŠÚ  
Î Í €ÁÕæ¦æ[¦}ãæÁUd˘ÁUc^ÁFJ€€  
San Francisco CA 9410Ì  
415-496-6723

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| CASE INFO | ASHLEY RUST ASSOC | CA EMPLOYMENT DEVELOPMENT DEPT |
|---|---|---|
| 1LABEL MATRIX FOR LOCAL NOTICING 09713 CASE 20-30242 CALIFORNIA NORTHERN BANKRUPTCY COURT SAN FRANCISCO | 322 EAST 19TH ST SUITE 4R NEW YORK NY 10003-2852 | BANKRUPTCY GROUP MIC 92E PO BOX 826880 SACRAMENTO CA 94280-0001 |
| DEPARTMENT OF JUSTICE 550 KEARNY ST 800 SAN FRANCISCO CA 94108-2512 | FINEMANN PR 530 BUSH STREET 403 SAN FRANCISCO CA 94108-3631 | BAY CITIES REFUSE 2525 GARDEN TRACT RD RICHMOND CA 94801-1005 |
| CHIEF TAX COLLECTION SECTION EMPLOYMENT DEVELOPMENT SECTION PO BOX 826203 SACRAMENTO CA 94230-0001 | FARMERS INSURANCE 670 WEST NAPA STREET SUITE J SONOMA CA 95476-6479 | FRANCHISE TAX BOARD PERSONAL BANKRUPTCY MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 |
| APPLE PAY LOCKBOX 6112 PO BOX 7247 PHILADELPHIA PA 19170-6112 | JPMORGAN CHASE BANK N A BANKRUPTCY MAIL INTAKE TEAM 700 KANSAS LANE FLOOR 01 MONROE LA 71203-4774 | COMCAST 1485 BAYSHORE BLVD SAN FRANCISCO CA 94124-4008 |
| FAWN PARK LLC 1655 OAK AVE ST HELENA CA 94574-1723 | INTUIT INC C O CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON DE 19808-1674 | MARIN MUNICIPAL WATER 220 NELLEN AVE CORTE MADERA CA 94925-1169 |
| OFFICE OF THE US TRUSTEE SF PHILLIP J BURTON FEDERAL BUILDING 450 GOLDEN GATE AVE 5TH FL 05-0153 SAN FRANCISCO CA 94102-3661 | PACIFIC GAS AND ELECTRIC COMPANY PO BOX 997300 SACRAMENTO CA 95899-7300 | JPMORGAN CHASE BANK NA SBMT CHASE BANK USA NA CO ROBERTSON ANSCHUTZ SCHNEID PL 6409 CONGRESS AVENUE SUITE 100 BOCA RATON FL 33487-2853 |
| STEFANIE OLSEN MILL VALLEY CA 94941 | PALADIN MANAGEMENT GROUP 633 W 5TH ST 28TH FLOOR LOS ANGELES CA 90071-3502 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| LL PROPERTY MANAGEMENT 212 CALEDONIA ST SAUSALITO CA 94965-1927 | MARIN HORIZON SCHOOL 305 MONTFORD AVENUE MILL VALLEY CA 94941-3370 | MCMANIS FAULKNER 50 WEST SAN FERNANDO ST 1000 SAN JOSE CA 95113-2415 |
| NETWORK SOLUTIONS 5335 GATE PARKWAY JACKSONVILLE CA 32256-3070 | PROTECTOR BOATS SERVICE CENTER 790 NATIONAL COURT RICHMOND CA 94804-2008 | SIGNALARE 1655 OAK AVE ST HELENA CA 94574-1723 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

VERIZON WIRELESS
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6704

WELLS FARGO
PO BOX 10347
DES MOINES IA 50306-0347

REEVEMARK
261 MADISON AVE 6TH FL
NEW YORK NY 10016-2303

US ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

VICTORIA PACCHIANA
38 MILLER AVE
SUITE 20
MILL VALLEY CA 94941-1948