KELLER BENVENUTTI KIM LLP
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

Attorneys for the Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

ANTHONY SCOTT LEVANDOWSKI,

    Debtor.

Bankruptcy Case
No. 20-30242 (HLB)

Chapter 11

**CERTIFICATE OF SERVICE OF MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (A) OBTAIN SECURED SUPERPRIORITY FINANCING AND RELATED RELIEF; AND (B) USE ROTH IRA ASSETS AND PROCEEDS TO PAY ESTATE OBLIGATIONS (WITH PROPOSED ORDER) AND RELATED DOCUMENTS**

I, Tobias S. Keller, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am a partner at Keller Benvenutti Kim LLP, a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108, counsel to Anthony Scott Levandowski, as debtor and debtor in possession in the above-captioned chapter 11 case.

2. On August 19, 2021, I caused the following documents to be filed via the Court's Electronic Case Filing System:

- MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (A) OBTAIN SECURED SUPERPRIORITY FINANCING AND RELATED RELIEF; AND (B) USE ROTH IRA ASSETS AND PROCEEDS TO PAY ESTATE OBLIGATIONS (WITH PROPOSED ORDER)

- NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (A) OBTAIN SECURED SUPERPRIORITY FINANCING AND RELATED RELIEF; AND (B) USE ROTH IRA ASSETS AND PROCEEDS TO PAY ESTATE OBLIGATIONS

- DECLARATION OF ALLEN SOONG IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (A) OBTAIN SECURED SUPERPRIORITY FINANCING AND RELATED RELIEF; AND (B) USE ROTH IRA ASSETS AND PROCEEDS TO PAY ESTATE OBLIGATIONS

- DECLARATION OF TOBIAS S. KELLER IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (A) OBTAIN SECURED SUPERPRIORITY FINANCING AND RELATED RELIEF; AND (B) USE ROTH IRA ASSETS AND PROCEEDS TO PAY ESTATE OBLIGATIONS (WITH EXHIBITS)

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

4. In addition, I sent courtesy copies of the foregoing to counsel for Google, Uber, and the United States Trustee.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed September 7, 2021, in San Francisco, California.

*/s/ Tobias S. Keller*

Tobias S. Keller