Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmscherin@jenner.com
kmclaughlin@jenner.com

*Counsel for Uber Technologies, Inc.*



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**AMENDED DECLARATION OF MIRIAM MANNING IN SUPPORT OF UBER TECHNOLOGIES, INC.'S LIMITED OBJECTION TO DEBTOR'S MOTION TO OBTAIN SECURED SUPERPRIORITY FINANCING AND USE ROTH IRA ASSETS TO PAY ESTATE OBLIGATIONS**<br><br>Date: September 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Video Appearance Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Miriam Manning, declare as follows:

1. I am co-counsel to defendant Uber Technologies, Inc. in the above entitled action and have personal knowledge of the facts contained in this Declaration, which are true and correct, and if sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of *Uber's Limited Objection to Debtor's Motion to Obtain Secured Superpriority Financing and Use Roth IRA Assets to Pay Estate* filed on September 2, 2021 [Dkt 647] and to comply with the *Order Granting in Part Uber's Motion to File Partially Redacted Objection to Debtor's Motion to Incur* (Dkt. 684) (the "Order").

3. Attached hereto as **Exhibit A** is a true and correct excerpt from the Debtor's deposition taken on January 28, 2021, pages 19-21. The redactions to Exhibit A have been revised consistent with the Order.

I declare under the penalty of perjury that the statements included in this Declaration are true and correct. Executed on this 27th day of September 2021 in San Francisco, California.

*/s/ Miriam Manning*
Miriam Manning

**EXHIBIT A**

**(Redacted Pages 19-21 of Transcript of Debtor's Deposition on January 28, 2021)**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA



Case: 20-30242 Doc# 688-1 Filed: 09/27/21 Entered: 09/27/21 16:24:57 Page 3 of 6

Q. Other than individuals who are employed by Pronto, do -- sorry.

A. Sorry. I forgot to add myself in there, in the list as well.

Q. Thank you. Other than individuals who are employed by Pronto, do you know the identities of any investors in the company?

A. Do I know -- I -- I believe there -- there are -- there -- there's one -- well, there's -- there's -- there's -- I believe there's a trust that owns some shares. I -- I don't -- I don't know exactly how many shares. It's called the Levandowski Family Trust, I believe.

Q. That's a trust that you established?

A. No, it is not.

Q. Who established it?

A. I do not know.

Q. Was it someone with the name "Levandowski"?

A. I think it's safe to assume that, yes.

Q. Is it your brother Max?

A. I -- I'm -- I'm not sure. I -- I'm spec- -- I'd have to speculate. I -- I --

Q. Okay. Other than the Levandowski Family Trust, do you know the identities of any

other investors excluding the employees?

A. I -- I can't remember. I -- I think there's -- there may be one or two others, but I don't know if they're shareholders or they're, like, myself where they've provided something to the company in the form of a SAFE note, which -- which we can discuss, if you want, the difference there, but --

Q. And -- and who -- who do you -- who's -- who do you know of who has provided an investment in the company other tha- -- for example, in the form of a SAFE note or -- or another means other than purchasing stock in the company?

A. So thank you for clarifying.

I -- I believe [REDACTED] is the name of the investment firm, has a SAFE note. I believe a company called either [REDACTED] [REDACTED].

Q. Do you know how that's spelled?

A. Yeah. I think it's [REDACTED] [REDACTED] [REDACTED]

And -- but it might be under a different name. It could be is [REDACTED], which is

[redacted]

Q. Okay.

A. So I am -- I'm just trying to be as -- the -- I believe there is a -- another company called [redacted] that has a SAFE as well. I believe there's one or two other others -- there -- there may be more that have SAFEs and/or stock, but I don't remember their -- their name.

Q. How much has [redacted] provided in terms of funding to Pronto?

A. I think they -- they brought -- they -- they've invested over -- a couple different times, and I'm unsure of the total amount, but it's -- it's -- it's a handful of millions of dollars. Yeah. I would say less than 10, more than 1.

Q. What about [redacted]? Same question.

A. I think they're more around the $1 million amount, and I don't know that -- again, I -- I would -- I want to clarify and caution here that this is not the role that I have at the company.