Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:    dgrassgreen@pszjlaw.com
         mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
         csteege@jenner.com
         tmascherin@jenner.com
         kmclaughlin@jenner.com

Attorneys for Defendant
Uber Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | **NOTICE OF FILING PARTIALLY REDACTED UBER TECHNOLOGIES, INC.'S LIMITED OBJECTION TO DEBTOR'S MOTION TO OBTAIN SECURED SUPERPRIORITY FINANCING AND USE ROTH IRA ASSETS TO PAY ESTATE OBLIGATIONS PURSUANT TO ORDER** |

Pursuant to the September 20, 2021, *Order Granting In Part Uber's Motion To File Partially Redacted Objection To Debtor's Motion To Incur* (Dkt. 684) ("Order") Uber Technologies, Inc. resubmits its *Limited Objection to Debtor's Motion to Obtain Secured Superpriority Financing and Use Roth IRA Assets to Pay Estate Obligations* and the declaration of Miriam Manning with

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

supporting exhibit (originally filed on September 2, 2021, as Dkt. 647) to reflect the redactions that were authorized by the Order.

Dated:    September 27, 2021          PACHULSKI STANG ZIEHL & JONES LLP


By:   */s/ Debra I. Grassgreen*
          Debra I. Grassgreen
          Miriam Manning

          and

          JENNER & BLOCK LLP
          David J. Bradford
          Catherine Steege
          Terri L. Mascherin
          Katharine R. McLaughlin

          *Attorneys for Uber Technologies, Inc.*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA