# EXHIBIT A

Anthony Levandowski
Weekly Cash Scenario: 18 Weeks Ended 1/29/2022

| | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 18 WEEK |
| Week Ending Saturday | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 | 11/6 | 11/13 | 11/20 | 11/27 | 12/4 | 12/11 | 12/18 | 12/25 | 1/1 | 1/8 | 1/15 | 1/22 | 1/29 | Total |
| **Cash In** | | | | | | | | | | | | | | | | | | | |
| Salary | 2,364 | 0 | 2,364 | 0 | 0 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 0 | 18,913 |
| DIP Loan Proceeds [1] | 1,840,000 | 0 | 0 | 0 | 160,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 |
| **Total Cash In** | 1,842,364 | 0 | 2,364 | 0 | 160,000 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 2,364 | 0 | 0 | 2,018,913 |
| **Expenses** | | | | | | | | | | | | | | | | | | | |
| **CHILD SUPPORT** | | | | | | | | | | | | | | | | | | | |
| Child Support | 3,440 | 0 | 0 | 0 | 0 | 3,440 | 0 | 0 | 0 | 3,440 | 0 | 0 | 0 | 3,440 | 0 | 0 | 0 | 3,440 | 17,200 |
| Education/Other | 2,730 | 0 | 0 | 0 | 0 | 21,794 | 0 | 0 | 0 | 2,730 | 0 | 0 | 0 | 2,730 | 0 | 0 | 0 | 0 | 29,984 |
| Total Child Support and Education | 6,170 | 0 | 0 | 0 | 0 | 25,234 | 0 | 0 | 0 | 6,170 | 0 | 0 | 0 | 6,170 | 0 | 0 | 0 | 3,440 | 47,184 |
| **HOUSEHOLD** | | | | | | | | | | | | | | | | | | | |
| Rent | 6,350 | 0 | 0 | 0 | 0 | 6,350 | 0 | 0 | 0 | 6,350 | 0 | 0 | 0 | 6,350 | 0 | 0 | 0 | 6,350 | 31,750 |
| Utilities | 1,229 | 0 | 0 | 0 | 0 | 1,229 | 0 | 0 | 0 | 1,229 | 0 | 0 | 0 | 1,229 | 0 | 0 | 0 | 0 | 4,916 |
| Vehicles | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 142 | 2,563 |
| Internet and Subscriptions | 833 | 0 | 0 | 0 | 0 | 833 | 0 | 0 | 0 | 833 | 0 | 0 | 0 | 833 | 0 | 0 | 0 | 0 | 3,333 |
| Other General Household | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 4,259 | 4,259 | 4,259 | 4,259 | 4,259 | 4,259 | 4,259 | 4,259 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 71,654 |
| Total Home | 12,313 | 3,901 | 3,901 | 3,901 | 3,901 | 12,813 | 4,401 | 4,401 | 4,401 | 12,813 | 4,401 | 4,401 | 4,401 | 12,313 | 3,901 | 3,901 | 3,901 | 10,251 | 114,216 |
| **INSURANCE** | 0 | 0 | 364 | 0 | 0 | 0 | 1,658 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,022 |
| **ORDINARY COURSE PROFESSIONAL FEES** | | | | | | | | | | | | | | | | | | | |
| Investment Advisor | 0 | 0 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 |
| Total OCP | 0 | 0 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 |
| **MEDICAL** | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 5,573 |
| **RESTRUCTURING, TRIAL, AND OTHER NON-ORDINARY COURSE PROFESSIONAL FEES [2]** | | | | | | | | | | | | | | | | | | | |
| Goodwin Procter | 2,434,323 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,434,323 |
| KBK | 217,225 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 217,225 |
| Paladin | 188,452 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 188,452 |
| Business Management | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 3,000 | 0 | 12,000 |
| Holland | 0 | 1,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,900 |
| Tax Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trial Expert Professionals | 0 | 102,977 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 102,977 |
| Total Professional Fees | 2,840,000 | 104,877 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 3,000 | 0 | 2,956,877 |
| **Total Expenses Before Taxes** | 2,858,793 | 109,087 | 4,575 | 7,211 | 4,211 | 43,357 | 6,369 | 7,711 | 4,711 | 19,293 | 4,711 | 7,711 | 4,711 | 18,793 | 4,211 | 4,211 | 7,211 | 14,001 | 3,130,872 |
| **TAXES** | | | | | | | | | | | | | | | | | | | |
| Federal [3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State [3][4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UST Quarterly Fees | 0 | 0 | 0 | 0 | 29,876 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,723 | 32,599 |
| **Total Expenses, Fees, and Taxes** | 2,858,793 | 109,087 | 4,575 | 7,211 | 34,086 | 43,357 | 6,369 | 7,711 | 4,711 | 19,293 | 4,711 | 7,711 | 4,711 | 18,793 | 4,211 | 4,211 | 7,211 | 16,724 | 3,163,471 |
| **Net Cash Flow** | (1,016,429) | (109,087) | (2,211) | (7,211) | 125,914 | (40,993) | (6,369) | (5,346) | (4,711) | (16,929) | (4,711) | (5,346) | (4,711) | (16,429) | (4,211) | (1,846) | (7,211) | (16,724) | (1,144,558) |
| **Cash On-Hand** | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 1,323,983 | 307,555 | 198,468 | 196,257 | 189,046 | 314,960 | 273,967 | 267,599 | 262,252 | 257,542 | 240,613 | 235,902 | 230,556 | 225,845 | 209,417 | 205,206 | 203,360 | 196,149 | 1,323,983 |
| Increase/(Decrease) | (1,016,429) | (109,087) | (2,211) | (7,211) | 125,914 | (40,993) | (6,369) | (5,346) | (4,711) | (16,929) | (4,711) | (5,346) | (4,711) | (16,429) | (4,211) | (1,846) | (7,211) | (16,724) | (1,144,558) |
| **Ending Balance** | 307,555 | 198,468 | 196,257 | 189,046 | 314,960 | 273,967 | 267,599 | 262,252 | 257,542 | 240,613 | 235,902 | 230,556 | 225,845 | 209,417 | 205,206 | 203,360 | 196,149 | 179,425 | 179,425 |

NOTES:
1) DIP financing under discussion and negotiation.
2) For illustrative purposes only, budget includes a forecast of fees for Debtor's business management; all payments are subject to Court approval.
3) Budget assumes no payment of pre-petition claims to California Franchise Tax Board ($80K) or to Internal Revenue Service ($238K) over the forecast period. The Debtor also anticipates receiving tax refunds, timing undetermined.
4) Budget also excludes a pending $24K claim from the California Franchise Tax Board for 2014 taxes that the Debtor is actively disputing.