**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

*Attorneys for Anthony S. Levandowski,*
*Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS APPROVING (I) THE SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF**<br><br>Date: March 3, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>Objection Deadline: February 24, 2022 |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **March 3, 2022, at 10:00 a.m. (Pacific Time)** (the "Hearing") before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Hearing, the Bankruptcy Court is scheduled to hear the *Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for Entry of Orders (I) Approving Settlement Between the Debtor, Uber Technologies, Inc., and Google LLC; (II) the CLAT Settlement; (III) the Plan Support Agreement Between the Debtor and Google; and (IV) Granting Related Relief* (the "9019 Motion").

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the 9019 Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor at the above-referenced address so as to be received **on February 24, 2022**. In deciding the 9019 Motion, the Court may consider any other document filed in this Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that copies of the 9019 Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov; (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; or (iii) by contacting the undersigned. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 10, 2022    **KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Anthony S. Levandowski,*
*Debtor and Debtor in Possession*