KELLER BENVENUTTI KIM LLP
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Dara L. Silveira, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Keller Benvenutti Kim LLP, a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108, counsel to Anthony Scott Levandowski, as debtor and debtor in possession in the above-captioned chapter 11 case.

2. On February 10, 2022, I caused the following documents to be filed via the Court's Electronic Case Filing System:

- MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS APPROVING (I) THE SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC;(II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF (Docket No. 831)

- DECLARATION OF ALLEN SOONG IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS APPROVING (I) THE SETTLEMENT

BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC;(II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF (Docket No. 832)

- DECLARATION OF ANTHONY S. LEVANDOWSKI IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS APPROVING (I) THE SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC;(II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF (Docket No. 833)

3. On February 11, 2022, I also caused these documents to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

4. I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

5. I also caused these documents to be served by electronic mail on the following: thomas.walper@mto.com; john.berry@mto.com; alex.gorin@mto.com; andrew.lewis@mto.com; rvannest@keker.com; rmeny@keker.com; rmullen@keker.com; tgorman@keker.com; wjordan@keker.com; treeves@keker.com; izzy@ramseyehrlich.com; ALBK-KVP@keker.com.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this eleventh day of February, 2022, in San Francisco, California.

/s/ Dara L. Silveira
Dara L. Silveira

| IN RE: | CASE NO: 20-30242 |
|---|---|
| Anthony Scott Levandowski | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 831-2 |

On 2/11/2022, a copy of the following documents, described below,

Exhibit B ECF Docket Reference No. 831-2

Exhibit A 831-1

Exhibit C 831-3

MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS APPROVING (I) THE SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETW 831

Exhibit D 831-4

DECLARATION OF ANTHONY S. LEVANDOWSKI IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS (I) APPROVING SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT S 833

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/11/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dara L. Silveira
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WELLS FARGO PO BOX<br>10438 MAC F823502F<br>DES MOINES IA 50306-0438 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM700<br>KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | ASHLEY RUST ASSOC<br>322 EAST 19TH ST SUITE 4R<br>NEW YORK NY 10003-2852 |
| VICTORIA PACCHIANA<br>38 MILLER AVE<br>SUITE 20<br>MILL VALLEY CA 94941-1948 | CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | BAY CITIES REFUSE 2525 GARDEN<br>TRACT RD<br>RICHMOND CA 94801-1005 |
| VERIZON WIRELESS<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6704 | COMCAST<br>1485 BAYSHORE BLVD<br>SAN FRANCISCO CA 94124-4008 | CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTIONPO BOX 826203<br>SACRAMENTO CA 94230-0001 |
| US ATTORNEY<br>CIVIL DIVISION<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO CA 94102-3661 | FARMERS INSURANCE<br>670 WEST NAPA STREET<br>SUITE J<br>SONOMA CA 95476-6479 | DEPARTMENT OF JUSTICE<br>550 KEARNY ST 800<br>SAN FRANCISCO CA 94108-2512 |
| SIGNALARE<br>1655 OAK AVE<br>ST HELENA CA 94574-1723 | FINEMANN PR<br>530 BUSH STREET 403<br>SAN FRANCISCO CA 94108-3631 | FAWN PARK LLC<br>1655 OAK AVE<br>ST HELENA CA 94574-1723 |
| PROTECTOR BOATS SERVICE CENTER790<br>NATIONAL COURT<br>RICHMOND CA 94804-2008 | FRANCHISE TAX BOARD PERSONAL<br>BANKRUPTCY MS A340PO BOX 2952<br>SACRAMENTO CA 95812-2952 | INTERNAL REVENUE SERVICEPO<br>BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| REEVEMARK<br>261 MADISON AVE 6TH FL<br>NEW YORK NY 10016-2303 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 |
| PACIFIC GAS AND ELECTRIC COMPANYPO<br>BOX 997300<br>SACRAMENTO CA 95899-7300 | MCMANIS FAULKNER<br>50 WEST SAN FERNANDO ST 1000<br>SAN JOSE CA 95113-2415 | LL PROPERTY MANAGEMENT<br>212 CALEDONIA ST<br>SAUSALITO CA 94965-1927 |
| APPLE PAY<br>LOCKBOX 6112<br>PO BOX 7247<br>PHILADELPHIA PA 19170-6112 | HUSKY FINCO LLC<br>345 PARK AVENUE<br>NEW YORK NY 10154 | MARIN MUNICIPAL WATER<br>220 NELLEN AVE<br>CORTE MADERA CA 94925-1169 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NETWORK SOLUTIONS                STEFANIE OLSEN                   MARIN HORIZON SCHOOL
5335 GATE PARKWAY                                                 305 MONTFORD AVENUE
JACKSONVILLE CA 32256-3070       MILL VALLEY CA 94941             MILL VALLEY CA 94941-3370



