**Exhibit A**

| Transferee | Transfer(s) | Source/Reference | Treatment | Status/Notes |
|---|---|---|---|---|
| 18231 Murphy Parkway, LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's Statement of Financial Affairs (Dkt. No. 17) ("SOFA") 11:27 | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| 250 Fawn Park, LLC (also listed as "Fawn Park" and "Fawn Park, LLC") | December 31, 2017: Debtor's interest<br>December 3, 2018: $29,000<br>March 1, 2019: $4,000<br>April 8, 2019: $4,000<br>May 6, 2019: $4,000<br>February 24, 2020: $25,280<br>February 24, 2020: $16,640 | SOFA 3:6<br>SOFA 3:7-8<br>Debtor's records | Preserve | Tolling agreement executed December 8, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit D. |
| Acorn Pacific Opportunities Fund, LP | April 16, 2019: Pensco Trust Company as custodian FBO Anthony Levandowski IRA purchase of limited partnership interest ($8.9 million) | Debtor's records | Preserve | Tolling agreement executed December 8, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit F. |
| American Endowment Foundation | December 30, 2016: $5,000,000<br>December 30, 2016: $2,000,000 | Debtor's records | Preserve | Tolling agreement executed December 8, 2021 and approved January 22, 2022. Docket No. 801-1, Exhibit I. |
| Anthony Scott Levandowski, as Trustee of the Anthony Levandowski Charitable Lead Annuity Trust | December 30, 2016: $5,000,000<br>December 30, 2016: $2,000,000 | Debtor's records | Preserve | Tolling agreement executed February 1, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit C. |

| Party | Transfers | Source | Recommendation | Notes |
|---|---|---|---|---|
| Apple Card GS Bank | January 2, 2020: $3,335.32<br>February 3, 2020: $15,092.91<br>March 2, 2020: $7,039.30<br>March 4, 2020: $17,552.91 | SOFA 3:6 | Do not pursue – materiality. | Potentially a preference, but strong ordinary course defense under 11 U.S.C. § 547(c)(2).<br><br>Total claim is $43,020.44; cost of prosecuting likely outweighs potential estate recovery. |
| Arguedas, Cassman, Headley & Goldman LLP | February 11, 2020: $57,725 | SOFA 3:6 | Preserve | Tolling agreement executed December 3, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit A. |
| Ashley Rust Associates | February 20, 2020: $114,000 | SOFA 3:6 | Preserve | Tolling agreement executed February 8, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit A. |
| Bayshore Tax & Consulting (formerly known as Holland & Associates CPAs, Inc.) | January 7, 2020: $3,436.50<br>March 4, 2020: $6,646 | SOFA 3:6 | Preserve | Tolling agreement executed February 4, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit B. |
| Bayshore Tax & Consulting (formerly known as Holland & Associates CPAs, Inc.) | March 4, 2020: $25,000 | SOFA 3:6 | Do not pursue – no colorable avoidance claim. | Retainer for postpetition services. Transfer not made on account of an antecedent debt. 11 U.S.C. § 547(b)(2). |
| Bismuth Trust | October 26, 2012: $525,000 | Debtor's records | Do not pursue – no colorable avoidance claim. | Statute of limitations issues; "self-settled trust" provisions of 11 U.S.C. § 548(e)(1) not applicable. |
| Beryllium Trust | December 28, 2012: $300,000<br>July 2, 2013: $2,292,203.66 | Debtor's records | Do not pursue – no colorable avoidance claim. | Statute of limitations issues; "self-settled trust" provisions of 11 U.S.C. § 548(e)(1) not applicable. |

