**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

*Attorneys for Anthony S. Levandowski,
Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF DARA L. SILVEIRA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED EXHIBITS TO MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE COMBINED PLAN AND DISCLOSURE STATEMENT FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES; AND (III) SETTING CONFIRMATION HEARING AND THE DEADLINE FOR FILING OBJECTIONS THERETO** |

I, Dara L. Silveira, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the firm Keller Benvenutti Kim LLP, a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108, counsel to Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case").

2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein, and could and would testify competently thereto.

3. I submit this declaration in support of the Debtor's *Administrative Motion to File Partially Redacted Exhibits to Motion for Entry of an Order (I) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; and (III) Setting Confirmation Hearing and the Deadline for Filing Objections Thereto* (the "Administrative Motion"), filed concurrently herewith. Through the Administrative Motion, the Debtor seeks to file a partially redacted Liquidation Analysis, which is Exhibit A the Combined Plan and Disclosure Statement, filed concurrently with the *Motion for Entry of an Order (I) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; and (III) Setting Confirmation Hearing and the Deadline for Filing Objections Thereto* (the "Motion"). The Debtor also seeks to file a partially redacted GUC Ballot, which is attached as **Exhibit C** to the Motion.

4. Uber has requested that the Uber Settlement Payment (as defined in the Plan) be kept confidential. The Liquidation Analysis necessarily indicates the amount of the Uber Settlement Payment as well as other claim amounts that could be used to work backwards to calculate the amount of the Uber Settlement Payment. The GUC Ballot includes information regarding the percentage of the Google Claim that Google will receive; this percentage could be used to calculate the amount of the Uber Settlement Payment. Uber has requested that the amount of the Uber Settlement Payment be kept confidential. Accordingly, these amounts all have been redacted.

5. The Court permitted redactions of the Uber Settlement Payment and any numbers that might be used to reverse calculate it in connection with the filing of the 9019 Motion.

Dated: February 23, 2022          **KELLER BENVENUTTI KIM LLP**

By: /s/ Dara L. Silveira
       Dara L. Silveira

*Attorneys for the Debtor in Possession*