**Exhibit H**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>                              Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11 |

| | |
|---|---|
| **DATE:** | March [•], 2022 |
| **TO:** | Holder of Google Claim – Class 2<br>Holders of General Unsecured Claims – Class 3 |
| **FROM** | Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") |
| **RE:** | **SOLICITATION OF COMBINED CHAPTER 11 PLAN AND DISCLOSURE STATEMENT** |

      The Debtor is pleased to propose the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated February 23, 2022* (as may be amended or modified, the "Plan"),[1] for which your vote is being solicited.

**Why You Are Receiving This Solicitation Package**

      You are receiving this letter and attached materials because you are the holder of a Class 2 or Class 3 claim against the Debtor and therefore are entitled to vote on the Plan.

**What You Are Receiving**

      The enclosed materials (the "Solicitation Package") are being provided to enable you to vote on the Plan. The Solicitation Package consists of:

1. the Plan, including all exhibits thereto;

2. a Ballot for holders of claims in Classes entitled to vote, including instructions set forth therein regarding how to complete the Ballot;

3. a Ballot return envelope; and

4. notice of dates and deadlines.

---

[1] Capitalized terms used but no otherwise defined herein shall have the meaning ascribed to them in the Plan.

If your Solicitation Package does not contain all of the above documents, please contact the Balloting Agent at hrobertsdonnelly@kbkllp.com.

**What Actions You Need to Take**

1. Locate and complete your Ballot included within this Solicitation Package.

2. You may submit your Ballot to the Balloting Agent at the following address:

     Keller Benvenutti Kim LLP
     650 California Street, 19th Floor
     San Francisco, CA  94108
     Attn:  Hadley Roberts-Donnelly
     Email: hrobertsdonnelly@kbkllp.com

Ballots may be submitted (i) electronically in portable document format, or "pdf", or (ii) physically, by mail or by overnight delivery.

*For your vote to be counted, the Balloting Agent must actually receive your Ballots on or before April 12, 2022, at 4:00 p.m. (Pacific Time).  Except as otherwise ordered by the Bankruptcy Court, you may not change your vote once a ballot is delivered.*

3. The Plan provides a comprehensive description of the classification and treatment of your claim under the Plan.  You should review these documents in their entirety before you vote.  You may wish to seek legal advice concerning the terms and conditions of the Plan and the classification and treatment of your claim under the Plan.  The Court has fixed the following deadlines relating to the Plan:

| | |
|---|---|
| Deadline for Objections to the Plan: | April 12, 2022 at 4:00 p.m. (Pacific Time) |
| Deadline by which Ballots must be received by the Balloting Agent: | April 12, 2022 at 4:00 p.m. (Pacific Time) |
| Confirmation Hearing | April 19, 2022 at __ _.m (Pacific Time) |

**Recommendation**

The Debtor believes that the Plan offers you the best recovery on your Claim, and therefore strongly recommends that you vote in favor of the Plan.

**More Information or Help**

If you have any questions about submitting your Ballot, please contact the Balloting Agent at hrobertsdonnelly@kbkllp.com.  Any further questions should be directed to the Debtor's counsel, Keller Benvenutti Kim LLP, Attn:  Dara L. Silveira (dsilveira@kbkllp.com).