**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Anthony S. Levandowski,
Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**STIPULATION BETWEEN DEBTOR AND UBER TECHNOLOGIES, INC. REGARDING CONFIDENTIAL SETTLEMENT INFORMATION** |

Anthony Scott Levandowski, as debtor and debtor in possession, on behalf of himself and his bankruptcy estate (the "Debtor") in the above-captioned chapter 11 case, on the one hand, and Uber Technologies, Inc. ("Uber") on the other hand, by and through their respective counsel, hereby submit this Stipulation (the "Stipulation") approving the protective order attached hereto as **Exhibit 1** (the "Protective Order"). The Debtor and Uber are referred to in this Stipulation collectively as the "Parties," and each, a "Party." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On March 4, 2020, the Debtor filed a voluntary petition for relief, thereby commencing the above-captioned case (the "Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

B. On February 10, 2022, the Debtor entered into a settlement agreement with Uber and Google LLC ("Google") pursuant to which the parties agreed that Uber would pay a certain amount directly to Google in exchange for, among other things, Google's reduction of its claims against the Debtor's estate. The Debtor, Uber, and Google agreed to keep the amount of Uber's payment to Google confidential, with approval of the Court.

C. The Court authorized the filing of the *Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) And Fed. R. Bankr. P. 9019 For Entry Of Orders Approving (I) the Settlement Between the Debtor, Uber Technologies, Inc., and Google LLC; (II) The CLAT Settlement; (III) The Plan Support Agreement Between the Debtor and Google; and (IV) Granting Related Relief* [Dkt. No. 831] (the "Settlement Motion") with the Confidential Information, as defined in the Protective Order, redacted.

D. Certain of the Debtor's creditors have requested unredacted copies of the Settlement Motion, which the Parties are prepared to provide subject to compliance with the terms of the Protective Order.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT**:

1. The Protective Order is approved.

2. A person holding a claim (as defined in section §101(5) of the Bankruptcy Code) against the Debtor may receive Confidential Information as defined in the Protective Order upon execution of the *Acknowledgement and Agreement To Be Bound* attached to the Protective Order.

3.  This Stipulation shall be binding on the Parties and each of their successors in interest.

4.  This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof

5.  This Stipulation shall be governed by and interpreted under Federal law unless clearly inapplicable, in which case California law shall govern this Stipulation without regard to any conflicts-of-laws principles.

6.  The Bankruptcy Court shall have sole and exclusive jurisdiction to interpret or resolve any disputes relating to this Stipulation.

7.  This Stipulation may be signed in counterparts, including by facsimile, each of which shall be deemed an original, and all of which taken together shall constitute one and the same document.

Dated:  February 24, 2022  **KELLER BENVENUTTI KIM LLP**

By: /s/ Dara L. Silveira
Dara L. Silveira

*Attorneys for Anthony S. Levandowski, Debtor and Debtor in Possession*

Dated:  February 24, 2022  **JENNER & BLOCK LLP**

By: /s/ Catherine L. Steege
Catherine L. Steege

*Attorneys for Uber Technologies, Inc.*