**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF ANTHONY S. LEVANDOWSKI IN FURTHER SUPPORT OF MOTION FOR ORDER APPROVING (I) DEBTOR'S ENTRY INTO CERTAIN TOLLING AGREEMENTS AND (II) THE TOLLING AGREEMENT PROCEDURES**<br><br>Date: March 3, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102 |

I, Anthony S. Levandowski, hereby declare pursuant 28 U.S.C. § 1746:

1. I am the debtor and debtor in possession in the above-captioned chapter 11 case.

2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein, and could and would testify competently thereto.

3. I submit this declaration in further support of the *Motion for Order Approving (I) Debtor's Entry Into Certain Tolling Agreements and (II) the Tolling Agreement Procedures* [Docket No. 737] (the "Motion").

### Bismuth and Beryllium Trusts

4. On or about October 23, 2012, I made a Declaration of Trust creating the Bismuth Trust, an Alaska Trust. My children are the sole beneficiaries of the Bismuth Trust. I am not a beneficiary.

5. On or about December 4, 2012, I made a Declaration of Trust creating the Beryllium Trust, an Alaska Trust. My children are the sole beneficiaries of the Beryllium Trust. I am not a beneficiary.

6. On or about October 26, 2012, I transferred $525,000 from an account I maintained at Charles Schwab to the Bismuth Trust.

7. On or about December 28, 2012, I transferred $300,000 from an account I maintained at Charles Schwab to the Beryllium Trust.

8. On or about July 2, 2013, I caused a distribution of $2,292,203.66 I received from the sale of a building at 1223 16th Street in Santa Monica—in which I had invested through Nautilus Group Inc.—to be transferred to the Beryllium Trust.

9. I am informed and believe that because I am not a beneficiary of either the Bismuth Trust or the Beryllium Trust, the transfers discussed in paragraphs 6-8 are not subject to avoidance under section 548(e)(1) of the Bankruptcy Code. I am further informed and believe that these transfers occurred outside of the avoidance periods under sections 547 and 548(a) of the Bankruptcy Code.

### Luhrs Property Management

10. Luhrs Property Management ("Luhrs") is the landlord for my residence in Sausalito, California. My monthly rent in 2020 was $6,200. Accordingly, the payments I made to Luhrs in that amount on January 2, 2020, February 3, 2020, and March 2, 2020 were my regular monthly rent payments.

11. Various small transfers ($198 on December 20, 2019, $165 on January 21, 2020, and $154 on February 21, 2020) erroneously were attributed to Luhrs in my Statement of Financial affairs and thus in the Prepetition Transfers Chart filed in support of the Motion. These miscellaneous charges were not paid to Luhrs and do not relate to rent.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this twenty-fourth day of February, 2022, in Sausalito, California.

*/s/ Anthony S. Levandowski*
Anthony S. Levandowski