**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> ANTHONY SCOTT LEVANDOWSKI, <br><br> Debtor. | Bankruptcy Case No. 20-30242 (HLB) <br><br> Chapter 11 <br><br> **CERTIFICATE OF SERVICE** |

I, Dara L. Silveira, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Keller Benvenutti Kim LLP, a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108, counsel to Anthony Scott Levandowski, as debtor and debtor in possession in the above-captioned chapter 11 case.

2. On March 1, 2022, I caused the following documents to be filed via the Court's Electronic Case Filing System:

- SUPPLEMENTAL DISCLOSURES IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS APPROVING (I) THE SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF

- SUPPLEMENTAL DECLARATION OF ALLEN SOONG IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) AND FED. R.

1. BANKR. P. 9019 FOR ENTRY OF ORDERS (I) APPROVING SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF;

- ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED EXHIBIT TO SUPPLEMENTAL DECLARATION OF ALLEN SOONG IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS (I) APPROVING SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF;

- DECLARATION OF DARA L. SILVEIRA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE PARTIALLY REDACTED EXHIBIT TO SUPPLEMENTAL DECLARATION OF ALLEN SOONG IN SUPPORT OF MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) AND FED. R. BANKR. P. FOR ENTRY OF ORDERS (I) APPROVING SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF;

- EX PARTE MOTION TO REINSTATE HEARING ON MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) AND FED. R. BANKR. P. 9019 FOR ENTRY OF ORDERS APPROVING (I) THE SETTLEMENT BETWEEN THE DEBTOR, UBER TECHNOLOGIES, INC., AND GOOGLE LLC; (II) THE CLAT SETTLEMENT; (III) THE PLAN SUPPORT AGREEMENT BETWEEN THE DEBTOR AND GOOGLE; AND (IV) GRANTING RELATED RELIEF; DECLARATION OF TOBIAS S. KELLER IN SUPPORT THEREOF

3. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in the NEF as having received through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

4. I also caused these documents to be served by electronic mail on the following: thomas.walper@mto.com; john.berry@mto.com; alex.gorin@mto.com; andrew.lewis@mto.com; rvannest@keker.com; rmeny@keker.com; rmullen@keker.com; tgorman@keker.com; wjordan@keker.com; treeves@keker.com; izzy@ramseyehrlich.com; ALBK-KVP@keker.com.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this first day of March, 2022, in San Francisco, California.

                                              */s/ Dara L. Silveira*
                                              Dara L. Silveira