Is this transcript for an appeal? If yes, an Expedited transcript is required.   Yes   No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):**  **Chapter**  **Case Number:**

**Adversary Proceeding Name:**

**Adversary Proceeding Number:**
**(or Miscellaneous Proceeding Number)**

vs.  **Plaintiff(s),**

**Defendant(s).**

**Date of Hearing:**  **Time of Hearing:**

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:**  **Hearing Location:**

**Transcriber:**  **Alternate Transcriber:**

**Type of Transcript:**
- Ordinary (30 Days)
- 14 Days
- Expedited (7 Days)
- Daily (24 Hours)

- Entire Hearing
- Testimony of Witness
- Other/Special Instructions:

- Ruling/Opinion Portion Only

Name of Witness

**Name of Person(s) Ordering Transcript:**  **Mailing Address (include law firm name, if any):**

**Contact Person:**

**Phone Number:**  **Email Address:**

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:**

**Transcription Information Sent to Transcriber By:**   TDS   Other:

Time Start:   Time End:   Time Start:   Time End:

Time Start:   Time End:   Time Start:   Time End:

ECRO:   Court Division:   Processed By:

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019