Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kmclaughlin@jenner.com

*Counsel for Uber Technologies, Inc.*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**UBER TECHNOLOGIES, INC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEBTOR'S RULE 9019 MOTION** |

[Page content redacted]

[Page content redacted]

[Page content fully redacted]

[Page fully redacted]

[Page fully redacted]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Case: 20-30242 Doc# 883 Filed: 03/09/22 Entered: 03/09/22 11:50:18 Page 7 of 17

[Page fully redacted]

[Page content fully redacted]

[Page content fully redacted]

[Page contents redacted]

[Page contents redacted]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

[Page contents redacted]

[Page content redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [redacted]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

Dated: March 9, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By *<u>/s/ Debra I. Grassgreen</u>*
Debra I. Grassgreen
Miriam Manning
—and—
JENNER & BLOCK LLP
David J. Bradford
Terri L. Mascherin
Catherine Steege
Katharine R. McLaughlin

*Counsel for Uber Technologies, Inc.*