Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kmclaughlin@jenner.com

*Counsel for Uber Technologies, Inc.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>            Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF CATHERINE STEEGE IN SUPPORT OF UBER TECHNOLOGIES, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEBTOR'S RULE 9019 MOTION** |

I, Catherine Steege, hereby declare as follows:

[Paragraphs 2–23 redacted]

I declare under the penalty of perjury that the statements included in this Declaration are true and correct. Executed on this 9th day of March 2022 in Chicago, Illinois.

*/s/ Catherine Steege*
Catherine Steege

# EXHIBIT A





# EXHIBIT B







# EXHIBIT C





