# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** Anthony Scott Levandowski

**Chapter** 11

**Case Number:** 20-30242

**Adversary Proceeding Name:**

_____
vs.                          **Plaintiff(s),**

**Adversary Proceeding Number:**
**(or Miscellaneous Proceeding Number)**

_____
**Defendant(s).**

**Date of Hearing:** 3/10/2022
(Complete a SEPARATE form for EACH hearing date)

**Time of Hearing:** 10:30 am

**Hearing Judge:** Blumenstiel

**Hearing Location:** San Francisco Courtroom 19

**Transcriber:** Palmer Reporting Services

**Alternate Transcriber:** _____

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☐ Expedited (7 Days)
- ☑ Daily (24 Hours)
- ☒ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

_____ Name of Witness

**Name of Person(s) Ordering Transcript:** Miriam Manning

**Contact Person:** Oliver Carpio

**Phone Number:** 415.203.7066

**Mailing Address (include law firm name, if any):**
Pachulski Stang Ziehl & Jones LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020

**Email Address:** ocarpio@pszjlaw.com

## THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS   ☐ Other: _____

Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

ECRO: _____   Court Division: _____   Processed By: _____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019