**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Anthony S. Levandowski,
Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF FILING OF (A) REDLINE COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN; (B) REVISED PROPOSED ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE COMBINED PLAN AND DISCLOSURE STATEMENT FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES; AND (III) SETTING CONFIRMATION HEARING AND THE DEADLINE FOR FILING OBJECTIONS THERETO (THE "<u>MOTION</u>"); AND (C) REDLINE EXHIBITS TO THE MOTION**<br><br>[Relates to Docket Nos. 859, 861, and 909] |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on February 23, 2022, the Debtor filed the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated February 23, 2022* [Docket No. 861] (the "Original Plan").

**PLEASE TAKE FURTHER NOTICE** that on March 18, 2022, the Debtor filed the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* [Docket No. 909] (the "Revised Plan").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a redline comparison of the Revised Plan against the Original Plan.

**PLEASE TAKE FURTHER NOTICE** that on February 23, 2022, the Debtor filed the *Motion for Entry of an Order (I) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; and (III) Setting Confirmation Hearing and the Deadline for Filing Objections Thereto* [Docket No. 859 (the "Motion").[1] Continued hearings on the Motion were held on March 10, 2022 and March 11, 2022. A further continued hearing on the Motion is scheduled for **March 31, 2022 at 9:00 a.m. (Pacific Time)** before Honorable Hannah Blumenstiel, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order with respect to the relief sought therein was attached as Exhibit 1 to the Motion (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2-1** and **Exhibit 2-2**, respectively, are copies of a revised proposed order approving the Motion, (the "Revised Proposed Order") and a redline comparison of the Revised Proposed Order against the Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 3** is a compilation of redline comparisons showing changes to the documents originally attached as exhibits to the Motion.[2] Clean versions of these documents are attached as exhibits to the Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov or (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

//

//

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

[2] Solicitation Packages, Ballots, Tabulation Procedures, Notice of Non-Voting Status, the Confirmation Hearing Notice, and the Solicitation Package Cover Letter.

Dated: March 18, 2022

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Anthony S. Levandowski,
Debtor and Debtor in Possession*