1

**Exhibit 2-1**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **KELLER BENVENUTTI KIM LLP**
   TOBIAS S. KELLER (Cal. Bar No. 151445)
2  (tkeller@kbkllp.com)
   DARA L. SILVEIRA (Cal. Bar No. 274923)
3  (dsilveira@kbkllp.com)
   650 California Street, Suite 1900
4  San Francisco, California  94108
   Telephone: (415) 496-6723
5  Facsimile: (650) 636-9251

6  *Attorneys for Anthony S. Levandowski,*
   *Debtor in Possession*
7

8             UNITED STATES BANKRUPTCY COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11                              │ Bankruptcy Case No. 20-30242 (HLB)

12                              │ Chapter 11

13                              │ **[PROPOSED] ORDER GRANTING
                                │ DEBTOR'S MOTION FOR ENTRY OF**
14  In re:                      │ **AN ORDER (I) CONDITIONALLY
                                │ APPROVING THE COMBINED PLAN**
15  ANTHONY SCOTT LEVANDOWSKI,  │ **AND DISCLOSURE STATEMENT
                                │ FOR SOLICITATION PURPOSES**
16              Debtor.         │ **ONLY; (II) ESTABLISHING
                                │ SOLICITATION AND VOTING**
17                              │ **PROCEDURES; AND (III) SETTING
                                │ CONFIRMATION HEARING AND**
18                              │ **THE DEADLINE FOR FILING
                                │ OBJECTIONS THERETO**
19

20

21

22

23

24

25

26

27

28

This matter coming before the Court on the *Motion for Entry of an Order (I) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; and (III) Setting Confirmation Hearing and the Deadline for Filing Objections Thereto* [Docket No. 859] (the "Motion")[1] filed by Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"); the Court having reviewed the Motion and the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* (as may be amended or modified, the "Plan" or "Disclosure Statement" as the context requires) and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Solicitation Procedures are approved.

3.      The Solicitation Packages attached hereto as Exhibit A are approved in all respects, including the solicitation cover letter attached hereto as Exhibit B.

4.      The forms of Ballots attached hereto as Exhibit C and Exhibit D are approved in all respects.

5.      The Notice of Non-Voting Status attached hereto as Exhibit E is approved in all respects.

6.      The Disclosure Statement is tentatively approved.  Any objections to the final approval of the Disclosure Statement are expressly reserved for consideration at the Confirmation Hearing.

7.      The Confirmation Hearing Notice attached hereto as Exhibit F is approved in all respects.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

8. The Solicitation Package and Notice of Non-Voting Status shall be sent for distribution not later than **April 4, 2022.**

9. Ballots must be received on or before **April 15, 2022 at 4:00 p.m. (Pacific Time)** in accordance with the instructions on the applicable Ballot, unless extended by the Debtor in writing.

10. The Plan Supplement must be filed on or before **April 15, 2022.**

11. The Tabulation Procedures attached hereto as Exhibit G are approved in all respects. Any Rule 3018 Motion must be filed with the Court, together with proof of service thereof, and served on counsel for the Debtor so as to be received by **April 12, 2022 at 4:00 p.m. (Pacific Time)**. Any Rule 3018 Motion not filed and served as set forth above might not be considered by the Court. Any objection to a Rule 3018 Motion must be filed by no later than **April 18, 2022**.

12. Any Confirmation Objection must: (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim of such party; and (iii) be filed with the Court no later than **4:00 p.m. (Pacific Time) on April 15, 2022**. The Debtor may file a consolidated reply to any such objection(s) no later than **April 18, 2022**. Any objections not filed as set forth above might not be considered by the Court.

13. The Plan voting certification shall be filed by **April 18, 2022**.

14. The Confirmation Hearing shall be held on **April 21, 2022 at 11:00 a.m. (Pacific Time)** or as soon thereafter as counsel can be heard, before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge via video or teleconference.

15. The Confirmation Hearing may be adjourned from time to time without further notice to creditors and other parties-in-interest by an announcement of the adjourned date at the Confirmation Hearing or any adjournment thereof or by an appropriate filing with the Court.

