| | |
|---|---|
| 1 | **KELLER BENVENUTTI KIM LLP**<br>TOBIAS S. KELLER (Cal. Bar No. 151445) |
| 2 | (tkeller@kbkllp.com)<br>DARA L. SILVEIRA (Cal. Bar No. 274923) |
| 3 | (dsilveira@kbkllp.com)<br>650 California Street, Suite 1900 |
| 4 | San Francisco, California 94108<br>Telephone: (415) 496-6723 |
| 5 | Facsimile: (650) 636-9251 |
| 6 | *Attorneys for Anthony S. Levandowski,*<br>*Debtor and Debtor in Possession* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF (A) HEARING ON TENTATIVE APPROVAL OF DISCLOSURE STATEMENT PORTION OF DEBTOR'S COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN DATED MARCH 18, 2022 AND (B) CONTINUED HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) TENTATIVELY APPROVING THE COMBINED PLAN AND DISCLOSURE STATEMENT FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES; AND (III) SETTING CONFIRMATION HEARING AND THE DEADLINE FOR FILING OBJECTIONS THERETO**<br><br>Date: March 31, 2022<br>Time: 9:00 a.m. (Pacific Time)<br>Place: (Tele/Video Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 19, 16th Floor<br>      San Francisco, CA 94102<br><br>Objection Deadline: March 25, 2022 |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on February 23, 2022, the Debtor filed the *Motion for Entry of an Order (I) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; and (III) Setting Confirmation Hearing and the Deadline for Filing Objections Thereto* [Docket No. 859] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that an initial hearing on the Motion was held on March 11, 2022 before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that on March 18, 2022, the Debtor filed the *Debtor's Combined Disclosure Statement and Chapter 11 Plan Dated March 18, 2022* [Docket No. 909] (as may be amended or modified, the "Plan" or "Disclosure Statement" as the context requires).

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will consider tentative approval of the Disclosure Statement and will hold a **continued** hearing on the Motion on **March 31, 2022, at 9:00 a.m. (Pacific Time)** (the "Continued Hearing") before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any objections to tentative approval of the Disclosure Statement must be in writing and filed with the Bankruptcy Court **no later than March 25, 2022**. Untimely objections might not be considered.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov; (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; or (iii) by contacting the undersigned. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 18, 2022            **KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Anthony S. Levandowski,
Debtor and Debtor in Possession*