**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**GOODWIN PROCTER LLP**
BRETT M. SCHUMAN (Cal. Bar No. 189247)
(BSchuman@goodwinlaw.com)
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
(JFisher@goodwinlaw.com)
Three Embarcadero
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

*Attorneys for Anthony S. Levandowski,*
*Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO (I) DETERMINE TAX EFFECT OF SETTLEMENT PAYMENT OR, IN THE ALTERNATIVE, (II) FIND THE DEBTOR'S PLAN FEASIBLE WITHOUT RESERVING FOR TAXES THEREON (IRS/FTB)**<br><br>Date: April 21, 2022<br>Time: 11:00 a.m. (Pacific Time)<br>Place: (Tele/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102<br><br>**Objection Deadline:**<br>**April 1, 2022 at 4:00 p.m. (Pacific Time)** |

**PLEASE TAKE NOTICE** that on March 4, 2020 (the "Petition Date"), Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **April 21, 2022, at 11:00 a.m. (Pacific Time)** (the "Hearing") before the Honorable Hannah Blumenstiel, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Eighth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective December 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Hearing, the Bankruptcy Court is scheduled to hear the *Motion to (I) Determine Tax Effect of Settlement Payment or, in the Alternative, (II) Find the Debtor's Plan Feasible Without Reserving for Taxes Thereon (IRS/FTB)* (the "Tax Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor has filed a motion seeking to redact parts of the Tax Motion and to seal certain exhibits to the Fisher Declaration in support thereof. The Taxing Authorities (as defined in the Tax Motion) may contact counsel for the Debtor, Dara L. Silveira, Esq. (dsilveira@kbkllp.com) to arrange for execution of a non-disclosure agreement to view the documents.

**PLEASE TAKE FURTHER NOTICE** that any oppositions to the Tax Motion must be in writing and filed with the Bankruptcy Court **no later than April 1, 2022 at 4:00 p.m. (Pacific Time)**. If not timely opposition to the Tax Motion is filed, the Bankruptcy Court may deem the affected parties unopposed to the relief sought therein, will vacate the Hearing, and will enter an order consistent with the Tax Motion.

**PLEASE TAKE FURTHER NOTICE** that any reply in support of the Tax Motion must be in writing and filed with the Bankruptcy Court **no later than April 8, 2022**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Conditional Approval and Solicitation Procedures Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov; (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; or (iii) by contacting the undersigned. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: March 18, 2022 | **KELLER BENVENUTTI KIM LLP** |
| 2 | | By: */s/ Dara L. Silveira* |
| | | Dara L. Silveira |
| 3 | | |
| 4 | | *Attorneys for Anthony S. Levandowski, Debtor and Debtor in Possession* |