Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kmclaughlin@jenner.com

*Attorneys for Defendant*
*Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>Hon. Hannah L. Blumenstiel<br><br>**STIPULATION REGARDING WITHDRAWAL OF UBER TECHNOLOGIES, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEBTOR'S RULE 9019 MOTION [DKT 883] AND RESERVATION OF RIGHTS** |

Debtor Anthony Levandowski ("**Debtor**"), Uber Technologies, Inc. ("**Uber**"), and Google LLC ("**Google**"), by and through undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on March 9, 2022, Uber filed a Supplemental Memorandum In Support Of Debtor's Rule 9019 Motion [Dkt. 883] ("**Supplemental Brief**"), together with an administrative motion to file the entire Supplemental Brief under seal [Dkt. 882];

**WHEREAS**, the Supplemental Brief discusses Uber's view of (a) statements made at a sealed hearing in the above-captioned matter, (b) the terms of the settlement agreement among Debtor, Uber, and Google, and (c) certain discussions and negotiations leading up to the signing of the settlement agreement;

**WHEREAS**, at a sealed hearing on March 10, 2022, the Court stated that it would not seal the entire Supplemental Brief;

**WHEREAS**, both Google and Debtor have told Uber that they believe the Supplemental Brief was improperly filed and that they would move to strike the Supplemental Brief if not withdrawn and, if the Supplemental Brief was not stricken, would seek leave to file a response to it;

**WHEREAS**, the parties wish to avoid burdening the Court with disputes over the substance and confidentiality of the Supplemental Brief while reserving all of their arguments;

**NOW THEREFORE, IT IS THEREBY STIPULATED AND AGREED** by Debtor, Uber, and Google, through their undersigned counsel, as follows:

1. Subject to the court's approval of this stipulation, Uber hereby withdraws the Supplemental Brief without prejudice.

2. Google and Debtor agree that, by withdrawing the Supplemental Brief, Uber is not waiving any rights, claims, or objections of any kind, including those set forth in the Supplemental Brief, nor is Uber conceding Debtor's or Google's positions on those issues.

3. Uber agrees that, by entering into this Stipulation, Debtor and Google are not waiving any rights, claims, or objections of any kind, including with respect to the Supplemental Brief, nor are Debtor or Google conceding Uber's positions on the issues set forth in the Supplemental Brief.

4. This stipulation of withdrawal of the Supplemental Brief shall not be used to argue that Uber failed to timely assert the positions stated in the Supplemental Brief, but if Uber ever asserts that such positions were timely made, Debtor and Google retain the ability to make any desired arguments regarding the allegedly improper filing of that Supplemental Brief or such positions.

5. If necessary to establish that Uber took the positions it took in the Supplemental Brief, Uber may file the Supplemental Brief as an exhibit to establish that fact. Debtor and Google reserve all rights to respond as appropriate.

6. Debtor, Google, and Uber reserve all respective rights.

Dated: March 24, 2022                           GOODWIN PROCTER LLP

                                                By  */s/ Brett Schuman*
                                                    Brett Schuman
                                                    Jennifer Briggs Fisher
                                                    Andrew S. Ong

                                                    *Attorneys for Debtor and Debtor in Possession*
                                                    ANTHONY S. LEVANDOWSKI

Dated: March 24, 2022                           PACHULSKI STANG ZIEHL & JONES LLP

                                                By  */s/ Miriam Manning*
                                                    Debra I. Grassgreen
                                                    Miriam Manning

                                                    —and—

                                                    JENNER & BLOCK LLP
                                                    David J. Bradford
                                                    Catherine Steege
                                                    Terri L. Mascherin
                                                    Katharine R. McLaughlin

                                                    *Counsel for Uber Technologies, Inc.*

| | | | |
|---|---|---|---|
| 1 | Dated: March 24, 2022 | By: | /s/_____ |
| | | | John W. Berry |
| 2 | | | Thomas B. Walper |
| | | | Alexander S. Gorin |
| 3 | | | MUNGER, TOLLES & OLSON LLP |
| | | | 350 South Grand Avenue, Fiftieth Floor |
| 4 | | | Los Angeles, California 90071-3426 |
| | | | (213) 683-9100 |
| 5 | | | |
| | | | —and— |
| 6 | | | |
| | | | /s/_____ |
| 7 | | | KEKER, VAN NEST & PETERS LLP |
| | | | Rachael E. Meny |
| 8 | | | Thomas E. Gorman |
| | | | 633 Battery Street |
| 9 | | | San Francisco, California 94111-1809 |
| | | | (415) 391-5400 |
| 10 | | | |
| | | | *Counsel for Google LLC* |