**Exhibit A**

# REDACTED VERSION OF LIQUIDATION ANALYSIS

**In re Levandowski**
**Liquidation Analysis**

This schedule provides a summary of the Debtor's assets, the estimated value of such assets, and the realized value such assets that are available to the Debtor's Estate.

| Asset | Estimated Value as of 1/31/22 | Est. Realized Value under Plan as of 4/30/22 $ | % | Est. Realized Value under Ch. 7 liquidation as of 4/30/22 $ | % |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash and cash equivalents (including bank accts., CDs, ets.) | 481,280 | 340,000 | 71% | 340,000 | 71% |
| Accounts receivable (net) | 1,800 | 0 | 0% | 0 | 0% |
| Retainer(s) paid to professionals | 476,811 | 429,130 | 90% | 429,130 | 90% |
| **Total Current Assets** | **$959,892** | **$769,130** | **80%** | **$769,130** | **80%** |
| **Long Term Assets (Market Value)** | | | | | |
| Indemnification Claim | 179,523,572 | 2,000,000 | 1% | 1,000,000 | 1% |
| Furniture, Fixtures, and Equipment | 20,000 | 2,000 | 10% | 2,000 | 10% |
| Vehicles - non-exempt | 86,169 | 8,617 | 10% | 8,617 | 10% |
| Partnership interests | 15,563,293 | 2,249,806 | 14% | 2,249,806 | 14% |
| Notes Receivable Fawn Park | 720,000 | 400,000 | 56% | 400,000 | 56% |
| Other investments | 5,964,690 | 4,985,721 | 84% | 4,985,721 | 84% |
| Interests in IRA, Keogh, other retirement plans | 14,288,614 | 4,018,639 | 28% | 4,018,639 | 28% |
| CLAT | 8,077,564 | 7,785,421 | 96% | 7,785,421 | 96% |
| Notes Receivable | 14,676,104 | 1,279,467 | 9% | 1,279,467 | 9% |
| Avoidance Actions | 0 | 0 | 0% | 0 | 0% |
| **Total Long Term Assets** | **$238,920,006** | **$22,729,671** | **10%** | **$21,729,671** | **9%** |
| **Total Assets Available to Disburse** | **$239,879,897** | **$23,498,801** | **10%** | **$22,498,801** | **9%** |
| **Secured Claims** | ($2,100,000) | ($2,100,000) | 100% | ($2,100,000) | 100% |
| *Net Proceeds After Secured Claims* | | *$21,398,801* | | *$20,398,801* | |
| **Administrative and Priority Claims** | ($7,550,000) | ($7,550,000) | 100% | ($7,429,990) | 100% |
| *Net Proceeds After Administrative and Priority Claims* | | *$13,848,801* | | *$12,968,811* | |
| **Class 2 – Google Claim** | | | | | |
| Proceeds from Uber to Google | | ███████ | █ | N/A | - |
| Recovery Pari Passu with Class 3 | | ███████ | █ | N/A | - |
| **Total Google Claim** | (179,047,999) | ███████ | █ | (12,658,417) | 7% |
| **Class 3 – General Unsecured Claims** | (4,390,388) | ███████ | █ | (310,394) | 7% |
| **Class 4 – Levandowski Claims and Rights** | | █ | - | 0 | - |
| *Net Proceeds After Class 4 – Levandowski Claims and Rights* | | █ | | *$0* | |