Entered on Docket
March 31, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 31, 2022



_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 20-30242 HLB |
| ANTHONY SCOTT LEVANDOWSKI, | ) Chapter 11 |
| Debtor. | ) |

**ORDER TENTATIVELY APPROVING DEBTOR'S DISCLOSURE STATEMENT AND GRANTING IN PART AND DENYING IN PART DEBTOR'S SOLICITATION PROCEDURES MOTION**

This case came before the court on March 31, 2022 for a hearing to consider tentative approval of Debtor Anthony Levandowski's Disclosure Statement dated March 29, 2022[1] and for a continued hearing on Mr. Levandowski's Motion for Entry of an Order (I) Conditionally Approving Debtor's Combined Plan and Disclosure Statement for Solicitation Purposes Only; (II) Establishing Solicitation and Voting Procedures; and (III) Setting Confirmation Hearing and Deadlines for Filing Objections Thereto.[2] Appearances were as noted on the record.

As stated on the record at the March 31 hearing, Mr. Levandowski has complied with the court's Scheduling Order

---

[1] Dkt. 940 (the "Plan/DS").

[2] Dkt. 859 (the "Solicitation Procedures Motion").

issued March 11, 2022.³ Objections to tentative approval of Mr. Levandowski's Disclosure Statement were due no later than March 25, 2022; none have been filed.

For the reasons stated on the record, the court finds and concludes that the Disclosure Statement portion of Mr. Levandowski's Plan/DS sets forth adequate information as required by 11 U.S.C. § 1125(a)(1). Pursuant to Rules 3017(c) and (d) of the Federal Rules of Bankruptcy Procedure, the court **ORDERS** as follows:

**(A)** Mr. Levandowski's Disclosure Statement is hereby **TENTATIVELY APPROVED**;

**(B)** Mr. Levandowski's Solicitation Procedures Motion is hereby **GRANTED IN PART AND DENIED IN PART**, as follows:

**(1)** No later than **April 4, 2022**, Mr. Levandowski shall serve Solicitation Packages⁴ by first class mail, email, or electronic delivery through the court's CM/ECF system on the parties set forth in Exhibit A to the Solicitation Procedures Motion.

**(a)** Service of Solicitation Packages shall be made at the service addresses set forth in Exhibit A to the Solicitation Procedures Motion. Each creditor or interest holder must receive a unique Solicitation Package.

**(b)** To the extent the Solicitation Procedures Motion requests permission to serve multiple creditors/interest holders at the same address, it is hereby **DENIED.**

---

³ Dkt. 885.

⁴ As defined in the Solicitation Procedures Motion and as modified by this order.

**(c)** The Solicitation Procedures Motion is hereby **DENIED** to the extent it asks the court to declare that creditors whose Solicitation Packages were returned as undeliverable nonetheless received adequate notice of the Plan/DS and of their opportunity to object to final approval of the Disclosure Statement and/or to confirmation of the Plan. The court will address any allegations of inadequate notice at the hearing to consider final approval of the Disclosure Statement and confirmation of the Plan.

**(d)** Consistent with B.L.R. 3020-1(b), no later than **4:00 p.m. Pacific Time on April 18, 2022,** Mr. Levandowski shall file a certificate of service demonstrating compliance with Paragraph (B)(1) of this order.

**(e)** Solicitation Packages shall include:

**(i)** As to any Class[5] entitled to vote on the Plan:

**(aa)** A Cover Letter that conforms to Paragraph 2 of this order;

**(bb)** An unredacted copy of the Plan/DS with unredacted copies of all schedules and exhibits;

**(cc)** A notice of hearing to consider final approval of the Disclosure Statement and confirmation of the Plan that conforms to Paragraph 3 of this order (a "<u>Notice of Hearing</u>");

**(dd)** An appropriate form of ballot that conforms to Paragraph 4 of this order; **and**

**(ee)** A ballot return envelope.

---

[5] As defined in the Plan/DS.

**(ii)** As to any Non-Voting Class[6]:

**(aa)** A Notice of Non-Voting Status that conforms to Paragraph 5 of this order; **and**

**(bb)** A Notice of Hearing.

**(2)** The Cover Letter to be transmitted to the holders of any claims in a Class entitled to vote on the Plan (Exhibit H to the Solicitation Procedures Motion) shall be revised to:

**(a)** Include the Notice of Hearing among the items to be included in the Solicitation Package;

**(b)** Include an instruction *not* to send a completed ballot to the court;

**(c)** Include a statement advising recipients that the court has tentatively approved the disclosures in the Plan/DS as containing information sufficient to permit creditors to determine whether to accept or reject the plan;

**(d)** Explain that objections may pertain to final approval of the Disclosure Statement and/or to confirmation of the Plan; **and**

**(e)** Set forth the correct date, time, and location of the hearing to consider final approval of the Disclosure Statement and confirmation of the Plan.

