**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**DECLARATION OF TOBIAS S. KELLER IN SUPPORT OF DEBTOR'S MOTION TO (I) DETERMINE TAX EFFECT OF SETTLEMENT PAYMENT OR, IN THE ALTERNATIVE, (II) FIND THE DEBTOR'S PLAN FEASIBLE WITHOUT RESERVING FOR TAXES THEREON (IRS/FTB)** |

I, Tobias S. Keller, hereby declare pursuant 28 U.S.C. § 1746:

1. I am a partner of the firm of Keller Benvenutti Kim LLP (the "<u>Firm</u>"), a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108.

2. I submit this Declaration in support of the Debtor's Motion to (I) Determine Tax Effect of Settlement Payment or, in the Alternative, (II) Find the Debtor's Plan Feasible Without Reserving for Taxes Thereon (IRS/FTB) (the "<u>Tax Motion</u>") [Docket No. 917].

3. As indicated on the Court's docket, on March 18, 2022, the Tax Motion and

certain of its supporting papers were served on the Internal Revenue Service (the "IRS") and on the California Franchise Tax Board (the "FTB" and, with the IRS, the "Taxing Authorities").

4. On March 21, 2022, I spoke with Aixa Kassim for the IRS, and spoke with a person who answered the number of the person who filed a claim on behalf of the FTB, Kim Tho Nguyen. I explained the filing of the Tax Motion and that the movants sought to negotiate a protective order with the taxing authorities. Each of the IRS and FTB representatives advised me that they would forward my inquiry internally and respond to me soon.

5. On March 22, 2022, Sheila Navarrette of the FTB called me, and I repeated the presentation I made to the FTB the prior day.

6. On March 22, 2022, I sent emails to Ms. Kassim for the IRS and Ms. Navarrette of the FTB, confirming our calls. I wrote to Ms. Kassim at the IRS:

> Per our discussion, the debtor has filed and served on the IRS the Motion to (I) Determine Tax Effect of Settlement Payment or, In the Alternative, (II) Find the Debtor's Plan Feasible Without Reserving For Taxes Thereon (IRS/FTB). [Docket No. 917].

I sent a substantially identical email to Ms. Navarrette at the FTB on March 22.

7. On March 24, 2022, I spoke again with Ms. Kassim and Ms. Navarrette, reiterating the deadlines of the Tax Motion and discussing confidentiality issues. I sent each of Ms. Kassim and Ms. Navarrette a follow up email that stated, among other things:

> I am writing to follow up our conversation of this morning and my email from March 22, 2022 regarding the Debtor (Anthony Levandowski's) Motion to (I) Determine Tax Effect of Settlement Payment or, In the Alternative, (II) Find The Debtor's Plan Feasible Without Reserving For Taxes Thereon (IRS/FTB). [Docket No. 917]. We have served those materials by mail, but if you have not yet received them, I can provide them electronically as well. Should the [Taxing Authority] wish to respond, as the materials note, the response is due April 1, 2022.

8. On March 25, 2022, I received a call from and spoke with Cara Porter, an attorney in the California Attorney General's office, about the Tax Motion. Ms. Porter had the Tax Motion and advised me that she was conferring with her client about the FTB's position.

//

9. On March 29, 2022, I received a call from and spoke with Shining Hsu, an Assistant United States Attorney for the Northern District of California, about the Tax Motion. Ms. Hsu had the Tax Motion and advised me that she was conferring with her client about the IRS's position.

10. On March 30, 2022, I received a telephone call from Boris Kukso, a trial attorney with the Tax Division of the United States Department of Justice, and a colleague of his about the Tax Motion. I responded by telephone later that day and sent him, by email, an additional copy of the unredacted Tax Motion and the scheduling order.

11. On March 31, 2022, I spoke with Mr. Kukso and his colleague, Amy Matchison, regarding the Tax Motion.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this 8th day of April, 2022, in San Francisco, California.

/s/ Tobias S. Keller
Tobias S. Keller