ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General
CARA M. PORTER
Deputy Attorney General
State Bar No. 266045
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3508
  Fax: (415) 703-5480
  E-mail: Cara.Porter@doj.ca.gov
*Attorneys for Creditor*
*California Franchise Tax Board*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>                               Debtor | Case No. 20-30242 HLB<br><br>**DECLARATION OF SHEILA NAVARRETTE IN SUPPORT OF OBJECTION OF CALIFORNIA FRANCHISE TAX BOARD TO CONFIRMATION OF DEBTOR'S COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN DATED MARCH 29, 2022**<br><br>Hearing: April 21, 2022<br>Time: 11:00 a.m. (Pacific Time)<br>Location: (Tele/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 19, 16th Floor<br>San Francisco, CA 94102<br><br>Judge: The Honorable Hannah L. Blumenstiel |

I, Sheila Navarrette, declare as follows:

    1.    I am employed by the California Franchise Tax Board ("FTB") as a Senior Compliance Representative in FTB's Bankruptcy Section. I make this declaration in my official capacity as an FTB employee and not otherwise. This declaration is submitted in support of FTB's Objection to the Combined Disclosure Statement and Chapter 11 Plan Dated March 29,

1

Navarrette Decl. ISO FTB's Objection to Confirmation (20-30242 HLB)

Case: 20-30242   Doc# 985-1   Filed: 04/14/22   Entered: 04/14/22 16:16:19   Page 1 of 2

2022 ("Plan") filed by debtor Anthony Scott Levandowski ("Debtor"). The following statements are based upon my personal knowledge and upon my review of records kept by FTB in the ordinary course of its business practice. If called as a witness, I could and would competently testify thereto.

2. I have personal knowledge of the manner in which FTB's records are kept. Each of the records upon which I rely was made in the ordinary course of business at or near the time of the act, condition, or event. The sources of information at the time of preparation are such that I believe FTB's records to be trustworthy.

3. I have reviewed FTB's records with regard to Debtor for the tax years from 2014 through 2022 and the files pertaining to Debtor's pending Chapter 11 case.

4. Debtor owes outstanding tax amounts to FTB for the tax year ending December 31, 2016 of at least $76,365.25. FTB intends to amend its claim in this bankruptcy case to add the outstanding amounts for 2016.

5. Debtor has not yet filed a tax return with FTB for the 2022 tax year.

6. Debtor has not sought FTB's assessment or analysis of state taxes applicable to the Uber Settlement (as defined in the Plan).

7. FTB has not assessed or determined Debtor's personal income taxes for the 2022 tax year.

I declare under penalty of perjury under the laws of the California that the foregoing is true and correct. Executed this 14th day of April, 2022 at Sacramento, California.

_____
Sheila Navarrette

SF2022400607
43170824.docx

2

Navarrette Decl. ISO FTB's Objection to Confirmation (20-30242 HLB)

Case: 20-30242    Doc# 985-1    Filed: 04/14/22    Entered: 04/14/22 16:16:19    Page 2 of 2