

Signed and Filed: April 15, 2022

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>ANTHONY SCOTT LEVANDOWSKI,<br>       Debtor. | Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO REDACT PREVIOUSLY FILED DOCUMENT** |

   The Court having considered *Administrative Motion to Redact Previously Filed Document* filed on April 15, 2022 (the "Motion to Redact"), and the supporting declaration of Dara L. Silveira, and good cause appearing therefor,

   **IT IS HEREBY ORDERED** that the Motion to Redact is approved.

***** END ORDER *****

# COURT SERVICE LIST