Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
Catherine Steege (admitted *pro hac vice*)
Katharine R. McLaughlin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
csteege@jenner.com
tmascherin@jenner.com
kmclaughlin@jenner.com

*Counsel for Uber Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

ANTHONY SCOTT LEVANDOWSKI,

Debtor.

Case No. 20-30242 (HLB)

Chapter 11

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, Suite 4000, San Francisco, CA 94105-1020.

On April 15, 2022, I caused to be served the following documents in the manner stated below:

- ***[REDACTED] UBER TECHNOLOGIES, INC.'S CONDITIONAL LIMITED OBJECTION TO CONFIRMATION OF THE DEBTOR'S COMBINED PLAN AND DISCLOSURE STATEMENT DATED MARCH 29, 2022***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On **April 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 15, 2022 at San Francisco, California.

                                                                  */s/ Oliver Carpio*
                                                                        Legal Assistant

**ECF List:**

- Melissa J Baily    melissabaily@quinnemanuel.com
- John W. Berry    john.berry@mto.com, lori.cruz@mto.com
- Danisha Brar    dbrar@kbkllp.com
- Jennifer Briggs Fisher    jfisher@goodwinlaw.com, bcoffey@goodwinlaw.com
- Neel Chatterjee    NChatterjee@goodwinlaw.com, ASkorostensky@goodwinlaw.com
- Trevor Ross Fehr    trevor.fehr@usdoj.gov
- Seth Goldman    seth.goldman@mto.com, cynthia.richardson@mto.com
- Alexander S. Gorin    alex.gorin@mto.com, cindi.richardson@mto.com
- Thomas E. Gorman    tgorman@keker.com, thomas-gorman-9043@ecf.pacerpro.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Katharine A. Kates    katharine@ramsey-ehrlich.com, sonia@ramsey-ehrlich.com
- Tobias S. Keller    tkeller@kbkllp.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Andrew R. Lewis    andrew.lewis@mto.com, aileen.beltran@mto.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Michael W. Malter    michael@bindermalter.com
- Miriam Manning    mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- Katharine McLaughlin    kmclaughlin@jenner.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Andrew Ong    aong@goodwinlaw.com
- Cara M. Porter    cara.porter@doj.ca.gov, rachel.patu@doj.ca.gov
- Richard A. Rogan    rrogan@jmbm.com, jb8@jmbm.com
- Brett M. Schuman    bschuman@goodwinlaw.com, pdukemosier@goodwinlaw.com
- Wendy W. Smith    Wendy@bindermalter.com
- Hong-An Vu    hvu@foundationlaw.com, ASkorostensky@goodwinlaw.com
- Rachel M. Walsh    rwalsh@goodwinlaw.com, tsutton@goodwinlaw.com
- William P. Weintraub    WWeintraub@goodwinlaw.com, ACunningham@goodwinlaw.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com

**SERVED VIA EMAIL**

| Attorneys for Google LLC | Attorneys for Anthony S. Levandowski |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com) | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com) |
| **KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com)<br>Reid P. Mullen (rmullen@keker.com<br>albk-kvp@keker.com | **GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com)<br>Jennifer Briggs Fisher (jfisher@goodwinlaw.com)<br>Andrew Ong (aong@goodwinlaw.com) |

2