Rob Bonta
Attorney General of California
Michael D. Gowe
Supervising Deputy Attorney General
Cara M. Porter
Deputy Attorney General
State Bar No. 266045
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3508
  Fax: (415) 703-5480
  E-mail: Cara.Porter@doj.ca.gov
*Attorneys for Creditor*
*California Franchise Tax Board*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>                        Debtor.. | Case No. 20-30242 HLB<br><br>**CALIFORNIA FRANCHISE TAX BOARD'S NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**<br><br>[Re: Dkt. No. 1028] |

Creditor California Franchise Tax Board ("FTB") hereby files this Notice of Appeal, pursuant to 28 U.S.C. § 158(a)(1), from the *Order Granting Debtor's Motion to (I) Determine Tax Effect of Settlement Payment or (II) Find the Debtor's Plan Feasible Without Reserving for Tax Thereon (IRS/FTB)*, entered on May 2, 2022 [Dkt. No. 1028] (the "Tax Order"). A copy of the Tax Order is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 158(c), FTB elects to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

/ / /

/ / /

1

The names of all parties to the Tax Order and the names, addresses and telephone numbers of their respective attorneys are:

| Party | Counsel |
|---|---|
| Debtor and Debtor in Possession: *Anthony S. Levandowski* | Tobias S. Keller, Esq<br>Dara L. Silveira, Esq.<br>**KELLER BENVENUTTI KIM LLP**<br>650 California St., Suite 1900<br>San Francisco, CA 94108<br>T: (415) 496-6723<br>F: (650) 636-9251<br>Email: TKeller@kbkllp.com<br>Email: DSilveira@kbkllp.com<br><br>Brett Schuman, Esq.<br>Jennifer Briggs Fisher, Esq.<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero<br>San Francisco, California 94111<br>T: (415) 733-6000<br>F: (415) 677-9041<br>Email: BSchuman@goodwinlaw.com<br>Email: JFisher@goodwinlaw.com |

Dated: May 3, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General

_____
CARA M. PORTER
Deputy Attorney General
*Attorneys for Creditor*
*California Franchise Tax Board*

# EXHIBIT A

Entered on Docket
May 02, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 2, 2022

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 2
(dsilveira@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

BRETT SCHUMAN (SBN 189247)
*BSchuman@goodwinlaw.com*
JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero
San Francisco, California 94111
Tel.: (415) 733-6000
Fax.: (415) 677-9041

*Attorneys for Anthony S. Levandowski,
Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO (I) DETERMINE TAX EFFECT OF SETTLEMENT PAYMENT OR (II) FIND THE DEBTOR'S PLAN FEASIBLE WITHOUT RESERVING FOR TAX THEREON (IRS/FTB)** |

On April 21, 2022, the Court held a hearing on the motion dated March 18, 2022 (the "Motion") (Dkt. No. 917),[1] of Anthony Scott Levandowski, as debtor and debtor in possession

---
[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Motion.

(the "Debtor") in the above-captioned chapter 11 case for entry of an order pursuant to Sections 105, 503, 505, 506, 507, and 1129 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 3012 and 9014 of the Federal Rules of Bankruptcy Procedure to determine that the payment contemplated in the Settlement Agreement between the Debtor, Google LLC ("Google") and Uber Technologies, Inc. ("Uber") does not give rise to gross income for the Debtor or, in the alternative, to find the Debtor's proposed plan feasible without reserving for taxes thereon, as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. sections 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. section 157(b); and venue being proper before this Court pursuant to 28 U.S.C. sections 1408 and 1409; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and its supporting papers (Dkt. Nos. 917, 918, 966, 967); United States' Opposition to Debtor's Motion to (I) Determine Tax Effect of Settlement Payment or (II) Find the Debtor's Plan Feasible Without Reserving for Tax Thereon (IRS/FTB) (Dkt. No. 952); Opposition of California Franchise Tax Board to Debtor's Motion to (I) Determine Tax Effect of Settlement Payment or, in the Alternative, (II) Find the Debtor's Plan Feasible Without Reserving for Taxes Thereon (IRS/FTB) (Dkt. No. 953); and upon the record and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Motion, as modified herein, is in the best interests of the Debtor, his estate, creditors, and all parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the modified relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted for the reasons stated in the Court's oral ruling on the record during the hearing.

///

Case: 20-30242    Doc# 1028    Filed: 05/02/22    Entered: 05/02/22 09:29:13    Page 2 of 4

Case: 20-30242    Doc# 1036    Filed: 05/03/22    Entered: 05/03/22 16:41:42    Page 5 of 8

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

APPROVED AS TO FORM:
Dated: April 29, 2022

**JENNER & BLOCK LLP**

*/s/ Catherine Steege*
Catherine Steege

*Attorneys for Uber Technologies, Inc.*


APPROVED AS TO FORM:
Dated: April 29, 2022

**MUNGER TOLLES & OLSON LLP**

*/s/ Thomas B. Walper*
Thomas B. Walper

*Attorneys for Google LLC*


APPROVED AS TO FORM:
Dated: April 29, 2022

**UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION**

*/s/ Boris Kukso*
Boris Kukso

*Attorneys for the United States*

| | |
|---|---|
| 1 | APPROVED AS TO FORM: |
| 2 | Dated: April 29, 2022 |
| 3 | **CALIFORNIA DEPARTMENT OF JUSTICE** |
| 4 | |
| 5 | */s/ Cara M. Porter* <br> Cara M. Porter |
| 6 | *Attorneys for California Franchise Tax Board* |

# CERTIFICATE OF SERVICE

Case Name: *In re: Anthony Scott Levandowski*       No. **20-30242 HLB**

I hereby certify that on May 3, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **CALIFORNIA FRANCHISE TAX BOARD'S NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT [Re: Dkt. 1028]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 3, 2022, at San Francisco, California.

Rachel Patu
Declarant

/s/ Rachel Patu
Signature

SF2022400607
43204157.docx