Entered on Docket
May 17, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case Nos. 4:22-cv-02781; 4:22-cv-02783-YGR; 4:22-cv-02786-YGR; 4:22-cv-02789-YGR<br><br>**ORDER EXTENDING STAY FOR LIMITED PURPOSE AND SETTING BRIEFING SCHEDULE** |

The Court is in receipt of the parties' stipulation agreeing to an extension of the automatic stay under Bankruptcy Rule 3020(e) as well as a briefing schedule. Based upon the stipulations of the parties, debtor Anthony Scott Levandowski shall file a response to the pending motions to stay no later than 11:59 p.m. on May 17, 2022. The United States and California Franchise Tax Board shall file their replies no later than 11:59 p.m. on May 19, 2022.

Pursuant to stipulation, the following orders of the Bankruptcy Court are stayed: (1) Order Granting Debtor's Motion to (I) Determine Tax Effect of Settlement Payment or (II) Find the Debtor's Plan Feasible Without Reserving for Tax Thereon (IRS/FTB) at Docket No 1028 in Bankruptcy Case No. 20-30242; and (2) Findings of Fact, Conclusions of Law, and Order Approving Confirming the Debtor in Possession's Combined Disclosure Statement and Chapter 11 Plan Dated March 29, 2022 at Docket Number 1030 in Bankruptcy Case No. 20-30242.

While the parties stipulate to a stay through and until May 23, 2022, the Court finds good cause to extend the stay until the Court decides the pending motions for a stay. The Court is in a judicial emergency with limited resources. As noted by the public docket, the undersigned has been in trial and has noted unavailability through May 23, 2022. Extending the stay will permit sufficient time to analyze the record that has emerged after years of what appears to be contentious litigation. As the docket reflects, this is also appropriate since the United States and Franchise Tax Board failed to comply with procedures that would properly frame the issues before the Court

1   with sufficient notice.  This stay permits the parties to be heard and the record can be sufficiently
2   presented.
3       **IT IS SO ORDERED.**
4   Dated: May 16, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE