**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

BRETT M. SCHUMAN (Cal. Bar No. 189247)
*bschuman@goodwinlaw.com*
JENNIFER BRIGGS FISHER (Cal. Bar No. 241321)
*jfishser@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorneys for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-30242 (HLB) |
| ANTHONY SCOTT LEVANDOWSKI, | Chapter 11 |
| Debtor. | Hon. Hannah L. Blumenstiel |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that Goodwin Procter LLP, hereby appears in the above-captioned Chapter 11 bankruptcy proceeding (the "Proceeding") on behalf of ANTHONY S. LEVANDOWSKI as a debtor in the above-captioned chapter 11 case, and requests, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9010 that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following addresses and through CM/ECF:

> AARON THOMPSON (SBN 272391)
> AThompson@goodwinlaw.com
> GOODWIN PROCTER LLP
> 520 Broadway, Suite 500
> Santa Monica, CA  90401
> Tel.: +1 424 436 3010
> Fax: +1 424 316 3257

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights of Anthony S. Levansowski.

Respectfully submitted,

Dated: June 7, 2022

By: /s/ *Aaron Thompson*
AARON THOMPSON (SBN 272391)
*AThompson@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Debtor
ANTHONY S. LEVANDOWSKI

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **June 7, 2022**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **June 7, 2022**.

/s/ *Aaron Thompson*
AARON THOMPSON