**Entered on Docket**
**June 22, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



UNITED STATES COURT OF APPEALS

FILED

FOR THE NINTH CIRCUIT

JUN 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  ANTHONY SCOTT LEVANDOWSKI,<br><br>                    Debtor.<br>_____ | No.    22-15909<br><br>D.C. Nos.    4:22-cv-02781-YGR<br>                   4:22-cv-02783-YGR<br>                   4:22-cv-02786-YGR<br>                   4:22-cv-02789-YGR |
| UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service,<br><br>                    Plaintiff-Appellant,<br><br>CALIFORNIA FRANCHISE TAX BOARD,<br><br>                    Plaintiff-Appellee,<br><br>   v.<br><br>ANTHONY SCOTT LEVANDOWSKI, Debtor in Possession; OFFICE OF THE U.S. TRUSTEE, Trustee,<br><br>                    Defendants-Appellees. | Northern District of California, Oakland<br><br>ORDER |

Before:  OWENS and BUMATAY, Circuit Judges.

The court has received appellant's emergency motion for a stay.  The request for an immediate administrative stay is granted.  The bankruptcy court's May 2, 2022 orders are temporarily stayed pending resolution of the emergency motion at Docket Entry No. 7.

The court will address the emergency stay motion by separate order.

Responses to the emergency motion are due by 12:00 p.m. Pacific Time on Monday, June 27, 2022.  An optional reply is due by 12:00 p.m. Pacific Time on Wednesday, June 29, 2022.