Case 4:22-cv-02789-YGR   Document 28   Filed 07/15/22   Page 1 of 2

Entered on Docket
July 18, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ANTHONY SCOTT LEVANDOWSKI,  Debtor, _____  UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service,  Plaintiff-Appellant,  CALIFORNIA FRANCHISE TAX BOARD,  Plaintiff-Appellee,  v.  ANTHONY SCOTT LEVANDOWSKI, Debtor in Possession; OFFICE OF THE U.S. TRUSTEE, Trustee,  Defendants-Appellees. | No.   22-15909  D.C. Nos.   4:22-cv-02781-YGR  4:22-cv-02783-YGR  4:22-cv-02786-YGR  4:22-cv-02789-YGR  Northern District of California, Oakland  ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 26) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7