**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
(DANISHA BRAR) (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN DATED MARCH 29, 2022** |

**PLEASE TAKE NOTICE** that on May 2, 2022, the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court") entered an order [Docket No. 1030] (the "Confirmation Order") confirming the *Debtor's Combined Disclosure Statement and Chapter 11 Plan dated March 29, 2022* (including all exhibits thereto, and as amended or modified from time to time pursuant to the terms thereof, the "Plan")[1] in the above-captioned chapter 11 case (the "Chapter 11 Case") of Anthony S. Levandowski, as debtor and debtor in possession (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on August 25, 2022.

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Fee Claims pursuant to title 11 of the United States Code (the "Bankruptcy Code") sections 327, 328, 330, 331, 363, 503(b), or 1103 must be made by application Filed with the Bankruptcy Court no later than forty-five (45) calendar days after the Effective Date. Objections to such applications

---
[1] Capitalized terms used but not defined herein shall have the definitions contained in the Plan.

must be Filed and served on the requesting Professional on or before the date that is fourteen (14) calendar days after the date on which the applicable application was filed. Each Professional shall provide notice of the hearing on its final fee application. If no objections are pending, the Bankruptcy Court may enter an order(s) approving the final fee applications without a hearing. All Professional Fee Claims shall be paid by the Residual Trust to the extent approved by order of the Bankruptcy Court within seven (7) Business Days after entry of such order.

**PLEASE TAKE FURTHER NOTICE** that all requests for payment of an Administrative Claim must be Filed with the Bankruptcy Court no later than forty-five (45) calendar days after the Effective Date. All Administrative Claims shall be paid by the Residual Trust to the extent approved by order of the Bankruptcy Court within seven (7) Business Days after entry of such order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Sections II(A)(17) and X(C) of the Plan, all objections to Claims (other than Professional Fee Claims) shall be Filed by the Trustee, and any other party in interest to the extent permitted pursuant to section 502(a) of the Bankruptcy Code, on or before the Claim Objection Deadline. The Claim Objection Deadline shall be ninety (90) days following the Effective Date, or such later date as may be approved by the Bankruptcy Court following a noticed motion by the Trustee for cause.

**PLEASE TAKE FURTHER NOTICE** that confirmation of the Plan binds each Holder of a Claim or Equity Interest to all the terms and conditions of the Plan, whether or not such Holder's Claim or Equity Interest is Allowed, whether or not such Holder holds a Claim or Equity Interest that is in a Class that is Impaired under the Plan, and whether or not such Holder has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan may be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov; (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102; or (iii) by contacting the undersigned. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 26, 2022

**KELLER BENVENUTTI KIM LLP**

By: /s/ Dara L. Silveira
Dara L. Silveira

*Attorneys for Anthony S. Levandowski, Debtor and Debtor in Possession*