Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for Anthony Scott Levandowski,
Soley in His Personal Capacity

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Reorganized Debtor. | Case No. 20-30242-HLB<br>Chapter 11<br><br>**NOTICE AND FILING OF ADMINISTRATIVE EXPENSE CLAIM** |

Pursuant to the Plam Term Sheet (ECF 831-1, IX(f)) (the "Term Sheet"), 11 U.S.C. §§ 503(b) and 363(b), the Court's Order Granting Debtor's Motion For Entry Of An Order Approving (A) Payment Of Mediator's Fees And Costs, And (B) Advance And Application Of Retainer For Debtor's Counsel (ECF 770) (the "Order"), a subsequent retainer agreement between Finestone Hayes LLP and Anthony Levandowski in his personal capacity (and not as Debtor-in-Possession), and the Rule 2016 Statement filed by Finestone Hayes LLP ("FH Law" or the "Firm")) (ECF 800), FH Law hereby provides Notice and Filing of Administrative Expense Claim, which is attached hereto as **Exhibit A**.

The Administrative Expense Claim is filed pursuant to the Term Sheet (ECF 831-1), which provides in relevant part as follows:

> The parties hereto [i.e. Google LLC, Uber Technologies, Inc., and Mr. Levandowski] will stipulate to allowance of an administrative claim of Levandowski, in his personal capacity, for payment of counsel fees in the negotiation of this Term Sheet in an amount not to exceed $30,000 (which amount is exclusive of the $25,000 previously advanced.

NOTICE AND FILING OF ADMINISTRATIVE CLAIM 1

ECF 831-1, IX(f).

The fees incurred by FH Law as of August 25, 2022, which is the date of the Firm's invoice, totaled $56,791.50 and FH Law's expenses (LEXIS research) totaled $233.29, against which FH Law has applied the initial $25,000 received, leaving a total balance as of August 25, 2022 of $32,024.79. Since August 25, 2022, FH Law has incurred additional fees in drafting its Administrative Claim and this related Notice. FH Law is not seeking from the estate repayment of fees in excess of the $30,000 provided for in the Term Sheet.

Dated August 26, 2022　　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　　*Jennifer C. Hayes*
　　　　　　　　　　　　　　　　　　　　Jennifer C. Hayes
　　　　　　　　　　　　　　　　　　　　Attorneys for Anthony Scott Levandowski,
　　　　　　　　　　　　　　　　　　　　Solely in his Personal Capacity

# Exhibit A

**Fill in this information to identify the case:**

Debtor 1      In re Anthony Scott Levandowski

Debtor 2      _____
(Spouse, if filing)

United States Bankruptcy Court for the:  of ___Nor_____ Case number

Case No. 20-30242

Modified from Official Form 410

# Administrative Expense Proof of Claim

This form is for making a claim for payment of an administrative expense under 11 U.S.C. § 503. It is modified from Official Form 410.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

Finestone Hayes LLP

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   N/A

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Where should notices to the creditor be sent?

Finestone Hayes LLP

456 Montgomery Street, 20th Floor

San Francisco, CA 94104

jhayes@fhlawllp.com

Contact phone   415-616-0466

Contact email:   see above

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number       Street

_____
City                       State           ZIP Code

Contact phone  _____

Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____
                                                                                                                                  MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes.  Who made the earlier filing? _____

### Part 2: Give Information About the Claim

**6. Do you have any number you use to identify the debtor?**

☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$32,024.79
Detailed time sheets, redacted for privilege, are available upon request.

**Does this amount include interest or other charges?**

☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Legal services provided to Debtor individually, for which compensation was provided in the Term Sheet up to an additional $30,000 beyond the $25,000 retainer authorized to be paid out of estate funds. ECF 831, p.13, (g), ECF 831-1 IX(f); 11 USC §§ 503(b), 363(b)

**9. Is all or part of the claim secured?**

☐ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☐ Yes. Identify the property: _____

Modified from Official Form 410  **Administrative Expense Proof of Claim**  page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No ❏ Yes. *Check one:* | **Amount entitled to priority** |
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏  I am the creditor.
❏  I am the creditor's attorney or authorized agent.
❏  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_Jennifer C. Hayes_ (signature)
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
      First name               Middle name                Last name

Title  _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street

       _____
        City                                    State        ZIP Code

Contact phone  _____  Email  _____