**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
DANISHA BRAR (Cal. Bar No. 312950)
(dbrar@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for the Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Dara L. Silveira, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Keller Benvenutti Kim LLP, a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108, counsel to Anthony Scott Levandowski, as debtor and debtor in possession in the above-captioned chapter 11 case.

2. On August 26, 2022, I caused the following document to be filed via the Court's Electronic Case Filing System:

- NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN DATED MARCH 29, 2022 (the "Notice of Effective Date")

3. I have reviewed the Notices of Electronic Filing for the Notice of Effective Date, and I understand that parties listed in each NEF as having received through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

4. On August 29, 2022, I caused the Notice of Effective Date to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

5. On August 29, 2022, I served the Notice of Effective Date by electronic mail on the following: thomas.walper@mto.com; john.berry@mto.com; alex.gorin@mto.com; rvannest@keker.com; rmeny@keker.com; rmullen@keker.com; tgorman@keker.com; wjordan@keker.com; treeves@keker.com; izzy@ramsey-ehrlich.com; ALBK-KVP@keker.com.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this twenty-ninth day of August, 2022, in San Francisco, California.

*/s/ Dara L. Silveira*
Dara L. Silveira

Apple Pay
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112

Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

Bay Cities Refuse
2525 Garden Tract Road
Richmond, CA 94801-1005

California Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Chief Tax Collection Section
Employment Development Section
PO Box 826203
Sacramento, CA 94230-0001

California Franchise Tax Board
Personal Bankruptcy
MS A340 PO Box 2952
Sacramento, CA 95812-2952

Comcast
1485 Bayshore Boulevard
San Francisco, CA 94124-4008

Farmers Insurance
670 West Napa Street Suite J
Sonoma, CA 95476-6479

Fawn Park LLC
1655 Oak Avenue
Saint Helena, CA 94574-1723

Fineman PR
51665 Rolling Green Court
Indio, CA 92201

Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063
Attn: Neel Chatterjee, ESQ.

Google LLC
c/o John Berry, Esq.
Munger Tolles & Olson, LLP
350 South Grand Avenue
Los Angeles CA 90071

Husky Finco, LLC
345 Park Avenue
New York, NY 10154

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intuit Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808-1674

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

JPMorgan Chase Bank NA
SBMT Chase Bank USA NA
c/o Robertson Anschutz Schneid PL
6409 Congress Avenue Suite 100
Boca Raton, FL 33487-2853

Department of Justice
550 Kearny Street  800
San Francisco, CA 94108-2512

Elizabeth Kim
Supervising Deputy Attorney General
Charitable Trusts Section
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Anthony Scott Levandowski
1655 Oak Avenue
Saint Helena, CA 94574

| | |
|---|---|
| LL Property Management<br>212 Caledonia Street<br>Sausalito, CA 94965-1927 | Marin Horizon School<br>305 Montford Avenue<br>Mill Valley, CA 94941-3370 |
| Marin Municipal Water<br>220 Nellen Avenue<br>Corte Madera, CA 94925-1169 | McManis Faulkner<br>50 West San Fernando St. Suite 1000<br>San Jose, CA 95113-2415 |
| Network Solutions<br>5335 Gate Parkway<br>Jacksonville, CA 32256-3070 | Stefanie Olsen<br><br>Mill Valley, CA 94941 |
| Victoria Pacchiana<br>38 Miller Avenue<br>Suite 20<br>Mill Valley, CA 94941-1948 | Pacific Gas and Electric Company<br>PO BOX 997300<br>Sacramento, CA 95899-7300 |
| Paladin Management Group<br>633 W 5th St 28th Floor<br>Los Angeles CA 90071-3502<br>Attn: Allen Soong | Protector Boats Service Center<br>790 National Court<br>Richmond, CA 94804-2008 |

Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley CA 94710

Reevemark
C/O Tracy Green, Esq.
Fennemore
1111 Broadway 24th Floor
Oakland, CA 94607

Reevemark LLC
29 Osborne Avenue
Southampton, NY 11968

RLF, Inc. fka Royse Law Firm, PC
149 Commonwealth Drive #1001
Menlo Park, CA 94025

Ashley Rust Associates
322 East 19th Street Suite 4R
New York, NY 10003-2852

Signalare
1655 Oak Avenue
St. Helena, CA 94574-1723

Uber Technologies, Inc.
c/o Jeremy V. Richards, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

United States Attorney's Office
Civil Division
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102-3661

Office of the United States Trustee
450 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102

Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036-6704

Kevin Vosen, Esq.
Waymo LLC
100 Mayfield
Mountain View CA  94043

Waymo LLC
c/o Jeffrey Nardinelli
Quinn Emanuel Urquart & Sullivan LLP
50 California Street, 22nd Flr.
San Francisco CA 94111-4788

Kent Walker, Esq.
Alphabet Inc.
1600 Amphitheatre Parkway
Mountain View Ca 94043

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438