Case 4:22-cv-02781-YGR   Document 94   Filed 11/01/22   Page 1 of 5

Entered on Docket
November 02, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General
CARA M. PORTER
Deputy Attorney General
State Bar No. 266045
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3508
 Fax:  (415) 703-5480
 E-mail:  Cara.Porter@doj.ca.gov
*Attorneys for Creditor and Appellant
California Franchise Tax Board*

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
11/1/2022

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **In re:**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>Debtor. | Case Nos  4:22-cv-02781-YGR<br>4:22-cv-02783-YGR<br>4:22-cv-02786-YGR<br>4:22-cv-02789-YGR<br>(Jointly Administered) |
| **THE UNITED STATES OF AMERICA on behalf of THE INTERNAL REVENUE SERVICE and CALIFORNIA FRANCHISE TAX BOARD,**<br><br>Appellants,<br><br>v.<br><br>**THE LEVANDOWSKI RESIDUAL LIQUIDATION TRUST, as successor to the Debtor in Possession, and ANTHONY SCOTT LEVANDOWSKI,**<br><br>Appellees. | On appeal from:<br>Bankruptcy Case No. 20-30242 (HLB)<br>Chapter 11<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR APPELLEES' MOTIONS AND APPELLANTS' REPLY BRIEF**<br><br>**\*\*AS MODIFIED BY THE COURT\*\*** |
| \* *All papers shall be filed in the Lead Case, No. 22-cv-02781-YGR* | |

1

Stipulation re Briefing Schedule for Appellees' Motions and Appellants' Reply Briefs
(22-cv-02781-YGR; 22-cv-02783-YGR;22-cv-02786-YGR;22-cv-02789-YGR)

Case: 20-30242    Doc# 1226    Filed: 11/02/22    Entered: 11/02/22 09:16:33    Page 1 of 5

1  **SUBJECT TO THE APPROVAL OF THE COURT**, the parties hereby stipulate to the
2  following:
3  **WHEREAS**, the bankruptcy court in the underlying bankruptcy case (Case No. 20-30242-
4  HLB) entered two related orders on May 2, 2022: one granting Debtor's motion to determine the
5  tax effect of a settlement payment ("Tax Order", Bankruptcy Court Dkt. No. 1028), and the other
6  confirming Mr. Levandowski's Chapter 11 Plan dated March 29, 2022 ("Confirmation Order",
7  Bankruptcy Court Dkt. No. 1030); and
8  **WHEREAS**, the United States on behalf of the Internal Revenue Service ("IRS") and the
9  California Franchise Tax Board ("FTB") each filed separate notices of appeals of the Tax Order
10 and the Confirmation Order, which the District Court docketed under Case Nos. 4:22-cv-02781,
11 4:22-cv-02783, 4:22-cv-02786 and 4:22-cv-02789 (collectively, "Appeals"); and
12 **WHEREAS**, the Court entered the Order Directing Joint Administration of Appeals
13 Pursuant to Federal Rule of Civil Procedure 42(a) on June 1, 2022, ordering the joint
14 administration of the Appeals under Case No. 4:22-cv-02781 for procedural purposes only; and
15 **WHEREAS**, the IRS and the FTB filed their opening briefs on the merits regarding the Tax
16 Order and the Confirmation Order on August 16, 2022 and on September 14, 2022, respectively;
17 and
18 **WHEREAS**, on October 24, 2022, the Levandowski Residual Liquidating Trust filed
19 (1) the Motion for Joinder and Substitution as Party Under Federal Rules of Civil Procedure
20 20(a)(2) and 25(c) (no hearing requested) ("Motion for Joinder", Dkt. No. 46); (2) Notice of
21 Motion and Motion to Dismiss Appeals (set for hearing on November 29, 2022) ("Motion to
22 Dismiss," Dkt. No. 48); (3) Appellees' Omnibus Brief in Response to Opening Briefs of the
23 United States and Franchise Tax Board ("Omnibus Brief," Dkt. No. 49); and (4) Motion Pursuant
24 to Federal Rule of Bankruptcy Procedure 8009(F) for Acceptance of Documents Filed Under Seal
25 (no hearing requested) ("Motion for Acceptance," Dkt. No. 51);
26 / / /
27 / / /
28 / / /

2
Stipulation re Briefing Schedule for Appellees' Motions and Appellants' Reply Briefs
(22-cv-02781-YGR; 22-cv-02783-YGR; 22-cv-02786-YGR; 22-cv-02789-YGR)

Case: 20-30242   Doc# 1226   Filed: 11/02/22   Entered: 11/02/22 09:16:33   Page 2 of 5

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the respective attorneys of record for the stated Parties, subject to the Court's approval, as follows:

1. The hearing on the Motion to Dismiss currently set for November 29, 2022 ~~will be re-set for December 6, 2022, at 2:00 p.m. (Pacific Time)~~ is VACATED and will be reset if necessary; and

2. The deadline for FTB and the United States to file and serve their oppositions, if any, to the Motion for Joinder, the Motion to Dismiss, and the Motion for Acceptance shall be November 21, 2022;

3. The deadline for a reply to any of the Motion for Joinder, the Motion to Dismiss, and the Motion for Acceptance shall be November 28, 2022;

4. The deadline for the United States to file its reply on the merits to the Omnibus Brief shall be November 21, 2022; and

5. The deadline for FTB to file and serve its reply on the merits to the Omnibus Brief shall be December 16, 2022.

Dated:  October 31, 2022

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Boris Kukso
BORIS KUKSO
AMY MATCHISON
*Attorneys for Appellant*
*United States of America*

*Additional signatures on page 4.*

3

Stipulation re Briefing Schedule for Appellees' Motions and Appellants' Reply Briefs
(22-cv-02781-YGR; 22-cv-02783-YGR; 22-cv-02786-YGR; 22-cv-02789-YGR)

Case: 20-30242    Doc# 1226    Filed: 11/02/22    Entered: 11/02/22 09:16:33    Page 3 of 5

| | | |
|---|---|---|
| 1 | Dated:  October 31, 2022 | ROB BONTA |
| 2 | | Attorney General of California |
| | | MICHAEL D. GOWE |
| 3 | | Supervising Deputy Attorney General |
| 4 | | /s/ Cara M. Porter |
| | | CARA M. PORTER |
| 5 | | Deputy Attorney General |
| | | *Attorneys for Appellant* |
| 6 | | *California Franchise Tax Board* |
| 8 | Dated:  October 31, 2022 | KELLER BENVENUTTI KIM LLP |
| 10 | | /s/ Tobias S. Keller |
| | | TOBIAS S. KELLER |
| 11 | | DARA L. SILVEIRA |
| | | *Attorneys for Debtor and Appellee* |
| 12 | | *Anthony S. Levandowski* |

4

Stipulation re Briefing Schedule for Appellees' Motions and Appellants' Reply Briefs
(22-cv-02781-YGR; 22-cv-02783-YGR; 22-cv-02786-YGR; 22-cv-02789-YGR)

# ECF CERTIFICATION

Pursuant to Local Rule 5-1(h)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

                                    */s/ Cara M. Porter*
                                    CARA M. PORTER
                                    Deputy Attorney General

SF2022302025
43458968.docx

5

Stipulation re Briefing Schedule for Appellees' Motions and Appellants' Reply Briefs
(22-cv-02781-YGR; 22-cv-02783-YGR; 22-cv-02786-YGR; 22-cv-02789-YGR)

Case: 20-30242    Doc# 1226    Filed: 11/02/22    Entered: 11/02/22 09:16:33    Page 5 of 5