**Entered on Docket**
**December 22, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: December 22, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-30242 HLB |
| | ) | |
| ANTHONY SCOTT LEVANDOWSKI, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER APPROVING GOODWIN PROCTER LLP'S AMENDED EIGHTH INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

This case came before the court on December 22, 2022 for a hearing on Goodwin Procter LLP's Amended Eighth Interim and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses.[1] The Fee Application drew a limited objection from the United States Internal Revenue Service.[2] Appearances were noted on the record, as were other relevant pleadings.

For the reasons stated on the record, the court **ORDERS** as follows:

**1.** The Fee Application is **APPROVED** as to interim fees totaling $31,228.55 and interim costs of $25,046.08;

---

[1] Dkt. 1223 (the "Fee Application").

[2] Dkt. 1233 (the "Limited Objection").

2.  The Fee Application is **APPROVED** as to the following fees and costs, which are hereby approved on a final basis:

   **a.**   Fees totaling **$7,805,819.62; and**

   **b.**   Costs totaling **$494,979.85;**

3.  The Limited Objection is **OVERRULED** in its entirety;

4.  The Levandowski Residual Liquidation Trust is authorized to pay the fees and costs set forth in Paragraph 2 of this order immediately; **and**

5.  This order is without prejudice to a request for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure and Rule 9024 of the Federal Rules of Bankruptcy Procedure, if or when such a request might be appropriate, and without prejudice to any arguments or defenses that might be raised in opposition to such a request by any of the parties to this contested matter.

**\*\*END OF ORDER\*\***

## Court Service List

[None]