1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2

3  AMY MATCHISON (CABN 217022)
   ALEXANDER KALYNIUK
4  Trial Attorneys, Tax Division
   U.S. Department of Justice
5  P.O. Box 683
   Washington, D.C. 20044
6  202-616-3309 (Kalyniuk)
   202-307-6422 (Matchison)
7  202-307-0054 (f)
   Alexander.R.Kalyniuk@usdoj.gov
8  Amy.T.Matchison@usdoj.gov

9  *Attorneys for the United States*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 20-30242 (HLB) |
|---|---|---|
|  | ) | Chapter 11 |
| ANTHONY SCOTT LEVANDOWSKI, | ) | Hearing Date: June 22, 2023 |
|  | ) | Hearing Time: 10:00 AM |
| Debtor. | ) | Location: Teleconference or Zoom Video |
|  | ) | Conference |

**MOTION TO CONVERT OR DISMISS
AND REQUEST FOR RETURNS PURSUANT TO 11 U.S.C. § 521(J)(1)**

The United States, on behalf of its agency the Internal Revenue Service, hereby moves to dismiss this Chapter 11 case or to convert this case to a Chapter 7 case pursuant to 11 U.S.C. §§ 1112(b)(4)(I) or 521(j) due to the Debtor's failure to file postpetition Form 1040 federal income tax returns for the 2020 and 2021 tax years, and for the failure of the Estate of Anthony Scott Levandowski ("Estate") to file a Form 1041 federal income tax return for 2021.

Counsel for the United States previously reached out to Debtor's counsel about whether Debtor had filed postpetition tax returns and Debtor's counsel did not respond. This motion serves as the United States' formal request on the docket for the delinquent tax returns pursuant to 11 U.S.C. § 521(j)(1).

This motion is based on a memorandum of points and authorities, the Declaration of Rollin Thorley, and Exhibits A and B.

We respectfully request that the Court grant this motion to convert or dismiss this case because of the Estate's and the Debtor's failure to file income tax returns.

Dated: May 24, 2023,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: /s/ *Alexander Kalyniuk*
AMY MATCHISON (CABN 217022)
ALEXANDER KALYNIUK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3309 (Kalyniuk)
202-307-6422 (Matchison)
202-307-0054 (f)
Alexander.R.Kalyniuk@usdoj.gov
Amy.T.Matchison@usdoj.gov

*Attorneys for the United States*

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed the foregoing motion to dismiss, declaration, memorandum of points and authorities, and exhibits A and B with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties entitled to it.

A supplemental certificate of service will be filed with the Court certifying that service by first-class mail has been completed.

/s/ Alexander Kalyniuk
ALEXANDER KALYNIUK
Trial Attorney
United States Department of Justice, Tax Division