IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 20-30242 (HLB)
) Chapter 11
ANTHONY SCOTT LEVANDOWSKI, )
)
    Debtor. )
)

**DECLARATION OF ROLLIN THORLEY IN SUPPORT OF**
**THE UNITED STATES OF AMERICA'S MOTION TO DISMISS**

I, Rollin Thorley, being of legal age and pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am employed as a Senior Attorney with the Office of Chief Counsel of the Internal Revenue Service ("**IRS**") in Las Vegas, Nevada. The duties of a Senior Attorney include assisting the Department of Justice in tax and bankruptcy matters. I have served in this position for approximately 30 years. I have been employed with the IRS for 37 years.

2. I am assigned to the case of Anthony Scott Levandowski, the above-captioned Chapter 11 Debtor ("Debtor" or "Anthony Levandowski").

3. My duties include retrieving and analyzing IRS records related to this case.

4. I make this declaration based on official information made available to me in the course of my official duties with the IRS, including my review of data maintained in the IRS's Integrated Data Retrieval System ("**IDRS**") and IRS Employee User Portal.

5. The IDRS is the database and operating system that the IRS uses to maintain taxpayer accounts, including the date(s) of filing tax returns and the assessment of tax, balance due for tax liabilities, payoff amounts, penalty and interest calculations, notice issuance, and credit and debit transfers within an account.

6. In their day-to-day work responsibilities, IRS personnel rely on the information provided on IDRS to determine whether a tax return has been filed.

7. I am familiar with the practices and procedures of the Internal Revenue Service with regard to its records.

8. I am familiar with the notations typically used on IRS records.

9. It is the regular practice of the IRS to make the entries displayed in IDRS records, and such entries are normally made at or near the time of the events they describe, by or from information transmitted by a person with knowledge of the events described.

10. I have also reviewed the bankruptcy court filings in the above-captioned case which indicate that the Debtor and the Estate of Anthony Levandowski have tax return filing obligations including, but not limited to, Docket Nos. 9, 14-15, 33, 76, 77, 116, 135, 455, 535, 573, 639, 645, 690, 724, 737, 775, 861, 909, 940, and 1012.

11. Based on my review of his bankruptcy court filings in ¶ 10, Debtor has a federal income tax return filing requirement for tax years 2020–2022.

12. Based on bankruptcy court filings in ¶ 10, the Estate of Anthony Levandowski has a separate federal income tax return filing requirement for tax years 2021 and 2022 under 26 U.S.C. § 6012(a)(8).

13. I reviewed the account transcripts of the Debtor and the Estate of the Anthony Levandowski for 2020 through 2022 for federal income taxes, IRS Forms 1040 and 1041. True and correct copies of the account transcripts are attached as Exhibits A (IRS Form 1040) and B (IRS Form 1041).

14. The account transcripts show that Debtor has not filed federal income tax returns (Form 1040) for tax years 2020 and 2021. Debtor has not filed his federal income tax return (Form 1040) for 2022 as well but has requested an extension until October 15, 2023 to do so.

15. The account transcripts show that the Estate of Anthony Levandowski has not filed an income tax return (IRS Form 1041) for 2021. The Estate of Anthony Levandowski has not filed

its income tax return (IRS Form 1041) for 2022 as well but has requested an extension until September 30, 2023 to do so.

16. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2023.

*Rollin Thorley*
Rollin Thorley
United States Internal Revenue Service
Senior Attorney
Las Vegas, Nevada