



```
                This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                        Request Date:         04-25-2023
                                        Response Date:        04-25-2023
                                        Tracking Number:    104481313824
```

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2020


TAXPAYER IDENTIFICATION NUMBER:    ███████

ANTH S LEVA
1655 O


**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

              --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                         0.00
ACCRUED INTEREST:                                        0.00    AS OF: Dec. 05, 2022
ACCRUED PENALTY:                                         0.00    AS OF: Dec. 05, 2022


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                           0.00

                   ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                                00
FILING STATUS:                                 Head of Household
ADJUSTED GROSS INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME TAXPAYER:
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:

RETURN NOT PRESENT FOR THIS ACCOUNT

| | TRANSACTIONS | | | |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 290 | Additional tax assessed 00-00-0000 | 20201505 | 04-27-2020 | $0.00 |
| n/a | 80254-999-05099-0 | | | |
| 766 | Tax relief credit | | 01-18-2021 | -$600.00 |
| 766 | Credit to your account | | 01-18-2021 | -$600.00 |
| 846 | Refund issued | | 01-06-2021 | $1,200.00 |
| 290 | Additional tax assessed 00-00-0000 | 20205302 | 01-18-2021 | $0.00 |
| n/a | 80254-999-05055-0 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2021 | | 04-07-2021 | $0.00 |
| 960 | Appointed representative | | 02-24-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data



This Product Contains Sensitive Taxpayer Data

# Account Transcript

```
Request Date:      04-25-2023
Response Date:     04-25-2023
Tracking Number:   104481313824
```

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2021

TAXPAYER IDENTIFICATION NUMBER:   ███████

ANTH S LEVA
1655 O

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Apr. 04, 2022 |
| ACCRUED PENALTY: | 0.00 | AS OF: Apr. 04, 2022 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                              00
FILING STATUS:                   Head of Household
ADJUSTED GROSS INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME TAXPAYER:
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:

RETURN NOT PRESENT FOR THIS ACCOUNT

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 766 | Tax relief credit | | 04-05-2021 | -$1,400.00 |
| 766 | Credit to your account | | 04-05-2021 | -$1,400.00 |
| 846 | Refund issued | | 03-26-2021 | $2,800.00 |
| 290 | Additional tax assessed 00-00-0000 | 20211105 | 04-05-2021 | $0.00 |
| n/a | 80254-999-05011-1 | | | |
| 971 | Notice issued NOTICE1444 | | 04-10-2021 | $0.00 |
| 971 | Notice issued L6416 | | 05-24-2021 | $0.00 |
| 766 | Credit to your account | | 07-19-2021 | -$250.00 |
| 846 | Refund issued | | 07-15-2021 | $250.00 |
| 290 | Additional tax assessed 00-00-0000 | 20212605 | 07-19-2021 | $0.00 |
| n/a | 80254-999-05031-1 | | | |
| 971 | Notice issued LETTER6417 | | 07-01-2021 | $0.00 |
| 766 | Credit to your account | | 08-23-2021 | -$250.00 |
| 846 | Refund issued | | 08-13-2021 | $250.00 |
| 290 | Additional tax assessed 00-00-0000 | 20213105 | 08-23-2021 | $0.00 |
| n/a | 80254-999-05032-1 | | | |
| 766 | Credit to your account | | 09-20-2021 | -$250.00 |
| 846 | Refund issued | | 09-15-2021 | $250.00 |
| 290 | Additional tax assessed 00-00-0000 | 20213505 | 09-20-2021 | $0.00 |
| n/a | 80254-999-05033-1 | | | |
| 766 | Credit to your account | | 10-25-2021 | -$250.00 |
| 846 | Refund issued | | 10-15-2021 | $250.00 |
| 290 | Additional tax assessed 00-00-0000 | 20214005 | 10-25-2021 | $0.00 |
| n/a | 80254-999-05034-1 | | | |
| 960 | Appointed representative | | 02-24-2022 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2022 | | 03-12-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Account Transcript

| | |
|---|---|
| Request Date: | 04-25-2023 |
| Response Date: | 04-25-2023 |
| Tracking Number: | 104481313824 |

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:   ▇▇▇▇▇▇

ANTH S LEVA
1655 O

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Apr. 24, 2023 |
| ACCRUED PENALTY: | 0.00 | AS OF: Apr. 24, 2023 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                    00
FILING STATUS:                     Head of Household
ADJUSTED GROSS INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME TAXPAYER:
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:

RETURN NOT PRESENT FOR THIS ACCOUNT

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|------|----------------------------|------------|--------|
| n/a  | No tax return filed        |            |        |
| 960  | Appointed representative   | 06-06-2022 | $0.00  |
| 460  | Extension of time to file tax return ext. Date 10-15-2023 | 04-02-2023 | $0.00 |

This Product Contains Sensitive Taxpayer Data