

Exhibit
B



This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 04-25-2023 |
| Response Date: | 04-25-2023 |
| Tracking Number: | 104481361865 |

FORM NUMBER:      1041
TAX PERIOD:       Dec. 31, 2020

TAXPAYER IDENTIFICATION NUMBER: ███████

ANTH S LEVA BANK
ESTA
20-3 HL 1
% TRAC HOP DAVI TTE
1655 O

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | $0.00 | |
| ACCRUED INTEREST: | $0.00 | AS OF: May 08, 2023 |
| ACCRUED PENALTY: | $0.00 | AS OF: Apr. 15, 2021 |

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):         $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| TOTAL INCOME: | $0.00 |
| TOTAL DEDUCTIONS: | $0.00 |
| FD INC TAX WTHLD: | $0.00 |
| TX FICA WGS PD: | $0.00 |
| TOT FICA TX: | $0.00 |
| TOT MDCR WGS: | $0.00 |
| MDCR TX: | $0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 15, 2021

| | TRANSACTIONS | | | |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202208 | 03-14-2022 | $534.00 |
| n/a | 29244-036-13207-2 | | | |
| 460 | Extension of time to file tax return ext. Date 09-30-2021 | | 05-03-2021 | $0.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2021 | -$10,857.00 |
| 776 | Interest credited to your account | | 03-14-2022 | -$116.89 |
| 846 | Refund issued | | 03-14-2022 | $10,439.89 |

This Product Contains Sensitive Taxpayer Data



# Account Transcript

|                     |              |
|---------------------|--------------|
| Request Date:       | 04-25-2023   |
| Response Date:      | 04-25-2023   |
| Tracking Number:    | 104481361865 |

FORM NUMBER:      1041
TAX PERIOD:       Dec. 31, 2021

TAXPAYER IDENTIFICATION NUMBER: ███

ANTH S LEVA BANK
ESTA
20-3 HL 1
% TRAC HOP DAVI TTE
1655 O

     --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              $0.00
ACCRUED INTEREST:                             $0.00     AS OF: May  08, 2023
ACCRUED PENALTY:                              $0.00     AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):                $0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME:                                  0.00
TOTAL DEDUCTIONS:                              0.00

FD INC TAX WTHLD:                              0.00
TX FICA WGS PD:                                0.00
TOT FICA TX:                                   0.00
TOT MDCR WGS:                                  0.00
MDCR TX:                                       0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|------|----------------------------|------------|--------|
| n/a  | No tax return filed        |            |        |
| 460  | Extension of time to file tax return ext. Date 09-30-2022 | 04-11-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data



This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 04-25-2023
Response Date: 04-25-2023
Tracking Number: 104481361865

FORM NUMBER: 1041
TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:

ANTH S LEVA BANK
ESTA
20-3 HL 1
% TRAC HOP DAVI TTE
1655 O

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: $0.00
ACCRUED INTEREST: $0.00   AS OF: May 08, 2023
ACCRUED PENALTY: $0.00   AS OF:

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT): $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TOTAL INCOME: 0.00
TOTAL DEDUCTIONS: 0.00

FD INC TAX WTHLD: 0.00
TX FICA WGS PD: 0.00
TOT FICA TX: 0.00
TOT MDCR WGS: 0.00
MDCR TX: 0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

Case: 20-30242    Doc# 1275-4    Filed: 05/24/23    Entered: 05/24/23 08:28:50    Page 5 of 6

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|------|----------------------------|------------|--------|
| n/a  | No tax return filed        |            |        |
| 460  | Extension of time to file tax return ext. Date 09-30-2023 | 05-08-2023 | $0.00 |

This Product Contains Sensitive Taxpayer Data