DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
ALEXANDER KALYNIUK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3309 (Kalyniuk)
202-307-6422 (Matchison)
202-307-0054 (f)
Alexander.R.Kalyniuk@usdoj.gov
Amy.T.Matchison@usdoj.gov

*Attorneys for the United States*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>    Debtor. | Case No. 20-30242 (HLB)<br>Chapter 11<br>Hearing Date: July 20, 2023<br>Hearing Time: 10:00 AM<br>Location: Teleconference or Zoom<br>Video Conference |

**NOTICE OF WITHDRAWAL OF THE UNITED STATES OF AMERICA'S MOTION TO CONVERT OR DISMISS AND REQUEST FOR RETURNS <u>PURSUANT TO 11 U.S.C. § 521(J)(1)</u>**

The United States hereby withdraws its *Motion to Convert or Dismiss and Request for Returns Pursuant to 11 U.S.C. 521(j)(1)* (the "Motion") (Docket No. 1275), and avers as follows:

1. On May 24, 2023, the United States moved dismiss this Chapter 11 case or to convert this case to a Chapter 7 case pursuant to 11 U.S.C. §§ 1112(b)(4)(I) or 521(j) due to the Debtor's failure to file postpetition Form 1040 federal income tax returns for the 2020 and 2021 tax years, and for the failure of the Estate of Anthony Scott Levandowski ("Estate") to file a Form 1041 federal income tax return for 2021.

2. On May 31, 2023, Debtor provided a copy of his Form 1040 federal income tax return for 2020 and alleged that it had been timely filed, despite the IRS having no record of ever

receiving it. Undersigned sent that copy to the IRS immediately to verify that the return was received.

3. On the same day, Debtor provided copes of his Form 1040 for 2021 and the Estate's Form 1041 for 2021 and alleged that he filed them with the IRS that day. Undersigned sent those copies to the IRS immediately to verify that the returns were received.

4. The IRS has now verified receipt of those returns.

5. Therefore the grounds for the Motion have been cured. Accordingly, the United States WITHDRAWS its Motion. There remain two unfiled tax returns that were not subject to the Motion: the Estate's 2022 Form 1041 and Debtor's 2022 Form 1040 and which are subject to automatic extensions requested by the Debtor to September 30, 2023 and October 15, 2023, respectively. The 2022 tax returns are central to the remanded proceedings and would significantly streamline the present dispute on remand. The United States will consult with the Debtor to request a status conference on issues related to the remand. The United States asserts that the briefing schedule should commence once the 2022 returns are filed in order to fully resolve the issues surrounding the remand.

Dated: June 15, 2023,

                                DAVID A. HUBBERT
                                Deputy Assistant Attorney General

                                By: /s/ *Alexander Kalyniuk*
                                AMY MATCHISON (CABN 217022)
                                ALEXANDER KALYNIUK
                                Trial Attorneys, Tax Division
                                U.S. Department of Justice
                                P.O. Box 683
                                Washington, D.C. 20044
                                202-616-3309 (Kalyniuk)
                                202-307-6422 (Matchison)
                                202-307-0054 (f)
                                Alexander.R.Kalyniuk@usdoj.gov
                                Amy.T.Matchison@usdoj.gov

                                *Attorneys for the United States*

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed the foregoing notice of withdrawal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties entitled to it.

/s/ Alexander Kalyniuk
ALEXANDER KALYNIUK
Trial Attorney
United States Department of Justice, Tax Division