**Yost, Landon M. (TAX)**

| | |
|---|---|
| From: | Steege, Catherine L. <CSteege@jenner.com> |
| Sent: | Thursday, November 2, 2023 12:22 PM |
| To: | Yost, Landon M. (TAX); John Keith |
| Cc: | Dara Silveira; Fisher, Jennifer Briggs; Matchison, Amy T. (TAX); Berry, John |
| Subject: | [EXTERNAL] RE: Levandowski - Draft of proposed protective order |
| Attachments: | Revisions to Uber protective order draft US draft 9-15(22478581.1) (003) (4883-2300-4294.2).docx |

**Exhibit A**

Landon,

Thank you for your patience but I wanted to make sure we had comments from Google and the Debtor as well as Uber. Attached is a revised draft that more closely conforms to what the Court approved previously, but I think addresses your substantive comments to the prior order. Please let us know if this works.

Cathy

**From:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>
**Sent:** Wednesday, November 1, 2023 9:07 AM
**To:** Steege, Catherine L. <CSteege@jenner.com>; John Keith <John.Keith@doj.ca.gov>
**Cc:** Dara Silveira <dsilveira@kbkllp.com>; Fisher, Jennifer Briggs <JFisher@goodwinlaw.com>; Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>
**Subject:** RE: Levandowski - Draft of proposed protective order

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Cathy,

It has now been 45 days since we sent you a draft of a proposed protective order and we still haven't received a response from Uber. As you know, the government has now received Mr. Levandowski's returns. As you also know, the government has taken the position that the Main Uber Payment is income to Mr. Levandowski, and that the bankruptcy court only has the jurisdiction to determine the amount of taxes Mr. Levandowski owes on these returns (as opposed to ruling on the tax treatment of a single item on them). As we've discussed, it is for this reason we've sought to work out a protective order so the government can address the amount of this Main Uber Payment in an examination of Mr. Levandowski's returns, and in briefing with the court. Your delay is impeding this. Please provide us with a firm deadline for when you will provide Uber's response.

Regards,

Landon

**From:** Steege, Catherine L. <CSteege@jenner.com>
**Sent:** Thursday, October 26, 2023 4:43 PM
**To:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>; John Keith <John.Keith@doj.ca.gov>
**Cc:** Dara Silveira <dsilveira@kbkllp.com>; Fisher, Jennifer Briggs <JFisher@goodwinlaw.com>; Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>
**Subject:** [EXTERNAL] RE: Levandowski - Draft of proposed protective order

Landon,

1
Case: 20-30242    Doc# 1294-2    Filed: 11/16/23    Entered: 11/16/23 08:39:17    Page 1 of 5

Hopefully tomorrow. We are collecting all of the comments on our side before sending along.

Cathy

**From:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>
**Sent:** Wednesday, October 25, 2023 5:10 PM
**To:** John Keith <John.Keith@doj.ca.gov>; Steege, Catherine L. <CSteege@jenner.com>
**Cc:** Dara Silveira <dsilveira@kbkllp.com>; Fisher, Jennifer Briggs <JFisher@goodwinlaw.com>; Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>
**Subject:** RE: Levandowski - Draft of proposed protective order

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Hi Cathy,

Following up again on this. When do you intend to send us your response to the draft protective order?

Thanks,

Landon

**From:** John Keith <John.Keith@doj.ca.gov>
**Sent:** Tuesday, October 17, 2023 1:51 PM
**To:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>; Steege, Catherine L. <CSteege@jenner.com>
**Cc:** Dara Silveira <dsilveira@kbkllp.com>; Fisher, Jennifer Briggs <JFisher@goodwinlaw.com>; Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>
**Subject:** [EXTERNAL] RE: Levandowski - Draft of proposed protective order

Please remember that FTB had proposed edits of its own, which I circulated on 9/27.

**From:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>
**Sent:** Tuesday, October 17, 2023 9:39 AM
**To:** Steege, Catherine L. <CSteege@jenner.com>
**Cc:** Dara Silveira <dsilveira@kbkllp.com>; Fisher, Jennifer Briggs <JFisher@goodwinlaw.com>; Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>; John Keith <John.Keith@doj.ca.gov>
**Subject:** RE: Levandowski - Draft of proposed protective order

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Cathy,

Obviously the sooner the better, as depending on your response we may have further suggested revisions or comments on our end, so by Friday at the latest would be appreciated. We had hoped to have worked this out by now (and to have received the returns earlier), with the idea that we would not be in a position where we might need to ask the court for more time for the IRS's review of the returns/our response brief.

