

Signed and Filed: November 16, 2023

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

DAVID A. HUBBERT
Deputy Assistant Attorney General

LANDON M. YOST (CABN 267847)
AMY MATICHSON (CABN 217022)
Trial Attorneys
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2144 (Yost); (202) 307-6422 (Matchison)
Fax: (202) 307-0054
Email: Landon.M.Yost@usdoj.gov
       Amy.T.Matchison@usdoj.gov

Counsel for United States of America

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

In re:

ANTHONY SCOTT LEVANDOWSKI

Debtor.

Bankruptcy Case No. 20-30242 (HLB)

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS ON REMANDED ISSUES**

The Court, having considered the Stipulation for Extension of Time to File Response Briefs on Remanded Issues, and pursuant to such Stipulation and for good cause appearing,

HEREBY ORDERS that the stipulation is granted.

IT IS ORDERED that the deadline for the IRS and FTB to file their response briefs addressing the remanded issues is extended by 16 days, from December 4, 2023, until December 20, 2023. The deadline for Levandowski and the Trustee to file their reply remand brief is 30 days after the IRS and FTB file their response briefs, or January 19, 2024.

** END OF ORDER**

//

//

APPROVED AS TO FORM AND CONTENT:

Dated this 16th day of November, 2023.

DAVID A. HUBBERT
Deputy Assistant Attorney General

<u>By: /s/ Landon Yost</u>
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice

*Counsel for United States of America*

**GOODWIN PROCTER LLP**

<u>By /s/ Jennifer Briggs Fisher</u>
BRETT M. SCHUMAN
*bschuman@goodwinlaw.com*
JENNIFER BRIGGS FISHER
*JFisher@goodwinlaw.com*
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

**KELLER BENVENUTTI KIM LLP**

<u>By /s/ Dara L. Silveira</u>
TOBIAS S. KELLER
*tkeller@kbkllp.com*
DARA L. SILVEIRA
*dsilveira@kbkllp.com*
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

*Attorneys for Reorganized Debtor and Trustee*

ROB BONTA
Attorney General of California
MICHAEL D. GOWE
Supervising Deputy Attorney General

<u>By: /s/ John Keith</u>
John Keith
Deputy Attorney General
300 S Spring St., Ste. 1702
Los Angeles, CA 90013
213-269-6251
John.keith@ca.doj.gov

*Counsel for FTB*

**COURT SERVICE LIST**

All necessary recipients are ECF participants.