Rob Bonta
Attorney General of California
Lisa W. Chao
Supervising Deputy Attorney General
John C. Keith
Deputy Attorney General
State Bar No. 229755
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6251
  Fax:  (916) 731-2144
  E-mail:  John.Keith@doj.ca.gov
*Attorneys for Creditor
Franchise Tax Board*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**ANTHONY SCOTT LEVANDOWSKI,**<br><br>                              Debtor. | CASE NO. 20-30242 HLB<br><br>Ch. 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF FRANCHISE TAX BOARD'S RESPONSE BRIEF ON REMAND**<br><br>Hearing:    TBD<br>Courtroom:  19<br>Judge      Hon. Hannah L. Blumenstiel |

Pursuant to Federal Rule of Evidence 201, in support of its concurrently filed Response Brief on Remand, Franchise Tax Board respectfully requests that the Court take judicial notice of the following documents, each of which was filed with this Court in the adversary proceeding within the above-captioned bankruptcy case, entitled *Levandowski v. Uber Technologies, Inc.*, Adv. Proc. No. 20-03050 (HLB). *See, e.g., Chavez v. Robinson*, 817 F.3d 1162, 1166 (9th Cir. 2016) ("A court may take judicial notice of its own records in other cases ..."). The documents are all identified by their docket number in the adversary proceeding.

Ex. A – Docket #1
Ex. B – Docket #16-1
Ex. C – Docket #34
Ex. D – Docket #45
Ex. E – Docket #49
Ex. F – Docket #50
Ex. G – Docket #63
Ex. H – Docket #118
Ex. I – Docket #149
Ex. J – Docket #254
Ex. K – Docket #344
Ex. L – Docket #404
Ex. M – Docket #408
Ex. N – Docket #457
Ex. O – Docket #458

Dated: December 4, 2023

ROB BONTA
Attorney General of California
LISA W. CHAO
Supervising Deputy Attorney General

/s/John C. Keith

JOHN C. KEITH
Deputy Attorney General
*Attorneys for Creditor Franchise Tax Board*