**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Peter Kravitz, in his Capacity as Trustee of the Levandowski Residual Liquidation Trust*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Reorganized Debtor. | Bankruptcy Case No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Dara L. Silveira, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Keller Benvenutti Kim LLP, a law firm with offices at 425 Market Street, 26th Floor, San Francisco, California 94105.

2. On March 4, 2024, I caused the following document to be filed via the Court's Electronic Case Filing System: **NOTICE OF TOLLING AGREEMENT EXTENSIONS**.

3. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in the NEF as having received through electronic mail were electronically served with these documents through the Court's Electronic Case Filing System.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct. Executed this fourth day of March, 2024, in San Francisco, California.

/s/ Dara L. Silveira
Dara L. Silveira