Entered on Docket
July 1, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 1, 2024



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>        Debtor. | ) Case No. 20-30242 HLB<br>)<br>) Chapter 11<br>)<br>)<br>) |

**ORDER DECLINING TO APPROVE STIPULATION**

    Debtor Anthony Scott Levandowski, the California Franchise Tax Board, and the Internal Revenue Service filed a "Stipulation for Setting of Status Conference re: Status of Matter on Remand".[1] The Stipulation asks the court to set a status conference within 60 days to discuss "the status of the remand" required by the District Court's March 14, 2023 order.

    The court's Order Regarding Stipulation For Status Conference Re: Remand[2] set a deadline of June 28, 2024 for the parties to file a list of questions and/or declarations that explain what they wish to discuss about the status of the remand.

---

[1] Dkt. 1310 (the "Stipulation").

[2] Dkt. 1312.

None of the parties filed any of the requested material and the deadline has expired.  Accordingly, the court hereby declines to approve the Stipulation.

**\*\*END OF ORDER\*\***

**Court Service List**