MARIN HORIZON SCHOOL             WAYMO LLC                        KEVIN VOSEN ESQ
305 MONTFORD AVENUE              CO JEFFREY NARDINELLI            GENERAL COUNSEL
MILL VALLEY CA 94941-3370        QUINN EMANUEL URQUART  SULLIVAN LLP   WAYMO LLC
                                 50 CALIFORNIA STREET 22ND FLR    100 MAYFIELD
                                 SAN FRANCISCO CA 94111-4788      MOUNTAIN VIEW CA 94043



KENT WALKER ESQ
GENERAL COUNSEL
ALPHABET INC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW CALIFORNIA 94043
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>Anthony Scott Levandowski | CASE NO: 20-30242<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 832 |

On 2/11/2022, a copy of the following documents, described below,

DECLARATION OF ALLEN SOONG IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS (I) APPROVING SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; ECF Docket Reference No. 832

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/11/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dara L. Silveira
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA  94108

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WELLS FARGO PO BOX<br>10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | VICTORIA PACCHIANA<br>38 MILLER AVE<br>SUITE 20<br>MILL VALLEY CA 94941-1948 | VERIZON WIRELESS<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6704 |
| US ATTORNEY<br>CIVIL DIVISION<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO CA 94102-3661 | SIGNALARE<br>1655 OAK AVE<br>ST HELENA CA 94574-1723 | PROTECTOR BOATS SERVICE CENTER 790<br>NATIONAL COURT<br>RICHMOND CA 94804-2008 |
| REEVEMARK<br>261 MADISON AVE 6TH FL<br>NEW YORK NY 10016-2303 | PACIFIC GAS AND ELECTRIC COMPANY PO<br>BOX 997300<br>SACRAMENTO CA 95899-7300 | APPLE PAY<br>LOCKBOX 6112<br>PO BOX 7247<br>PHILADELPHIA PA 19170-6112 |
| NETWORK SOLUTIONS<br>5335 GATE PARKWAY<br>JACKSONVILLE CA 32256-3070 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM 700<br>KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 |
| COMCAST<br>1485 BAYSHORE BLVD<br>SAN FRANCISCO CA 94124-4008 | FARMERS INSURANCE<br>670 WEST NAPA STREET<br>SUITE J<br>SONOMA CA 95476-6479 | FINEMANN PR<br>530 BUSH STREET 403<br>SAN FRANCISCO CA 94108-3631 |
| FRANCHISE TAX BOARD PERSONAL<br>BANKRUPTCY MS A340 PO BOX 2952<br>SACRAMENTO CA 95812-2952 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | MCMANIS FAULKNER<br>50 WEST SAN FERNANDO ST 1000<br>SAN JOSE CA 95113-2415 |
| HUSKY FINCO LLC<br>345 PARK AVENUE<br>NEW YORK NY 10154 | STEFANIE OLSEN<br>MILL VALLEY CA 94941 | ASHLEY RUST ASSOC<br>322 EAST 19TH ST SUITE 4R<br>NEW YORK NY 10003-2852 |
| BAY CITIES REFUSE 2525 GARDEN<br>TRACT RD<br>RICHMOND CA 94801-1005 | CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION PO BOX<br>826203<br>SACRAMENTO CA 94230-0001 | DEPARTMENT OF JUSTICE<br>550 KEARNY ST 800<br>SAN FRANCISCO CA 94108-2512 |
| FAWN PARK LLC<br>1655 OAK AVE<br>ST HELENA CA 94574-1723 | INTERNAL REVENUE SERVICE PO<br>BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTUIT INC C O CORPORATION SERVICE<br>COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LL PROPERTY MANAGEMENT          MARIN MUNICIPAL WATER           MARIN HORIZON SCHOOL
212 CALEDONIA ST                220 NELLEN AVE                  305 MONTFORD AVENUE
SAUSALITO CA 94965-1927         CORTE MADERA CA 94925-1169      MILL VALLEY CA 94941-3370


MARIN HORIZON SCHOOL            KENT WALKER ESQ.                WAYMO LLC
305 MONTFORD AVENUE             GENERAL COUNSEL                 C/O JEFFREY NARDINELLI
MILL VALLEY CA 94941-3370       ALPHABET INC.                   QUINN EMANUEL URQUART & SULLIVAN LLP
                                1600 AMPHITHEATRE PARKWAY       50 CALIFORNIA STREET 22ND FLR.
                                MOUNTAIN VIEW CALIFORNIA 94043  SAN FRANCISCO CA 94111-4788


KEVIN VOSEN ESQ.
GENERAL COUNSEL
WAYMO LLC
100 MAYFIELD
MOUNTAIN VIEW CA 94043
```