| | | | |
|---|---|---|---|
| Centennial Commercial Finance Group | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |
| Chase Bank | December 23, 2019: $1,522.25<br>January 2, 2020: $785.21<br>February 3, 2020: $2,212<br>February 21, 2020: $2,393.67<br>March 2, 2020: $2,434.14 | SOFA 3:6 | Do not pursue – materiality. | Potentially a preference, but strong ordinary course defense under 11 U.S.C. § 547(c)(2).<br><br>Total claim is $9,347.27; cost of prosecuting likely significantly outweighs potential estate recovery. |
| Department of Justice | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in the course of criminal investigation. |
| Dwight Holdings LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's records | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Dwight Investco LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's records | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Dwight Mezz LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's records | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |

| Entity | Description | Source | Action | Notes |
|---|---|---|---|---|
| Dwight Mezz II LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's records | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Dwight Neun Owner, LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's records | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Dwight Partners, LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | SOFA 11:27 | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Fnumation Learning, Inc., formerly known as Home Studio Inc. | February 10, 2020: Simple Agreement for Future Equity ($250,000) | Debtor's records | Preserve | Tolling agreement executed January 31, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit D. |
| Garden Village Partners LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | SOFA 11:27 | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Gibson, Dunn & Crutcher LLP | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |

| | | | |
|---|---|---|---|
| Goodwin Procter LLP | March 4, 2020: $500,000 | SOFA 3:6 | Do not pursue – no colorable avoidance claim. | Retainer for postpetition services. Transfer not made on account of an antecedent debt. 11 U.S.C. § 547(b)(2). |
| Goodwin Procter LLP | February 12, 2020: $150,116.92 March 4, 2020: $288,725.68 | SOFA 3:6 | Preserve | Tolling agreement executed February 7, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit E. |
| Gorton, Thomas (Debtor's cousin) | May 6, 2019: $1,000 | SOFA 5:13 | Do not pursue – no colorable avoidance claim. | Debtor's debts are not primarily consumer debts, and the total value of the transfer is under $6,425. 11 U.S.C. § 547(c)(9). |
| Greenberg Glusker Fields Claman & Machtinger LLP | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |
| Hinton & Williams LLP | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |
| Husky Finco, LLC c/o Brickstone Mortgage Trust, Inc. | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |
| Hrove Inc. | December 5, 2017: Keep It Simple Securities note ($100,000) | Debtor's records | Preserve | Tolling agreement executed January 31, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit F. |

| Party | Transfers | Source | Recommendation | Notes |
|---|---|---|---|---|
| Keller Benvenutti Kim LLP | March 4, 2020: $35,000  Payments made from July 2019 through February 2020 total $163,440. As of the Petition Date, the retainer balance was $57,132. (SOFA 7:16) | Debtor's records  SOFA 11.28 | Do not pursue – no colorable avoidance claim. | Retainer for postpetition services. Transfer not made on account of an antecedent debt. 11 U.S.C. § 547(b)(2).  Financial statements provided in course of representation. |
| Keystone Private Market V, LP | n/a | SOFA 11:27 | Do not pursue – no known transfer. | The Debtor had a connection to this entity but there were no transfers during the avoidance period. |
| Legie, Glenda | 2016 - 2017: 25 small transactions aggregating to $13,103. | Debtor's records | Do not pursue – materiality. | Personal loan. Cost of prosecuting likely outweighs potential estate recovery. |
| Luhrs Property Management Inc. | December 20, 2019: $198  January 2, 2020: $6,200  January 21, 2020: $165  February 3, 2020: $6,200  February 21, 2020: $154  March 2, 2020: $6,200 | SOFA 3:6 | Do not pursue – materiality. | Potentially a preference, but strong ordinary course defense under 11 U.S.C. § 547(c)(2).  Total claim is $19,117; cost of prosecuting likely significantly outweighs potential estate recovery. |
| Luhrs Property Management Inc. | March 2, 2020: $6,200  March 4, 2020: $6,200  March 4, 2020: $6,200  March 4, 2020: $6,200 | SOFA 3:6 | Do not pursue – no colorable avoidance claim. | Prepayment of rent. Transfer not made on account of an antecedent debt. 11 U.S.C. § 547(b)(2). |
| Matrix Parent Network | May 28, 2018: 2004 Lexus LS 430 ($4,150) | SOFA 5:14 | Do not pursue – no colorable avoidance claim. | Transfer is not avoidable because it was a "charitable contribution" to a qualified charitable organization, the amount of which did not exceed 15% of the Debtor's gross annual income in 2018. 11 U.S.C. § 548(a)(2)(A). |