16. The Debtor is authorized to take or refrain from taking any action necessary or appropriate to implement the terms of and the relief granted in this Order without seeking further order of the Court.

1         17.     This Court shall retain jurisdiction over all matters related to or arising from the

2 Motion or the interpretation or implementation of this Order.

3                             ***** END OF ORDER *****

1

**Exhibit A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## THE SOLICITATION PACKAGE AND SOLICITATION PROCEDURES[1]

1.  No later than April 4, 2022, the Debtor will complete the mailing of Solicitation Packages by regular U.S. mail solely to (a) holders of claims in the Classes entitled to vote on the Plan, (b) the United States Trustee, and (c) any other necessary or appropriate agencies and/or representatives of the United States federal government (the "Federal Government") at the locations required by Bankruptcy Rule 2002(j).

2.  The Solicitation Packages will contain hard copies of the following:

    a.  the Cover Letter describing the contents of the Solicitation Package;

    b.  the Combined Plan and Disclosure Statement, including all exhibits thereto;

    c.  a Ballot for holders of claims in Classes entitled to vote, including instructions set forth therein regarding how to complete the Ballot;

    d.  a Ballot return envelope;

    e.  the order tentatively approving the Disclosure Statement; and

    f.  the Confirmation Hearing Notice.

3.  Solicitation Packages will not be provided to the Non-Voting Classes except upon express request to do so. Holders of Claims in the Non-Voting Classes under the Plan will receive only the order tentatively approving the Disclosure Statement, the Confirmation Hearing Notice, and the Notice of Non-Voting Status.

4.  The addresses used when mailing the Solicitation Packages will be as follows:

    a.  for persons or entities that have filed proofs of claim that are entitled to a Ballot under the Tabulation Rules, at the address provided on the face of the filed proof of claim;

    b.  for persons or entities that have not filed proofs of claim that are entitled to a Ballot under the Tabulation Rules, at the address on the Debtors' current service list or Schedules;

    c.  for the United States Trustee and the Federal Government, the addresses used for notice filed in accordance with Bankruptcy Rule 2002.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>                       Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11 |

| | |
|---|---|
| **DATE:** | April [•], 2022 |
| **TO:** | Holder of Google Claim – Class 2<br>Holders of General Unsecured Claims – Class 3 |
| **FROM** | Anthony Scott Levandowski, as debtor and debtor in possession (the "<u>Debtor</u>") |
| **RE:** | **SOLICITATION OF COMBINED CHAPTER 11 PLAN AND DISCLOSURE STATEMENT** |

The Debtor is pleased to propose the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* (as may be amended or modified, the "<u>Plan</u>" or "<u>Disclosure Statement</u>" as the context requires),[1] for which your vote is being solicited. The Court has tentatively approved the Disclosure Statement as containing information sufficient to permit creditors or interest holders to determine whether to approve or reject the Plan.

**Why You Are Receiving This Solicitation Package**

You are receiving this letter and attached materials because you are the holder of a Class 2 or Class 3 claim against the Debtor and therefore are entitled to vote on the Plan.

**What You Are Receiving**

The enclosed materials (the "<u>Solicitation Package</u>") are being provided to enable you to vote on the Plan. The Solicitation Package consists of:

1. the Plan, including all exhibits thereto;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Plan.

2. a Ballot for holders of claims in Classes entitled to vote, including instructions set forth therein regarding how to complete the Ballot;[2]

3. a Ballot return envelope;

4. the order tentatively approving the Disclosure Statement; and

5. the Confirmation Hearing Notice.

If your Solicitation Package does not contain all of the above documents, please contact the Balloting Agent at hrobertsdonnelly@kbkllp.com.

**What Actions You Need to Take**

1. Locate and complete your Ballot included within this Solicitation Package.

2. You may submit your Ballot to the Balloting Agent at the following address:

Keller Benvenutti Kim LLP
650 California Street, 19th Floor
San Francisco, CA 94108
Attn: Hadley Roberts-Donnelly
Email: hrobertsdonnelly@kbkllp.com

Ballots may be submitted (i) electronically in portable document format, or "pdf", or (ii) physically, by mail or by overnight delivery.