**(3)** The Notice of Hearing shall conform to Exhibit F to the Solicitation Procedures Motion, except that the Notice of Hearing shall:

**(a)** State that the court will convene a hearing to consider final approval of the Disclosure Statement and

---

[6] As defined in the Solicitation Procedures Motion.

confirmation of the Plan on **April 21, 2022 at 11:00 a.m. Pacific Time**;

 **(b)** State that the April 21 hearing will convene via Zoom;

 **(c)** Include the language required by 8th Amended General Order 38;

 **(d)** State that objections to final approval of the Disclosure Statement and/or to confirmation of the Plan must be filed no later than **4:00 p.m. Pacific Time on April 15, 2022** and that untimely objections might not be considered;

 **(e)** State that any reply to any objections and/or a memorandum in support of final approval of the Disclosure Statement and confirmation of the Plan will be filed no later than **4:00 p.m. Pacific Time on April 18, 2022**;

 **(f)** State that the Voting Deadline[7] is **4:00 p.m. Pacific Time on April 15, 2022** and that only creditors who receive a ballot are entitled to vote on the Plan;

 **(g)** Delete the instructions for service of objections;

 **(h)** Correctly identify the version of the Plan/DS that will be considered at the April 21 hearing; **and**

 **(i)** Set forth the correct email address (see Solicitation Procedures Motion at page 10, line 26) for requesting complete copies of the Plan/DS.

 **(4)** Ballots shall conform to Exhibit B or C to the Solicitation Procedures Motion (as applicable), and shall:

---

[7] As defined in the Solicitation Procedures Motion.

1    **(a)** Include an instruction *not* to submit the ballot to
2    the court; **and**
3    **(b)** With respect to the form of ballot attached to the
4    Solicitation Procedures Motion as Exhibit C, be served in
5    unredacted form.
6    **(5)** The Notice of Non-Voting Status shall conform to
7    Exhibit E to the Solicitation Procedures Motion, except that it
8    shall:
9    **(a)** Delete the statement: "Rule 3018 Motions that are
10   not timely filed and served . . . will not be considered" and
11   state that the deadline for filing Rule 3018 Motions[8] is **4:00**
12   **p.m. Pacific Time on April 15, 2022;**
13   **(b)** Set forth the correct email address (see Solicitation
14   Procedures Motion at page 10, line 26) for requesting
15   Joshua_jamieson@canb.uscourcomplete copies of the Plan/DS;
16   **(c)** Correctly identify the version of the Plan/DS to be
17   considered at the April 21 hearing;
18   **(d)** State the correct date, time, and location of the
19   hearing to consider final approval of the Disclosure Statement
20   and confirmation of the Plan;
21   **(e)** Delete the instructions for service of any objections
22   to final approval of the Disclosure Statement and/or to
23   confirmation of the Plan; and
24   **(f)** Delete the fourth paragraph and replace it with
25   language that advises recipients of the Notice of Non-Voting
26
27
28   ---
     [8] As defined in Exhibit D to the Solicitation Procedures Motion.

Status that their claim is unimpaired and that therefore, they are deemed to have accepted the Plan.

(6) The notice by publication procedures set forth in the Solicitation Procedures Motion are hereby **APPROVED**.

(7) The Tabulation Procedures set forth in Exhibit D to the Solicitation Procedures Motion are hereby **APPROVED**, except that:

(a) Rule 3018 Motions must be filed no later than **4:00 p.m. Pacific Time on April 15, 2022;**

(b) Objections to any Rule 3018 Motions must be filed no later than **4:00 p.m. Pacific Time on April 18, 2022; and**

(c) In addition to the grounds for rejecting ballots set forth in the Tabulation Procedures, ballots may be rejected if: **(i)** more than one ballot is submitted by a single creditor; **or (ii)** the given ballot was submitted by an entity or individual other than the claimant or its agent of record (as described in the relevant proof of claim).

(8) Mr. Levandowski shall timely comply with B.L.R. 3020-1(a), (b), (c), (e), and (f). B.L.R. 3020-1(d) is obviated by the terms of this order.

(9) To the extent the Solicitation Procedures Motion asks the court to authorize Mr. Levandowski to make non-substantive modifications to the Solicitation Packages, the Notice of Hearing, correspondence, and other documents contemplated by the Solicitation Procedures Motion, it is hereby **DENIED**. Mr. Levandowski does not need the court's permission to make such modifications.

**\*\*END OF ORDER\*\***

## Court Service List

[None]