Thanks,

Landon

2
Case: 20-30242   Doc# 1294-2   Filed: 11/16/23   Entered: 11/16/23 08:39:17   Page 2 of 5

**From:** Steege, Catherine L. <CSteege@jenner.com>
**Sent:** Tuesday, October 17, 2023 12:12 PM
**To:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>
**Cc:** Dara Silveira <dsilveira@kbkllp.com>; Fisher, Jennifer Briggs <JFisher@goodwinlaw.com>; Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>; John.Keith@doj.ca.gov
**Subject:** [EXTERNAL] Re: Levandowski - Draft of proposed protective order

Landon, I am sorry for the delay but I am waiting for comments from the client and the debtor and Google. I am also out of town at business meetings. I don't think I can get you anything tomorrow — it may be the end of the week or Monday. Does that work? Cathy

> On Oct 17, 2023, at 9:10 AM, Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov> wrote:
>
> **External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe
>
> Hi Cathy,
>
> It's been over a month since we sent you the draft of a proposed protective order and we still have not received a response from you. We have now received Mr. Levandowski's returns. Please provide your response regarding this proposed protective order by the end of the day tomorrow, so that we can determine how we will proceed on this end.
>
> Thanks,
>
> Landon
>
> **From:** Yost, Landon M. (TAX)
> **Sent:** Thursday, October 5, 2023 9:08 AM
> **To:** Steege, Catherine L. <CSteege@jenner.com>
> **Cc:** Dara Silveira <dsilveira@kbkllp.com>; Fisher, Jennifer Briggs <JFisher@goodwinlaw.com>; Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>; john.keith@doj.ca.gov
> **Subject:** RE: Levandowski - Draft of proposed protective order
>
> Hi Cathy,
>
> We just wanted to check in again regarding Uber's response to our proposed draft of a protective order. Our understanding from Mr. Levandowski's counsel was that Uber would be providing a markup soon. We expect that Mr. Levandowski will be filing his returns soon and that we will receive them soon thereafter and begin the review process.
>
> Thanks,
>
> Landon
>
> **From:** Yost, Landon M. (TAX)
> **Sent:** Tuesday, September 26, 2023 4:07 PM
> **To:** Steege, Catherine L. <CSteege@jenner.com>; john.keith@doj.ca.gov

**Cc:** Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>
**Subject:** RE: Levandowski - Draft of proposed protective order

Hi Cathy,

We just wanted to check in on the status of this. With the debtor's tax returns set to be filed by September 30, it would be nice if we could reach an agreement as to a protective order soon, if possible. Please let us know if it would be helpful to discuss.

Thanks,

Landon

---

**From:** Steege, Catherine L. <CSteege@jenner.com>
**Sent:** Friday, September 15, 2023 1:16 PM
**To:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>; john.keith@doj.ca.gov
**Cc:** Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>
**Subject:** [EXTERNAL] RE: Levandowski - Draft of proposed protective order

Thanks Landon, I will give this a look. Cathy

---

**From:** Yost, Landon M. (TAX) <Landon.M.Yost@usdoj.gov>
**Sent:** Friday, September 15, 2023 9:12 AM
**To:** Steege, Catherine L. <CSteege@jenner.com>; john.keith@doj.ca.gov
**Cc:** Matchison, Amy T. (TAX) <Amy.T.Matchison@usdoj.gov>
**Subject:** Levandowski - Draft of proposed protective order

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Hi Cathy and John,

Attached is a draft of a protective order for the Levandowski matter involving a proposed confidentiality stipulation of Uber, the IRS, and the FTB. Please look it over and let us know if it's acceptable or if you have proposed changes.

Thanks,

Landon Yost

Trial Attorney - CTS-W

US DOJ - Tax Division

P.O. Box 683

Washington, D.C. 20044

Tel: (202) 307-2144

Fax: (202) 307-0054

**Catherine L. Steege**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 2952 | TEL
+1 312 206 7091 | MOBILE
+1 312 840 7352 | FAX
CSteege@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.