| | | | |
|---|---|---|---|
| Metroid Group, LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | SOFA 11:27 | Preserve | Entity no longer exists, but was merged with RAD Urban Inc., with whom a tolling agreement was executed on February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Miller, Randall (NGI Entity) | December 15, 2017: $3.4 million (loan) | Debtor's records | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Miller, Robert | August 1, 2018: Nonrecourse Promissory Note ($5,274,097.78) | Debtor's records | Preserve | Tolling agreement executed February 3, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit I. |
| Miller, Tom | February 3, 2020: The Debtor received $6,171,097 on account of a real estate interest with a potential value of +/- $8 million. | Debtor's records | Preserve or pursue | Tolling agreement discussions in progress. |

| | | | |
|---|---|---|---|
| Musick, Suzanna Levandowski, Stephen Suzanna Musick dba Signalare | Suzanna Musick<br>2016 - 2018: 25 bi-weekly transactions aggregating to $61,152.<br>March 21, 2019: $375,000;<br>March 22, 2019: $100,000;<br>July 1, 2019: $4,000;<br>August 1, 2019: $4,000;<br>August 1, 2019: $4,000;<br>August 29, 2019: $5,800<br>Suzanna Musick dba Signalare<br>March 2, 2020: $60,000;<br>March 4, 2020: $20,000<br>Stephen Levandowski<br>March 18, 2016: $3,243<br>June 7, 2016: $600<br>September 27, 2016: $4,000 | SOFA 3:6<br>SOFA 3:7-8<br>SOFA 11:28<br>Debtor's records | Preserve | Tolling agreement executed December 8, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit E.<br><br>Financial statements provided in course of representation as bookkeeper and tax assistant. |
| NGI East Bay Portfolio LLC (NGI Entity) | May 5, 2017: $8.25 million (investment)<br>March, 9, 2017 - May 5, 2017: loans aggregating $8 million | SOFA 11:27 | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| NeMO Building Systems LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's records | Preserve or pursue | Tolling agreement discussions in progress. |
| NGI Macarthur, LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | SOFA 11:27 | Preserve or pursue | Tolling agreement discussions in progress. |

| | | | |
|---|---|---|---|
| NGI Miller, LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Otto70 LLC | July 30, 2019: $30,000 | SOFA 3:6<br>SOFA 3:7-8 | Preserve | Tolling agreement executed December 3, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit B. |
| Otto Transport LLC | n/a | Amended Statement of Financial Affairs (Docket No. 73) ("Amended SOFA") 11:27 | Do not pursue – no known transfer. | The Debtor had an ownership interest in this entity but there were no transfers during the avoidance period. |
| Otto Trucking (fka 280 Systems) | n/a | SOFA 11:27 | Do not pursue – no known transfer. | The Debtor had an ownership interest in this entity but there were no transfers during the avoidance period. |
| Ottomotto, LLC (aka Ottomotto Inc.) | n/a | SOFA 11:27 | Do not pursue – no known transfer. | The Debtor had an ownership interest in this entity but there were no transfers during the avoidance period. |
| Pacchiana, Victoria | September 29, 2019: $25,589 (engagement ring);<br>September 30, 2019: $200;<br>January 6, 2020: $10,000;<br>January 6, 2020: $5,000;<br>February 12, 2020: $10,000;<br>February 13, 2020: $130,000 (Tesla);<br>March 4, 2020: $250,000;<br>March 4, 2020: $13,700;<br>March 4, 2020: $20,000 | SOFA 3:6<br>SOFA 3:7-8<br>SOFA 5:13 | Preserve | Tolling agreement executed December 3, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit C. |