***For your vote to be counted, the Balloting Agent must actually receive your Ballots on or before April 15, 2022, at 4:00 p.m. (Pacific Time). Except as otherwise ordered by the Bankruptcy Court, you may not change your vote once a ballot is delivered. Do not file with or otherwise submit to the Bankruptcy Court your completed ballot.***

3. The Plan provides a comprehensive description of the classification and treatment of your claim under the Plan. You should review these documents in their entirety before you vote. You may wish to seek legal advice concerning the terms and conditions of the Plan and the classification and treatment of your claim under the Plan. The Court has fixed the following deadlines relating to the Plan:

| | |
|---|---|
| Deadline for Objections to Confirmation of the Plan and/or Final Approval of the Disclosure Statement: | April 15, 2022 at 4:00 p.m. (Pacific Time) |
| Deadline by which Ballots must be received by the Balloting Agent: | April 15, 2022 at 4:00 p.m. (Pacific Time) |
| Confirmation Hearing | April 21, 2022 at 11:00 a.m. (Pacific Time) |

---

[2] The Ballot you receive may include redacted information. Please contact the Balloting Agent at hrobertsdonnelly@kbkllp.com to execute the Protective Order necessary to view the unredacted information.

**Recommendation**

The Debtor believes that the Plan offers you the best recovery on your Claim, and therefore strongly recommends that you vote in favor of the Plan.

**More Information or Help**

If you have any questions about submitting your Ballot or about the Plan and/or Disclosure Statement more generally, please contact the Balloting Agent at hrobertsdonnelly@kbkllp.com.

1

**Exhibit C**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN DATED MARCH 18, 2022**

*CLASS 2 – GOOGLE CLAIM*

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS APRIL 15, 2022 AT 4:00 P.M. (PACIFIC TIME)**

---

This Ballot is submitted to you to solicit your vote to accept or reject the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* (as may be amended or modified, the "Plan"), which is being proposed by the above-captioned debtor and debtor in Possession (the "Debtor") and which is described in the disclosure statement (the "Disclosure Statement") contained therein. On March [•], 2022, the Bankruptcy Court entered an order approving certain procedures and materials for the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures Order"). Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan may be made binding on you whether or not you vote if the Plan (a) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the claims in each impaired Class of claims who vote on the Plan; (b) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code; and (c) the Bankruptcy Court enters an order confirming the Plan. Even if the requisite acceptances are not obtained, however, the Bankruptcy Court may still confirm the Plan if the Bankruptcy Court finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

This Ballot is solely for purposes of voting to accept or reject the Plan. This Ballot is not for the purpose of allowance or disallowance of, or distribution on account of, the Google Claim in Class 2.

You may submit your Ballot to the Balloting Agent at the following address:

Keller Benvenutti Kim LLP
650 California Street, 19th Floor
San Francisco, CA 94108
Attn: Hadley Roberts-Donnelly
Email: hrobertsdonnelly@kbkllp.com

Ballots may be submitted (i) electronically in portable document format, or "pdf", or (ii) physically, by mail or by overnight delivery.

***For your vote to be counted, the Balloting Agent must actually receive your Ballots on or before April 15, 2022, at 4:00 p.m. (Pacific Time). Except as otherwise ordered by the Bankruptcy Court, you may not change your vote once a ballot is delivered. Do not file with or otherwise submit to the Bankruptcy Court your completed ballot.***

**PLEASE COMPLETE THE FOLLOWING:**

**Item 1**.　　**Amount of Class 2 Claim**. For purposes of voting to accept or reject the Plan, the undersigned certifies that the undersigned holds the Google Claim in Class 2 against the Debtor listed below in the amount set forth below.

| | |
|---|---|
| Claim Amount: | $_____ |
| Debtor: | Anthony Scott Levandowski |

**Item 2**.　　**Vote on the Plan**. The undersigned Holder of the Google Claim in Class 2 in the amount set forth in Item 1 above hereby votes to:

**Check one box only**:　　☐ **Accept** (vote FOR) the Plan
　　　　　　　　　　　　☐ **Reject** (vote AGAINST) the Plan

THE DEBTOR RECOMMENDS THAT YOU VOTE TO ACCEPT THE PLAN.