| | | | |
|---|---|---|---|
| Paladin Management Group, LLC | February 24, 2020: $40,000<br><br>As of the Petition Date, the retainer balance was $26,681 (SOFA 7:16) | SOFA 11:28 | Preserve | Retainer for postpetition services. Transfer not made on account of an antecedent debt. 11 U.S.C. § 547(b)(2).<br><br>Financial statements provided in course of representation |
| Pokrovski, Andrei | November 30, 2018: $10,300 | Debtor's records | Do not pursue – materiality. | Personal loan to a friend, $6,800 of which has been repaid. Cost of prosecuting likely outweighs potential estate recovery. |
| Pronto.ai Inc.<br><br>(October 18, 2018 transfer was to Kache.ai, Pronto's original name. Both the October 18, 2018 and December 4, 2018 transfers were rolled into the SAFE note). | October 18, 2018: $500,000<br>December 4, 2018: $500,000<br>March 19, 2019: $3,580;<br>March 25, 2019: $50;<br>April 19, 2019: $200,000;<br>May 19, 2019: $100,000;<br>September 19, 2019: $300,000;<br>February 20, 2020: $3,002,000;<br>February 20, 2020: $5,541,690 | SOFA 3:6<br>SOFA 3:7-8<br>SOFA 11:27<br>Debtor's records | Preserve | Tolling agreement executed December 16, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit G. |
| R&D Build LLC<br>(NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | Debtor's records | Preserve or pursue | Tolling agreement discussions in progress. |
| R&D Employee Investco LLC<br>(NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | SOFA 11:27 | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |

| Entity | Date/Amount | Source | Action | Notes |
|---|---|---|---|---|
| RAD Oakland Investco LLC (NGI Entity) | March 16, 2016 - May 23, 2016: investments aggregating $4.9 million | SOFA 8:20 | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| RAD Urban Inc. (a/k/a RAD Construction aka RAD Urban) (NGI Entity) | December 7, 2017: $2.25 million (loan) | SOFA 11:27 SOFA 11:28 | Preserve | Tolling agreement executed February 10, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit G. |
| Ramsey & Ehrlich LLP | March 28, 2017: $50,000 March 31, 2017: $4,000,000 | Debtor's records | Do not pursue – no colorable avoidance claim. | Retainer for legal services; drawn down during the course of the representation. The Debtor received reasonably equivalent value. |
| Ramsey & Ehrlich LLP | March 3, 2020: $950,000 March 4, 2020: $200,000 | SOFA 11:28 | Do not pursue – no colorable avoidance claim. | Estate causes of action against Ramsey & Ehrlich LLP relating to these fees have been settled. See Docket Nos. 555-1, 580. |
| Reed Smith LLP | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |
| Ravemark LLC | December 17, 2019: $150,000 March 4, 2020: $50,000 | SOFA 3:6 | Preserve | Tolling agreement executed January 20, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit H. |
| RLF, Inc. (f/k/a Royse Law Firm) | December 4, 2019: $1,196 January 13, 2020: $10,097 February 11, 2020: $2,802.50 March 4, 2020: $10,000 | SOFA 3:6 | Preserve | Tolling agreement executed December 21, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit H. |