**Item 3**.　　**Acknowledgement**. By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

YOUR RECEIPT OF THIS BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

**Name of Holder:** _____
<div align="center">**(Print or Type)**</div>

**Signature:** _____

**Name of Signatory:** _____

**Title of Signatory:** _____

**Address:** _____

**Email Address**: _____

**Date Completed:** _____

If your address or contact information has changed, please note the new information here.

1

**Exhibit D**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN DATED MARCH 18, 2022**

*CLASS 3 – GENERAL UNSECURED CLAIMS*

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS APRIL 15, 2022 AT 4:00 P.M. (PACIFIC TIME)**

This Ballot is submitted to you to solicit your vote to accept or reject the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* (as may be amended or modified, the "Plan"), which is being proposed by the above-captioned debtor and debtor in Possession (the "Debtor") and which is described in the disclosure statement (the "Disclosure Statement") contained therein. On March [•], 2022, the Bankruptcy Court entered an order approving certain procedures and materials for the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures Order"). Capitalized terms used in this Ballot and the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan may be made binding on you whether or not you vote if the Plan (a) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the claims in each impaired Class of claims who vote on the Plan; (b) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code; and (c) the Bankruptcy Court enters an order confirming the Plan. Even if the requisite acceptances are not obtained, however, the Bankruptcy Court may still confirm the Plan if the Bankruptcy Court finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan; and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

This Ballot is solely for purposes of voting to accept or reject the Plan. This Ballot is not for the purpose of allowance or disallowance of, or distribution on account of, the General Unsecured Claims in Class 3.

You may submit your Ballot to the Balloting Agent at the following address:

Keller Benvenutti Kim LLP
650 California Street, 19th Floor
San Francisco, CA 94108
Attn: Hadley Roberts-Donnelly
Email: hrobertsdonnelly@kbkllp.com

Ballots may be submitted (i) electronically in portable document format, or "pdf", or (ii) physically, by mail or by overnight delivery.

***For your vote to be counted, the Balloting Agent must actually receive your Ballots on or before April 15, 2022, at 4:00 p.m. (Pacific Time). Except as otherwise ordered by the Bankruptcy Court, you may not change your vote once a ballot is delivered. Do not file with or otherwise submit to the Bankruptcy Court your completed ballot.***

**PLEASE COMPLETE THE FOLLOWING:**

**Item 1**.      **Amount of Class 3 Claim**. For purposes of voting to accept or reject the Plan, the undersigned certifies that the undersigned holds a General Unsecured Claim in Class 3 against the Debtor listed below in the amount set forth below.

| | |
|---|---|
| Claim Amount: | $_____ |
| Debtor: | Anthony Scott Levandowski |

**Item 2**.      **Vote on the Plan**. The undersigned Holder of the General Unsecured Claim in Class 3 in the amount set forth in Item 1 above hereby votes to:

      **Check one box only**:      ☐ **Accept** (vote FOR) the Plan
                                              ☐ **Reject** (vote AGAINST) the Plan

THE DEBTOR RECOMMENDS THAT YOU VOTE TO ACCEPT THE PLAN.

**Item 3.**      **Election**. The undersigned Holder of the General Unsecured Claim in Class 3 in the amount set forth in Item 1 above hereby elects to receive:

**Check one box only**:      ☐ (i) (a) Cash equal to ▮▮▮▮▮[1] of their Allowed Claims, plus (b) their shares, to be distributed Pro Rata with Distributions to the Holder of the Class 2 Google Claim, of net proceeds received from

---

[1] Please contact the Balloting Agent at hrobertsdonnelly@kbkllp.com to execute the Protective Order necessary to view the unredacted information.

the Residual Trust. If the proceeds paid from the Residual Trust to the holder of the Class 2 Google Claim exceeds $30 million, all additional net (after payment of costs and expenses) proceeds from the Residual Trust shall be paid to Holders of Allowed General Unsecured Claims until such claims are paid in full, without interest; or

☐ Payment of fifty percent (50%) of the Allowed amount of such Holder's Claim in cash on the Plan Effective Date.