| Entity/Name | Transfer Details | Source | Recommendation | Notes |
|---|---|---|---|---|
| Robotic Infantry, LLC | n/a | Amended SOFA 11:27 | Do not pursue – no known transfer. | The Debtor had an ownership interest in this entity but there were no transfers during the avoidance period. |
| Schaal, Erica | 2016 - 2018: Approximately 80 small (~$2,000) transfers aggregating $175,000. July 19, 2017: $250,000. | Debtor's records | Do not pursue – no colorable avoidance claim. | Payments in connection with personal injury settlement for which the Debtor received reasonably equivalent value. |
| Sixteenth Street Medical Center, LLC (NGI Entity) | The Debtor has not found any cash transfers or investments with respect to this particular entity, but has preserved causes of action against all NGI Entities in an abundance of caution. | SOFA 11:27 | Preserve or pursue | Tolling agreement discussions in progress. |
| Stefanie A. Olsen Revocable Trust | April 11, 2016: $6,840,000 July 18, 2017: $5,500,000 2016 - 2018: Approximately 60 small (~$3,000) payments aggregating $197,000. | Debtor's records | Do not pursue – no colorable avoidance claim. | Domestic support payments made pursuant to Court-ordered settlement. |
| Stefanie A. Olsen Revocable Trust | July 1, 2019: $735 December 10, 2019: $90 December 18, 2019: $55 February 13, 2019: $23,380 April 10, 2019: $6,880 July 2, 2019: $10,320 | SOFA 3:6 SOFA 3:7-8 | Do not pursue – no colorable avoidance claim. | Transfers are a bona fide payment of a debt for a domestic support obligation. 11 U.S.C. § 547(c)(7) |
| Stonebriar Commercial Finance | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |
| Team L, LLC | n/a | Amended SOFA 11:27 | Do not pursue – no known transfer. | Dissolution by the Debtor approved on August 20, 2020. See Docket No. 231. Cancellation effective November 10, 2020. |

| | | | | |
|---|---|---|---|---|
| Tesla Motors | February 13, 2020: $131,285.63 | SOFA 3:6 | Do not pursue – materiality. | The transfer of the Tesla to Victoria Pacchiana, the Debtor's fiancée, already has been tolled in an agreement approved by the Court. See Docket No. 801-1, Exhibit C. Given that, despite the estate arguably having a claim against Tesla itself as a fraudulent transfer, the cost and difficulty of prosecuting the claim likely outweigh the benefit to the estate. |
| Toyota of Marin | September 17, 2018: $35,938 | Debtor's records | Preserve | Prius purchased for Pronto research; this transfer was rolled into the Pronto SAFE note, for which a tolling agreement was executed December 16, 2021 and approved January 17, 2022. Docket No. 801-1, Exhibit G. |
| Trimont Real Estate Advisors | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |
| Uber | n/a | SOFA 11:27 | Do not pursue – no known transfer. | The Debtor had a connection to this entity but there were no transfers during the avoidance period. |
| UBS AG | n/a | SOFA 11:28 | Do not pursue – no known transfer. | Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |

| | | | |
|---|---|---|---|
| Village Glen Oakland 1, LLC | February 3, 2020: The Debtor received $6,171,097 on account of a real estate interest with a potential value of +/- $8 million. | Debtor's records | Preserve or pursue – Tolling agreement discussions in progress. |
| Village Glen Plaza LLC | February 3, 2020: The Debtor received $6,171,097 on account of a real estate interest with a potential value of +/- $8 million. | Debtor's records | Preserve or pursue – Tolling agreement discussions in progress. |
| Way of the Future | January 3, 2018: $175,172 | Debtor's records | Do not pursue – materiality. Do not pursue. The transfer to Way of the Future did not come from the Debtor's bank account directly, but from the American Endowment Foundation ("AEF"), a donor advised fund that makes charitable contributions from the income on the Debtor's Charitable Lead Annuity Trust. The Court already has approved a tolling agreement with AEF. See Docket No. 801-1, Exhibit I. The deadline for avoiding the transfer from AEF to Way of the Future, with Way of the Future as a subsequent transferee, is one year following avoidance of the AEF transfer. 11 U.S.C. § 550(f)(1). |
| Westbrook Properties | n/a | SOFA 11:28 | Do not pursue – no known transfer. Financial statement provided in connection with RAD Urban investment; no transfer or colorable avoidance claim. |

| Zeev Ventures IV, L.P. | August 1, 2018: Unit Purchase Agreement ($11,938,346.66) | Debtor's records | Preserve | Tolling agreement executed February 2, 2022 and approved February 14, 2022. Docket No. 844-1, Exhibit J. |