A Holder of an Allowed General Unsecured Claim that does not elect its treatment shall be deemed to have elected option (ii) above.

**Item 4**. **Acknowledgement**. By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but is not timely submitted, does not indicate either acceptance or rejection of the Plan or indicates both an acceptance and rejection of the Plan, this Ballot will not be counted as having been cast.

YOUR RECEIPT OF THIS BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

| | |
|---|---|
| **Name of Holder:** _____ | |
| <div align="center">*(Print or Type)*</div> | |
| **Signature:** _____ | |
| **Name of Signatory:** _____ | |
| **Title of Signatory:** _____ | |
| **Address:** _____ | |
| **Email Address**: _____ | |
| **Date Completed:** _____ | |

If your address or contact information has changed, please note the new information here.

1                               **Exhibit E**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Anthony S. Levandowski,*
*Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF NON-VOTING STATUS** |

      **PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that on March 18, 2022, the Debtor filed the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* (as may be amended or modified, the "Plan" or "Disclosure Statement" as the context requires).

      **PLEASE TAKE FURTHER NOTICE** that by order dated March [•], 2022 (the "Solicitation Procedures Order"), the Bankruptcy Court tentatively approved the Disclosure Statement portion of the Plan as containing adequate information within the meaning of section 1125 of Bankruptcy Code and approved certain procedures (collectively, the "Solicitation Procedures") for the solicitation and tabulation of votes to accept or reject the Plan, and scheduled hearings on confirmation of the Plan.

      **PLEASE TAKE FURTHER NOTICE** that your Claim is in Class [•], which is unimpaired and thus deemed to have accepted the Plan. The Debtor is not required to provide voting materials to holders of Claims that are conclusively presumed to either accept or reject the Plan. Accordingly, you are receiving this Notice of Non-Voting Status for the Plan instead of voting materials containing the Plan.

**PLEASE TAKE FURTHER NOTICE** that if you wish to challenge the classification of your claim or interest, pursuant to Bankruptcy Rule 3018(a), you must file a motion (a "Rule 3018 Motion") for an order temporarily allowing your claim in an amount for purposes of voting and serve such motion on the parties listed below so that it is received by April 15, 2022. The request for relief sought in such Rule 3018 Motion will be heard at the Confirmation Hearing (as defined below). Rule 3018 Motions that are not timely filed and served in the manner as set forth above might not be considered.

**PLEASE TAKE FURTHER NOTICE** that on **April 21, 2022 at 11:00 a.m. (Pacific Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge via video or teleconference to consider final approval and confirmation of the Combined Plan and Disclosure Statement (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be adjourned from time to time, without further notice. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the final approval of the Disclosure Statement and/or confirmation of the Plan must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection; and (d) be filed with the Bankruptcy Court **no later than April 15, 2022 at 4:00 p.m. (Pacific Time)**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Bankruptcy Rule 3017(a), requests for copies of the Combined Plan and Disclosure Statement by parties in interest may be made in writing to counsel for the Debtor via email at hrobertsdonnelly@kbkllp.com.

Dated: March ___, 2022

**KELLER BENVENUTTI KIM LLP**

By: _/s/_____
Dara L. Silveira

*Attorneys for Anthony S. Levandowski, Debtor and Debtor in Possession*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit F</u>**

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Anthony S. Levandowski,*
*Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>                    Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF (I) TENTATIVE APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND/OR CONFIRMATION OF THE PLAN; AND (IV) DEADLINE FOR VOTING ON THE PLAN** |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on March 18, 2022, the Debtor filed the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* (as may be amended or modified, the "Plan" or "Disclosure Statement" as the context requires).

**PLEASE TAKE FURTHER NOTICE** that by order dated March [•], 2022 (the "Tentative Approval Order"), the Bankruptcy Court tentatively approved the Disclosure

Statement portion of the Plan as containing adequate information within the meaning of section 1125 of Bankruptcy Code. The Tentative Approval Order expressly reserves all parties' rights to raise objections to the final approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Tentative Approval Order, the Bankruptcy Court established **April 15, 2022 at 4:00 p.m. (Pacific Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, your original ballot must actually be received on or before the Voting Deadline by the Balloting Agent at the following address:

<div align="center">

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Hadley Roberts-Donnelly
Email: hrobertsdonnelly@kbkllp.com

</div>

Ballots may be submitted (i) electronically in portable document format, or "pdf", or (ii) physically, by mail or by overnight delivery, in either case so as to be **received** on or before the Voting Deadline.

**PLEASE TAKE FURTHER NOTICE** that certain Ballots include redacted information. Please contact the Balloting Agent at hrobertsdonnelly@kbkllp.com to execute the Protective Order necessary to view the unredacted information.

**PLEASE TAKE FURTHER NOTICE** that parties that did not receive a solicitation package and ballot are not entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE** that on **April 21, 2022 at 11:00 a.m. (Pacific Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge via video or teleconference to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be adjourned from time to time, without further notice. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to final approval of the Disclosure Statement and/or confirmation of the Plan must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection; and (d) be filed with the Bankruptcy Court **no later than April 15, 2022 at 4:00 p.m. (Pacific Time)**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Bankruptcy Rule 3017(a), requests for copies of the Combined Plan and Disclosure Statement by parties in interest may be made in writing to counsel for the Debtor via email at hrobertsdonnelly@kbkllp.com.

Dated: April __, 2022

**KELLER BENVENUTTI KIM LLP**

By: _/s/_
      Dara L. Silveira

*Attorneys for Anthony S. Levandowski,*
*Debtor and Debtor in Possession*

1

**Exhibit G**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## TABULATION PROCEDURES

### *Allowance and Disallowance of Claims for Voting Purposes*

1.       If a claimant wishes to challenge the classification of its Claim or the allowance of its Claim for voting purposes in accordance with the Tabulation Procedures, that claimant must file a motion pursuant to Bankruptcy Rule 3018(a) for an order temporarily allowing such claim in a different amount or classification for purposes of voting to accept or reject the Plan (a "Rule 3018 Motion") and serve such motion on counsel for the Debtor so as to be received by April 15, 2022 at 4:00 p.m. (Pacific Time). The request for relief sought in such Rule 3018 Motion will be heard at the Confirmation Hearing. Objections to any Rule 3018 Motion must be filed no later than April 18, 2022.

2.       If a Claim holder identifies a Claim amount on its Ballot that is less than the amount otherwise calculated in accordance with these Procedures, the Claim will be temporarily allowed for voting purposes in the lesser amount.

### *Rules for Counting Votes to Accept or Reject Plan*

Any ballot that is timely submitted electronically or received physically, that contains sufficient information to permit the identification of the claimant and that is cast as an acceptance or rejection of the Combined Plan and Disclosure Statement will be counted and will be deemed to be cast as an acceptance or rejection, as the case may be, of the Combined Plan and Disclosure Statement. If more than one Ballot is received from any given claimant, the Ballot stating the lower claim amount shall be counted. If the Ballots are substantively identical, the first-received Ballot shall be used.

The following ballots will not be counted or considered for any purpose in determining whether the Combined Plan and Disclosure Statement has been accepted or rejected:

- Any Ballot submitted electronically or received physically after the Voting Deadline, unless the Court grants an extension of the Voting Deadline with respect to such ballot;

- Any Ballot that is illegible or contains insufficient information to permit the identification of the claimant;

- Any Ballot cast by a person or entity that does not hold a Claim in a class that is entitled to vote to accept or reject the Combined Plan and Disclosure Statement;

- Any Ballot cast for a Claim designated as unliquidated, contingent or disputed or as zero or unknown in amount and for which no Rule 3018(a) motion has been filed by the Rule 3018(a) motion deadline;

- Any Ballot timely received that is cast in a manner that indicates neither acceptance nor rejection of the Combined Plan and Disclosure Statement or that indicates both acceptance and rejection of the Combined Plan and Disclosure Statement; or any unsigned ballot.

- Any Ballot submitted by an entity other than the claimant or its agent of record.